## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF CHICAGO EX REL. AARON ROSENBERG, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. |
| v. | ) | |
| | ) | Removed from the Circuit Court of |
| REDFLEX TRAFFIC SYSTEMS, INC., | ) | Cook County, Illinois |
| | ) | No. 2014-L-012354 |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Defendant Redflex Traffic Systems, Inc. ("Redflex") asserts the federal Court's jurisdiction under 28 U.S.C. § 1332(a) and hereby removes this case pursuant to the procedures of 28 U.S.C. §§ 1441 & 1446 from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois.  In support of its Notice of Removal, Redflex states as follows:

1.    On September 1, 2015, Redflex was served with a summons and complaint in this matter.  This Notice of Removal is therefore timely filed pursuant to 28 U.S.C. § 1446(b) because it has been filed within thirty days of receipt of service.

2.    Redflex is a citizen of Delaware and Arizona.  It is incorporated under the laws of Delaware and has its primary place of business in Arizona.  (*See* O'Malley Declr., Ex. A; *see also* Compl. ¶ 15, Ex. B.)

3.    Redflex was the only defendant named in the state court action.

4.    Relator Aaron Rosenberg is a California citizen.  He is an individual residing in California.  (*See* Compl. ¶ 14.)

19027831.1

5.      The City of Chicago is a citizen of Illinois.  *See Illinois v. City of Milwaukee,* 406 U.S. 91, 97 (1972); *City of Clinton, Ill. v. Moffitt*, 812 F.2d 341, 342 (7th Cir. 1987).

6.      Mr. Rosenberg claims, among other things, over $100,000,000 in actual damages.  In the Complaint's Prayer for Relief, Mr. Rosenberg demands on behalf of the City of Chicago "in excess of $300,000,000" as "treble the amount paid to Redflex by the City of Chicago."

7.      This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a) over the primary action because it is an action between citizens of different states in which the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

8.      The state court action was filed in the Circuit Court of Cook County, Illinois.  Pursuant to 28 U.S.C. §§ 93(a)(1) and 1446(a), this Notice of Removal is filed in the United States District Court for the Northern District of Illinois, the federal district court for the district and division in which the state court case was pending.

9.      Pursuant to 28 U.S.C. § 1446(a), Redflex has attached as Exhibit B to this Notice of Removal all process, pleadings and orders served upon Redflex, which consist of a summons and complaint.  Redflex has attached as Exhibit C the remaining papers it has found in the docket of the state court case.

10.      Redflex has not appeared or otherwise responded in the state court case.

11.      Upon the filing of this Notice of Removal, Redflex will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois, where the action was pending, pursuant to 28 U.S.C. § 1446(d).  Redflex will also promptly give

2

19027831.1

written notice of the filing of this Notice of Removal to the other parties, pursuant to 28 U.S.C. § 1446(d).

12.     This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Procedure, as required by 28 U.S.C. § 1446(a).

For these reasons, Defendant Redflex hereby removes this case from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois.

Dated:   September 21, 2015                                Respectfully submitted,


                                                           /s/ Steven A. Weiss
                                                           Attorney for Redflex Traffic Systems, Inc.

Steven A. Weiss
Ian H. Fisher
Honigman Miller Schwartz and Cohn LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
312.701.9300

19027831.1

**CERTIFICATE OF SERVICE**

I, Steven A. Weiss, an attorney, hereby certify that I caused the foregoing to be served on September 21, 2015 by e-mail and U.S. mail, postage prepaid, upon the following:

Fiona A. Burke
City of Chicago Department of Law
30 North LaSalle Street, Suite 1400
Chicago, IL  60602
Fiona.burke@cityofchicago.org

John J. Muldoon, III
Muldoon & Muldoon, LLC
30 North LaSalle Street, Suite 2950
Chicago, IL  60602
jjm@muldoonlaw.com


*/s/* Steven A. Weiss
Steven A. Weiss

19027831.1