# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO EX REL. AARON ROSENBERG, | ) ) ) |
| Plaintiff, | ) ) ) Case No. |
| v. | ) ) ) Removed from the Circuit Court of |
| REDFLEX TRAFFIC SYSTEMS, INC., | ) Cook County, Illinois ) No. 2014-L-012354 |
| Defendant. | ) |

## DECLARATION OF VIRGINIA O'MALLEY

I, Virginia O'Malley, declare:

1. I have personal knowledge of the matters set forth in this declaration. I am competent to testify to these facts if called upon to testify.

2. I am the Vice President and General Counsel of Redflex Traffic Systems, Inc. ("Redflex").

3. Redflex is incorporated under the laws of Delaware.

4. Redflex has its principal place of business in Phoenix, Arizona.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that to the best of my knowledge the foregoing declaration is true and correct. Executed on September 18, 2015.

_Virginia O'Malley_
Virginia O'Malley

Error! Unknown document property name.