# EXHIBIT 19



CITY OF CHICAGO
ECONOMIC DISCLOSURE STATEMENT and AFFIDAVIT
Related to Contract/Amendment/Solicitation
EDS # 35362

# SECTION I -- GENERAL INFORMATION

A. Legal name of the Disclosing Party submitting the EDS:

```
Redflex Traffic Systems, Inc
```

Enter d/b/a if applicable:


The Disclosing Party submitting this EDS is:

```
the Applicant
```

B. Business address of the Disclosing Party:

```
23751 North 23rd Avenue
Suite 150
Phoenix, AZ 85085
United States
```

C. Telephone:

```
623-207-2131
```

Fax:


D. Name of contact person:

```
Tamara Dietrich
```

F. Brief description of contract, transaction or other undertaking (referred to below as the "Matter") to which this EDS pertains:

```
DIGITAL AUTOMATED RED LIGHT ENFORCEMENT PROGRAM [DARLEP]
INSTALLATION, MAINTENANCE & OPERATIONAL SUPPORT
```

Which City agency or department is requesting this EDS?

```
DEPT OF PROCUREMENT SERVICES
```

Specification Number

```
57755
```

Contract (PO) Number

```
16396
```

Revision Number

Release Number

User Department Project Number

# SECTION II -- DISCLOSURE OF OWNERSHIP INTERESTS

A. NATURE OF THE DISCLOSING PARTY

1. Indicate the nature of the Disclosing Party:

```
Privately held business corporation
```

Is the Disclosing Party incorporated or organized in the State of Illinois?

```
No
```

State or foreign country of incorporation or organization:

```
Delaware
```

Registered to do business in the State of Illinois as a foreign entity?

```
Yes
```

B. DISCLOSING PARTY IS A LEGAL ENTITY:

1.a.1 Does the Disclosing Party have any directors?

```
Yes
```

1.a.3 List below the full names and titles of all executive officers and all directors, if any, of the entity. Do not include any directors who have no power to select the entity's officers.

| | |
|---|---|
| **Officer/Director:** | Ms. Karen Finley |
| **Title:** | CEO / President |
| **Role:** | Both |
| **Officer/Director:** | Mr. Andrejs K Bunkse |
| **Title:** | General Counsel / Secretary |
| **Role:** | Officer |
| **Officer/Director:** | Mr. Sean Nolen |
| **Title:** | CFO / Treasurer |
| **Role:** | Officer |
| **Officer/Director:** | Mr. Ron Johnson |
| **Title:** | Director |
| **Role:** | Director |
| **Officer/Director:** | Mr. Robert DeVincenzi |
| **Title:** | Director |
| **Role:** | Director |

## 2. Ownership Information

Please provide ownership information concerning each person or entity having a direct or indirect beneficial interest in excess of 7.5% of the Disclosing Party. Examples of such an interest include shares in a corporation, partnership interest in a partnership or joint venture, interest of a member or manager in a limited lability company, or interest of a beneficiary of a trust, estate, or other similar entity. Note: Pursuant to Section 2-154-030 of the Municipal code of Chicago, the City may require any such additional information from any applicant which is reasonably intended to achieve full disclosure.

```
• Redflex Holdings, LTD - 100% - EDS 35363
    ○ Thorney Holdings PTY, Ltd - 7.59% - EDS 37466
    ○ Ms. Elizabeth Cooper - 9.91%
    ○ Investaco Pty, LTD - 7.93% - EDS 40633
```

Owner Details

| Name | Address |
|------|---------|
| Investaco Pty, LTD | 13 McKenna Road |
| | Glen Waverley, Victoria 3150 |
| | Australia |
| Ms. Elizabeth Cooper | 23751 North 23rd Avenue |
| | Suite 150 |
| | Phoenix, AZ 85085 |
| | United States |
| Redflex Holdings, LTD | 31 Market Street |
| | South Melbourne, Victoria 3205 |
| | Australia |
| Thorney Holdings PTY, Ltd | 55 Collins Street |
| | Level 39 |
| | Melbourne, Victoria 3000 |
| | Australia |

## SECTION III -- BUSINESS RELATIONSHIPS WITH CITY ELECTED OFFICIALS

Has the Disclosing Party had a "business relationship," as defined in Chapter 2-156 of the Municipal Code, with any City elected official in the 12 months before the date this EDS is signed?

No

## SECTION IV -- DISCLOSURE OF SUBCONTRACTORS AND OTHER RETAINED PARTIES

The Disclosing Party must disclose the name and business address of each subcontractor, attorney, lobbyist, accountant, consultant and any other person or entity whom the Disclosing Party has retained or expects to retain in connection with the Matter, as well as the nature of the relationship, and the total amount of the fees paid or estimated to be paid. The Disclosing Party is not required to disclose employees who are paid solely through the Disclosing Party's regular payroll.

"Lobbyist" means any person or entity who undertakes to influence any legislative or administrative action on behalf of any person or entity other than: (1) a not-for-profit entity, on an unpaid basis, or (2) himself. "Lobbyist" also means any person or

entity any part of whose duties as an employee of another includes undertaking to influence any legislative or administrative action.

If the Disclosing Party is uncertain whether a disclosure is required under this Section, the Disclosing Party must either ask the City whether disclosure is required or make the disclosure.

1. Has the Disclosing Party retained any legal entities in connection with the Matter?

Yes

2. List below the names of all legal entities which are retained parties.

| | |
|---|---|
| **Name:** | William Filan & Associates |
| **Anticipated/ Retained:** | Retained |
| **Business Address:** | 321 North Clark Street<br>Chicago, IL 60610 United States |
| **Relationship:** | Lobbyist |
| **Fees ($$ or %):** | $5,000/mo |
| **Estimated/Paid:** | Paid |

| | |
|---|---|
| **Name:** | City Lights |
| **Anticipated/ Retained:** | Retained |
| **Business Address:** | 5261 W Harrison Street<br>Chicago, IL 60611 United States |
| **Relationship:** | Subcontractor - MWDBE |
| **Fees ($$ or %):** | $23,000 per system |
| **Estimated/Paid:** | Estimated |

| | |
|---|---|
| **Name:** | Eletronic Resource Management |
| **Anticipated/ Retained:** | Retained |
| **Business Address:** | 703 Childs Street<br>Wheaton, IL 60187 United States |
| **Relationship:** | Subcontractor - MWDBE |
| **Fees ($$ or %):** | $1,000 per system |

**Estimated/Paid:**  Estimated
----------------------------------------------------------------------
**Name:**  Milhouse Engineering and Construction

**Anticipated/**  Retained
**Retained:**

**Business Address:**  60 East Van Buren Street
Chicago, IL 60605 United States

**Relationship:**  Subcontractor - MWDBE

**Fees**  $ 2,000 per intersection
**($$ or %):**

**Estimated/Paid:**  Estimated
----------------------------------------------------------------------
**Name:**  Evergreen Supply Company

**Anticipated/**  Retained
**Retained:**

**Business Address:**  9901 South Torrence Avenue
Chicago, IL 60617 United States

**Relationship:**  Subcontractor - MWDBE

**Fees**  $5,000 per system
**($$ or %):**

**Estimated/Paid:**  Estimated
----------------------------------------------------------------------
**Name:**  BPS Staffing

**Anticipated/**  Retained
**Retained:**

**Business Address:**  134 N LaSalle
Ste 1125
Chicago, IL 60601 United States

**Relationship:**  Subcontractor - MWDBE

**Fees**  $17.30 per hr/per employee
**($$ or %):**

**Estimated/Paid:**  Estimated
----------------------------------------------------------------------
**Name:**  We're Cleaning, Inc

**Anticipated/**  Retained
**Retained:**

**Business Address:**  4505 South Indiana
Chicago, IL 60653 United States

**Relationship:**  Subcontractor - MWDBE

**Fees**  $100 / visit

**($$ or %):**
**Estimated/Paid:**    Estimated
-------------------------------------------------------------------------------------------

3. Has the Disclosing Party retained any persons in connection with the Matter?

Yes

4. List below the names of all persons who are retained parties.

| | |
|---|---|
| **Name:** | Mr. Marty O'Malley |
| **Anticipated/ Retained:** | Retained |
| **Business Address:** | 3400 West 111th Street # 159 Chicago, IL 60655 United States |
| **Relationship:** | Consultant |
| **Fees ($$ or %):** | $9,500/mo - contract has been terminated |
| **Estimated/Paid:** | Paid |

-------------------------------------------------------------------------------------------

## SECTION V -- CERTIFICATIONS

### A. COURT-ORDERED CHILD SUPPORT COMPLIANCE

Under Municipal Code Section 2-92-415, substantial owners of business entities that contract with the City must remain in compliance with their child support obligations throughout the contract's term.

Has any person who directly or indirectly owns 10% or more of the Disclosing Party been declared in arrearage of any child support obligations by any Illinois court of competent jurisdiction?

Not applicable because no person directly or indirectly owns 10% or more of the Disclosing Party

### B. FURTHER CERTIFICATIONS

1. Pursuant to Municipal Code Chapter 1-23, Article I ("Article I")(which the Applicant should consult for defined terms (e.g., "doing business") and legal requirements), if the Disclosing Party submitting this EDS is the Applicant and is doing business with the City, then the Disclosing Party certifies as follows:

    i. neither the Applicant nor any controlling person is currently indicted or charged with, or has admitted guilt of, or has ever been convicted of, or placed under supervision for, any criminal offense involving actual, attempted, or conspiracy to commit bribery, theft, fraud, forgery, perjury, dishonesty or deceit against an officer or employee of the City or any sister agency; and

    ii. the Applicant understands and acknowledges that compliance with Article I is a continuing requirement for doing business with the City.

NOTE: If Article I applies to the Applicant, the permanent compliance timeframe in Article I supersedes some five-year compliance timeframes in certifications 2 and 3 below.

```
I certify the above to be true
```

2. The Disclosing Party and, if the Disclosing Party is a legal entity, all of those persons or entities identified in Section II.B.1. of this EDS:

    a. are not presently debarred, suspended, proposed for debarment, declared ineligible or voluntarily excluded from any transactions by any federal, state or local unit of government;

    b. have not, within a five-year period preceding the date of this EDS, been convicted of a criminal offense, adjudged guilty, or had a civil judgment rendered against them in connection with: obtaining, attempting to obtain, or performing a public (federal, state or local) transaction or contract under a public transaction; a violation of federal or state antitrust statutes; fraud; embezzlement; theft; forgery; bribery; falsification or destruction of records; making false statements; or receiving stolen property;

    c. are not presently indicted for, or criminally or civilly charged by, a governmental entity (federal, state or local) with committing any of the offenses set forth in clause B.2.b. of this Section V;

    d. have not, within a five-year period preceding the date of this EDS, had one or more public transactions (federal, state or local) terminated for cause or default; and

    e. have not, within a five-year period preceding the date of this EDS, been convicted, adjudged guilty, or found liable in a civil proceeding, or in any criminal or civil action, including actions concerning environmental violations, instituted by the City or by the federal government, any state, or any other unit of local government.

```
I certify the above to be true
```

3. Neither the Disclosing Party, nor any Contractor, nor any Affiliated Entity of either the Disclosing Party or any Contractor nor any Agents have, during the five years before the date this EDS is signed, or, with respect to a Contractor, an Affiliated Entity, or an Affiliated Entity of a Contractor during the five years before the date of

such Contractor's or Affiliated Entity's contract or engagement in connection with the Matter:

a. bribed or attempted to bribe, or been convicted or adjudged guilty of bribery or attempting to bribe, a public officer or employee of the City, the State of Illinois, or any agency of the federal government or of any state or local government in the United States of America, in that officer's or employee's official capacity;
b. agreed or colluded with other bidders or prospective bidders, or been a party to any such agreement, or been convicted or adjudged guilty of agreement or collusion among bidders or prospective bidders, in restraint of freedom of competition by agreement to bid a fixed price or otherwise; or
c. made an admission of such conduct described in a. or b. above that is a matter of record, but have not been prosecuted for such conduct; or
d. violated the provisions of Municipal Code Section 2-92-610 (Living Wage Ordinance).

```
I certify the above to be true
```

4. Neither the Disclosing Party, Affiliated Entity or Contractor, or any of their employees, officials, agents or partners, is barred from contracting with any unit of state or local government as a result of engaging in or being convicted of

• bid-rigging in violation of 720 ILCS 5/33E-3;
• bid-rotating in violation of 720 ILCS 5/33E-4; or
• any similar offense of any state or of the United States of America that contains the same elements as the offense of bid-rigging or bid-rotating.

```
I certify the above to be true
```

5. Neither the Disclosing Party nor any Affiliated Entity is listed on any of the following lists maintained by the Office of Foreign Assets Control of the U.S. Department of the Treasury or the Bureau of Industry and Security of the U.S. Department of Commerce or their successors: the Specially Designated Nationals List, the Denied Persons List, the Unverified List, the Entity List and the Debarred List.

```
I certify the above to be true
```

6. The Disclosing Party understands and shall comply with the applicable requirements of Chapters 2-55 (Legislative Inspector General), Chapter 2-56 (Inspector General) and Chapter 2-156 (Governmental Ethics) of the Municipal Code.

```
I certify the above to be true
```

7. To the best of the Disclosing Party's knowledge after reasonable inquiry, the following is a complete list of all current employees of the Disclosing Party who were, at any time during the 12-month period preceding the execution date of this EDS, an employee, or elected or appointed official, of the City of Chicago.

`None`

8. To the best of the Disclosing Party's knowledge after reasonable inquiry, the following is a complete list of all gifts that the Disclosing Party has given or caused to be given, at any time during the 12-month period preceding the execution date of this EDS, to an employee, or elected or appointed official, of the City of Chicago. For purposes of this statement, a "gift" does not include: (i) anything made generally available to City employees or to the general public, or (ii) food or drink provided in the course of official City business and having a retail value of less than $20 per recipient.

`None`

C. CERTIFICATION OF STATUS AS FINANCIAL INSTITUTION

The Disclosing Party certifies that, as defined in [Section 2-32-455(b) of the Municipal Code](#), the Disclosing Party

`is not a "financial institution"`

D. CERTIFICATION REGARDING INTEREST IN CITY BUSINESS

Any words or terms that are defined in [Chapter 2-156 of the Municipal Code](#) have the same meanings when used in this Part D.

1. In accordance with [Section 2-156-110 of the Municipal Code](#): Does any official or employee of the City have a financial interest in his or her own name or in the name of any other person or entity in the Matter?

`No`

E. CERTIFICATION REGARDING SLAVERY ERA BUSINESS

If the Disclosing Party cannot make this verification, the Disclosing Party must disclose all required information in the space provided below or in an attachment in the "Additional Info" tab. Failure to comply with these disclosure requirements may make any contract entered into with the City in connection with the Matter voidable by the City.

The Disclosing Party verifies that the Disclosing Party has searched any and all records of the Disclosing Party and any and all predecessor entities regarding records of investments or profits from slavery or slaveholder insurance policies

during the slavery era (including insurance policies issued to slaveholders that provided coverage for damage to or injury or death of their slaves), and the Disclosing Party has found no such records.

```
I can make the above verification
```

## SECTION VI -- CERTIFICATIONS FOR FEDERALLY-FUNDED MATTERS

Is the Matter federally funded? For the purposes of this Section VI, tax credits allocated by the City and proceeds of debt obligations of the City are not federal funding.

```
No
```

## SECTION VII -- ACKNOWLEDGMENTS, CONTRACT INCORPORATION, COMPLIANCE, PENALTIES, DISCLOSURE

The Disclosing Party understands and agrees that:

A. The certifications, disclosures, and acknowledgments contained in this EDS will become part of any contract or other agreement between the Applicant and the City in connection with the Matter, whether procurement, City assistance, or other City action, and are material inducements to the City's execution of any contract or taking other action with respect to the Matter. The Disclosing Party understands that it must comply with all statutes, ordinances, and regulations on which this EDS is based.

B. The City's Governmental Ethics and Campaign Financing Ordinances, Chapters 2-156 and 2-164 of the Municipal Code, impose certain duties and obligations on persons or entities seeking City contracts, work, business, or transactions. A training program is available on line at www.cityofchicago.org/city/en/depts/ethics.html, and may also be obtained from the City's Board of Ethics, 740 N. Sedgwick St., Suite 500, Chicago, IL 60610, (312) 744-9660. The Disclosing Party must comply fully with the applicable ordinances.

```
I acknowledge and consent to the above
```

The Disclosing Party understands and agrees that:

C. If the City determines that any information provided in this EDS is false, incomplete or inaccurate, any contract or other agreement in connection with which it is submitted may be rescinded or be void or voidable, and the City may pursue any remedies under the contract or agreement (if not rescinded or void),

at law, or in equity, including terminating the Disclosing Party's participation in the Matter and/or declining to allow the Disclosing Party to participate in other transactions with the City. Remedies at law for a false statement of material fact may include incarceration and an award to the City of treble damages.

D. It is the City's policy to make this document available to the public on its Internet site and/or upon request. Some or all of the information provided on this EDS and any attachments to this EDS may be made available to the public on the Internet, in response to a Freedom of Information Act request, or otherwise. By completing and signing this EDS, the Disclosing Party waives and releases any possible rights or claims which it may have against the City in connection with the public release of information contained in this EDS and also authorizes the City to verify the accuracy of any information submitted in this EDS.

E. The information provided in this EDS must be kept current. In the event of changes, the Disclosing Party must supplement this EDS up to the time the City takes action on the Matter. If the Matter is a contract being handled by the City's Department of Procurement Services, the Disclosing Party must update this EDS as the contract requires. NOTE: With respect to Matters subject to Article I of Chapter 1-23 of the Municipal Code (imposing PERMANENT INELIGIBILITY for certain specified offenses), the information provided herein regarding eligibility must be kept current for a longer period, as required by Chapter 1-23 and Section 2-154-020 of the Municipal Code.

```
I acknowledge and consent to the above
```

The Disclosing Party represents and warrants that:

F.1. The Disclosing Party is not delinquent in the payment of any tax administered by the Illinois Department of Revenue, nor are the Disclosing Party or its Affiliated Entities delinquent in paying any fine, fee, tax or other charge owed to the City. This includes, but is not limited to, all water charges, sewer charges, license fees, parking tickets, property taxes or sales taxes.

```
I certify the above to be true
```

F.2 If the Disclosing Party is the Applicant, the Disclosing Party and its Affiliated Entities will not use, nor permit their subcontractors to use, any facility listed by the U.S. E.P.A. on the federal Excluded Parties List System ("EPLS") maintained by the U.S. General Services Administration.

```
I certify the above to be true
```

F.3 If the Disclosing Party is the Applicant, the Disclosing Party will obtain from any contractors/subcontractors hired or to be hired in connection with the Matter certifications equal in form and substance to those in F.1. and F.2. above and will not, without the prior written consent of the City, use any such

contractor/subcontractor that does not provide such certifications or that the Disclosing Party has reason to believe has not provided or cannot provide truthful certifications.

`I certify the above to be true`

## FAMILIAL RELATIONSHIPS WITH ELECTED CITY OFFICIALS AND DEPARTMENT HEADS

This question is to be completed only by (a) the Applicant, and (b) any legal entity which has a direct ownership interest in the Applicant exceeding 7.5 percent. It is not to be completed by any legal entity which has only an indirect ownership interest in the Applicant.

Under Municipal Code Section 2-154-015, the Disclosing Party must disclose whether such Disclosing Party or any "Applicable Party" or any Spouse or Domestic Partner thereof currently has a "familial relationship" with any elected city official or department head. A "familial relationship" exists if, as of the date this EDS is signed, the Disclosing Party or any "Applicable Party" or any Spouse or Domestic Partner thereof is related to the mayor, any alderman, the city clerk, the city treasurer or any city department head as spouse or domestic partner or as any of the following, whether by blood or adoption: parent, child, brother or sister, aunt or uncle, niece or nephew, grandparent, grandchild, father-in-law, mother-in-law, son-in-law, daughter-in-law, stepfather or stepmother, stepson or stepdaughter, stepbrother or stepsister or half-brother or half-sister.

"Applicable Party" means (1) all corporate officers of the Disclosing Party, if the Disclosing Party is a corporation; all partners of the Disclosing Party, if the Disclosing Party is a general partnership; all general partners and limited partners of the Disclosing Party, if the Disclosing Party is a limited partnership; all managers, managing members and members of the Disclosing Party, if the Disclosing Party is a limited liability company; (2) all principal officers of the Disclosing Party; and (3) any person having more than a 7.5 percent ownership interest in the Disclosing Party. "Principal officers" means the president, chief operating officer, executive director, chief financial officer, treasurer or secretary of a legal entity or any person exercising similar authority.

Does the Disclosing Party or any "Applicable Party" or any Spouse or Domestic Partner thereof currently have a "familial relationship" with an elected city official or department head?

`No`

## ADDITIONAL INFO

Please add any additional explanatory information here. If explanation is longer than 1000 characters, you may add an attachment below. Please note that your EDS, including all attachments, becomes available for public viewing upon contract award. Your attachments will be viewable "as is" without manual redaction by the City. You are responsible for redacting any non-public information from your documents before uploading.

```
Redflex Traffic Systems, Inc. ("RTSI") is wholly owned by
Redflex Holdings, LTD ("RHL"), a public corporation listed on
the Australian Stock Exchange. RTSI has submitted a request to
the Chicago Law Department requesting an exception for RHL as
a publicly traded entity.
```

List of vendor attachments uploaded by City staff

```
None.
```

List of attachments uploaded by vendor

```
Explanation of shareholder holdings for Redflex Holdings, LTD
```

## CERTIFICATION

Under penalty of perjury, the person signing below: (1) warrants that he/she is authorized to execute this EDS on behalf of the Disclosing Party, and (2) warrants that all certifications and statements contained in this EDS are true, accurate and complete as of the date furnished to the City.

/s/ 01/29/2013
Tamara Dietrich
Director of Legislative Affairs
Redflex Traffic Systems, Inc

This is a printed copy of the Economic Disclosure Statement, the original of which is filed electronically with the City of Chicago. Any alterations must be made electronically, alterations on this printed copy are void and of no effect.

23751 N 23rd Avenue • Suite 150 • Phoenix, AZ 85085 USA • 623.207.2000 (p) • 623.207.2050 (f) • www.redflex.com

Please see the attached statement entitled "ASX Additional Information". The information contained in this list comes directly RHL's shareholder registry and is generated from the Australian Stock Exchange ("ASX"), the regulatory agency under which RHL's publicly traded securities are listed and traded. This list will be published later this month in RHL's annual report filed with the ASX. The twenty largest holders of quoted equity securities is listed. As you can see, as of August 31, 2012, RHL has one direct holder of greater than 7.5%, JP Morgan Nominees Australia Limited ("JPM"). No other group or individual holds greater than 7.5% direct interest in RHL.

Pursuant to EDS Rule 2(e), attached is the most recent public filing in RHL's possession regarding JPM. JPM is an investment bank required to make periodic filings with the ASX. The most recent such filing in RHL's possession is attached for your reference. Listed on this Form S672 are all significant third party investors who have asked JPM to hold their shares in RHL on their behalf.

Please note that, as of August 31, 2012, RHL had (of record) 2,262 shareholders. It is a widely traded, public company on a heavily regulated and internationally regulated exchange, the ASX. Each and every day, the percentage ownership in RHL securities changes. Hence our wish to obtain a public company exception from the City of Chicago.

We believe that we have reasonably satisfied the purposes and intent of the EDS form requirements. RHL, as a publicly traded enterprise, is subject to strict regulatory and public filing requirements. Far more onerous scrutiny is placed on RHL than a privately held vendor seeking to do business with the City of Chicago. Similar public scrutiny is placed on RHL shareholders having greater than 7.5% ownership, far more than placed on private company shareholders. Public information relating to RHL, its business and its substantial equity transactions and related changes in significant shareholders is comprehensive and readily accessible by any individual. And it gets regularly updated as required by the ASX. As such, the City has a completely transparent perspective on RHL.

If you wish to independently confirm all that is stated above, please enter the stock symbol "RDF.AX" and all publicly filed forms and disclosures relating to RHL can be accessed. Furthermore, we will be happy to provide our Annual Report when filed later in September. It contains comprehensive and substantial information on RHL and RTSI.

## Substantial Holders

| | Holders | Shares | Capital |
|---|---|---|---|
| 1 – 1,000 | 474 | 227,282 | 0.21% |
| 1,001 – 5,000 | 779 | 2,005,289 | 1.82% |
| 5,001 – 10,000 | 329 | 2,416,797 | 2.19% |
| 10,001 – 100,000 | 446 | 11,911,426 | 10.79% |
| 100,001 – over | 72 | 93,784,805 | 84.99% |
| | 2,100 | 110,345,599 | 100.00% |

| | | |
|---|---|---|
| Holding less than a marketable parcel of 250 shares @ $2.00 | 162 | 12,133 |

| Name | Ordinary Shares | % of Issued Capital |
|---|---|---|
| Macquarie Group Limited | 13,281,905 | 12.04% |
| Mrs Elizabeth Cooper | 10,932,914 | 9.91% |
| Investaco Pty Ltd | 8,755,642 | 7.93% |
| Thorney Holdings | 8,377,019 | 7.59% |
| Hunter Hall | 8,230,292 | 7.46% |
| IOOF Holdings Limited | 6,952,786 | 6.30% |
| Ms Cheng Man Oy | 5,783,244 | 5.24% |

## Twenty largest holders of quoted equity securities

| Name | Shares Held | % of Issued Capital |
|---|---|---|
| J P Morgan Nominees Australia Limited | 15,874,278 | 14.39% |
| Investaco Pty Ltd | 8,257,587 | 7.48% |
| Thorney Holdings Pty Ltd | 7,558,439 | 6.85% |
| Macquarie Radar Holdings Pty Limited | 6,637,953 | 6.02% |
| Macquarie Special Situations Master Fund Limited | 6,637,952 | 6.02% |
| Ms Cheng Man Oy | 6,182,252 | 5.60% |
| Mrs Elizabeth Geraldine Cooper | 5,217,884 | 4.73% |
| National Nominees Limited | 4,985,968 | 4.52% |
| Blue Jade Pty Ltd | 3,748,541 | 3.40% |
| HSBC Custody Nominees (Australia) Limited | 3,316,482 | 3.01% |
| BNP Paribas Noms Pty Ltd <Master Cust DRP> | 2,470,698 | 2.24% |
| Vertex Bianca Nominees Pty Ltd <Superannuation Fund A/C> | 2,149,944 | 1.95% |
| Mr Christopher Austin Cooper | 1,750,054 | 1.59% |
| Mr Graham William Davie | 1,706,470 | 1.55% |
| O'Connor Holdings Pty Ltd | 1,571,215 | 1.42% |
| Conlngsby Nominees Pty Ltd <Super Fund A/C> | 1,415,668 | 1.28% |
| Macrihanish Pty Ltd | 1,356,228 | 1.23% |
| Character Home Sales Pty Ltd <Character Home Sls Sup A/C> | 697,212 | 0.63% |
| Investaco Pty Ltd <Ho Family A/C> | 661,465 | 0.60% |
| Vertex Bianca Nominees Pty Ltd | 657,906 | 0.60% |
| Top 20 Holders of Ordinary Fully Paid Shares | 82,854,196 | 75.09% |

Please find attached S672 report.

Regards,

JPMCS Client Admin | Direct Custody and Clearing | Treasury & Securities Services | J.P. Morgan Chase & Co.

**From:** Marilyn Stephens [mailto:marilyn.stephens@redflex.com.au]
**Sent:** Thursday, 28 June 2012 12:37 PM
**To:** Aus Settlements Local Agent
**Subject:** FW: 672 Notice - J P Morgan Nominees 2012-06-20.pdf - Adobe Acrobat Professional

I wonder if you can help me please.
I don't appear to have received a response to my attached request for disclosure.

For clarification, on the share register of Redflex Holdings Limited JP Morgan entities are appearing on the register as follows:

J P Morgan Nominees Australia Limited, Locked Bag 7, Royal Exchange NSW 1225          14,028,443 shares held
J P Morgan Nominees Australia Limited <Cash Income A/C>, Melbourne          8,999,074 shares held

The attached disclosure request was for the <Cash Income A/C>

I separately sent a request for disclosure regarding the 14 million shares, and have received a response on those.

**Marilyn Stephens**
Company Secretary
Redflex Holdings Limited
Desk: +61 3 9674 1712   Mobile: 0438 092 966

If you are not an authorised recipient of this e-mail, please contact me at Redflex immediately by return phone call or by email. In this case, you should not read, print, retransmit, store or act in reliance on this e-mail or any attachments, and should destroy all copies of them. This e-mail and any attachments are confidential and may contain privileged information and/or copyright material of Redflex or third parties. You should only retransmit, distribute or commercialise the material if you are authorised to do so. This notice should not be removed.

**From:** Marilyn Stephens
**Sent:** Wednesday, June 20, 2012 11:55 AM
**To:** 'aus.settlements.local.agent@jpmorgan.com'
**Subject:** 672 Notice - J P Morgan Nominees 2012-06-20.pdf - Adobe Acrobat Professional

Greetings

Please find attached Notice requesting disclosure under section 672A.

Cheers
Marilyn

2

This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email

Dear Sir / Madam,

**Response to s 672A Disclosure Notice**

We confirm receipt of your direction to make the disclosure required by s 672B of the *Corporations Act 2001 (the Act)* registered in the name of J.P. Morgan Nominees Australia Limited (*JPM Nominees*) and respond below.

We note that the registered holding of JPM Nominees in the Company may have changed since the date referred to above, and the information contained in this letter is given based on the circumstances prevailing as at that date unless otherwise indicated.

The securities to which the direction relates are held by JPM Nominees pursuant to custody agreements with the parties listed in the attached schedule.

Each party listed in the schedule is able to give instructions to JPM Nominees about the acquisition or disposal of the securities indicated in the schedule as being referable to it, and the exercise of any voting rights or other rights attaching to such securities, and therefore has a relevant interest in the relevant securities (as may certain of the relevant party's related bodies corporate). J.P. Morgan is not aware whether any other person has a relevant interest in the securities.

***

We trust this answers all enquiries in your s 672A notice. If you have any further queries in relation to this response, please do not hesitate to contact me on 1800 025 790.

Yours faithfully,

Wendy Davies
Head of TSS Client Service Melbourne & New Zealand
J.P. Morgan Nominees Australia Limited

HISTORICAL CUSTODY POSITIONS - LIST OF HOLDERS IN A STOCK
Sec Id       AU00006665
ISIN-Sec N: AU000000RDF0
                                    -REDFLEX HOLDINGS LIMITED ORDINARY FULLY PAID

| No | BP ID NUM | BP ID NAM | SCA ID NUMBER | SCA ID NAME | COUNT | HOLDINGS | ADDRESS | |
|----|-----------|-----------|---------------|-------------|-------|----------|---------|--|
| 1 | 2483 | SIX SIS LTD | 2.483E+11 | SIX SIS LTD TREATY          ACCOUNT | CH | 240000 | BASLERSTRASSE 100 | CH-4600 OLTE |
| 2 | 2706 | JP MORGAI | 2.70601E+11 | FIRST CLEARING LLC CLIENTS | OU | 9933 | IS NETWORK MANAGEMENT | 5TH FLOOR 4 |
| 3 | 2706 | JP MORGAI | 2.70601E+11 | STIFEL, NICHOLAUS AND US RES A/C | OU | 3500 | IS NETWORK MANAGEMENT | 5TH FLOOR 4 |
| 4 | 2706 | JP MORGAI | 2.70602E+11 | E TRADE CLEARING LLC SEG | OU | 7876 | IS NETWORK MANAGEMENT | 5TH FLOOR 4 |
| 5 | 2706 | JP MORGAI | 2.70602E+11 | SOUTHWEST SEC INC SEG | US | 400 | IS NETWORK MANAGEMENT | 5TH FLOOR 4 |
| 6 | 2706 | JP MORGAI | 2.70602E+11 | J.J.B HILLIARD W.L.LYONS LLC SEG | US | 1000 | IS NETWORK MANAGEMENT | 5TH FLOOR 4 |
| 7 | 2706 | JP MORGAI | 2.70602E+11 | VANGUARD MARKETING CORPORATION | US | 365 | IS NETWORK MANAGEMENT | 5TH FLOOR 4 |
| 8 | 2706 | JP MORGAI | 2.70603E+11 | JPMCB: MORGAN STANLEY INTL PLC-AU | GB | 43005 | IS NETWORK MANAGEMENT | 5TH FLOOR 4 |
| 9 | 2706 | JP MORGAI | 2.70603E+11 | JPMORGAN CHASE ITS LONDON CLIENT'S ACCOUNT TD AMERITRADE | OU | 36430 | IS NETWORK MANAGEMENT | 5TH FLOOR 4 |
| 10 | 3049 | DEUTSCHE | 3.049E+11 | DEUTSCHE BANK AG LONDON PRIME     BROKERAGE FULL TAX ACCO | OU | 1098125 | 23 GREAT WINCHESTER STREET | LONDON  EC2 |
| 11 | 4604 | THORNEY I | 4.604E+11 | THORNEY HOLDINGS PTY LTD -     NAB MARGIN LENDING ACCOUN | AU | 7558439 | LEVEL 39 | ANZ TOWER 5 |
| 12 | 9999 | J.P. MORG/ | 9.99997E+11 | DRP PROTECTION | AU | 3 | J.P. MORGAN NOMINEES AUSTRALIA LTD | LEVEL 21, 55 C |
| 13 | 9999 | J.P. MORG/ | 9.99997E+11 | SYDNEY RESEARCH TEAM | AU | 1 | J.P. MORGAN NOMINEES AUSTRALIA LTD | LEVEL 21, 55 C |

***END OF REPORT***

TOTAL HOLDINGS                                              8999077

REQUIRED                      19/06/2012
TOTAL NUI                            13
REPORT ID              CSVBP01
PRINTED BY E601053 ON Jun 29 2012 AT 9:13:0

J.P. MORGAN NOMINEES AUSTRALIA LTD
LEVEL 21
55 COLLINS STREET
MELBOURNE VIC 3000

```
RRRRRRRRRRR  DDDDDDDDD      8888888888   555555555555 777777777777
RRRRRRRRRRRR DDDDDDDDDD     888888888888 555555555555 777777777777
RR        RR DD        DD 88          88 55                     77
RR        RR DD        DD 88          88 55                    77
RR        RR DD        DD 88        88 55                     77
RRRRRRRRRRRR DD        DD   88888888     555555555           77
RRRRRRRRRR   DD        DD    88888888   5555555555          77
RR    RR     DD        DD 88        88            55       77
RR     RR    DD        DD 88        88            55       77
RR      RR   DD        DD 88        88            55       77
RR        RR DDDDDDDDDD   888888888888 555555555555         77
RR        RR DDDDDDDDD      8888888888   55555555555        77
```

```
**************************************************************************
**                                                                    **
**                                                                    **
**                                                                    **
**          REPORT ID: RD857       DISCLOSURE LETTERS-INTRADAY         **
**                                 LETTERS GENERATED TO FULFIL GSS'S DUTY UNDER THE COMPANIES **
**                                 ACT. SECTION 212 FOR STOCK REGISTERED FOR CHASE NOMINEES LTD **
**                                                                    **
**                                 LOB:IST-COSMIC                      **
**                                                                    **
**          RECIPIENT: AGSBO294    GSS - AGENT SERVICES                **
**                                 ZSPL CONVERSION ID                  **
**                                                                    **
**                                 BOURNEMOUTH   BRF:MOBIUS HOUSE      **
**                                 BOX BO39                            **
**                                                                    **
**          JOBNAME: PRISX45P                                          **
**                                                                    **
**************************************************************************
```

```
RRRRRRRRRRR  DDDDDDDDD      8888888888   555555555555 777777777777
RRRRRRRRRRRR DDDDDDDDDD     888888888888 555555555555 777777777777
RR        RR DD        DD 88          88 55                     77
RR        RR DD        DD 88          88 55                    77
RR        RR DD        DD 88        88 55                     77
RRRRRRRRRRRR DD        DD   88888888     555555555           77
RRRRRRRRRR   DD        DD    88888888   5555555555          77
RR    RR     DD        DD 88        88            55       77
RR     RR    DD        DD 88        88            55       77
RR      RR   DD        DD 88        88            55       77
RR        RR DDDDDDDDDD   888888888888 555555555555         77
RR        RR DDDDDDDDD      8888888888   55555555555        77
```



```
COMPANY    : JPMORGAN CHASE BANK

PACKET     : REPORT GROUP FOR SPECIAL STATIONERY

RECIPIENT  : AGSB0294        GSS - AGENT SERVICES
                            ZSPL CONVERSION ID


                            BOURNEMOUTH   BRF:MOBIUS HOUSE
                            BOX B039

DATE :  20/06/2012  TIME : 09.01.41
```

## CONTACT NUMBERS

| General enquiries | | Missing reports | |
|---|---|---|---|
| Bournemouth | (CN 731) 2240 | Help Desk | (CN 731) |
| London Wall | (CN 777) 3580 | | |
| Trinity Tower | (CN 777) 3580 | **ViewDirect (Infopac) changes** | |
| | | RMU | (CN731) 1979 o |
| | | Email | Etech Report Mgt Unit |

Registered Office: 125 London Wall, London EC2Y 5AJ - Company number 248239

Redflex Holdings Limited

20 June 2012

FAX - 006139693566

For the attention of The Company Secretary

Dear Sir/Madam,

Re: REDFLEX HOLDINGS NPV - As at 19 June 12

With reference to your letter and in accordance with
your request, please be advised:-

1 ) The 14,030,438 shares are held on our behalf by
JPMORGAN CHASE BANK, N.A solely in the capacity of
a nominee. We, in turn also hold the shares solely in
the capacity of a nominee.

2 ) 14,030,438 shares are held on behalf of the following:-
'-- Holdings -- ---- Beneficial Owner Details ---
                '-- Holdings -- ------- Administrator Details ----

5,618,174 HUNTER HALL VALUE GROWTH TRUST
          LEVEL 2
          60 CASTLEREAGH STREET
          SYDNEY
          NSW 2000
          AUSTRALIA
          Beneficial Owner ref : 106278
          Designation of AUST FUNDS

                          5,618,174 LEVEL 2, 60 CASTLEREAGH STREET
                                    SYDNEY NS 2000
                                    AU

(Ref: 86952)

Registered Office: 125 London Wall, London EC2Y 5AJ - Company number 248239

NSW 2000 AUSTRALIA

1,514,797 HUNTER HALL AUSTRALIAN VALUE TRUST
LEVEL 2
60 CASTLEREAGH STREET
SYDNEY
NSW 2000
AUSTRALIA
Beneficial Owner ref : 106263
Designation of AUST FUNDS

(Ref: 86954)     1,514,797 LEVEL 2, 60 CASTLEREAGH STREET
                           SYDNEY
                           AUSTRALIA
                           2000

1,450,066 H.E.S.T. AUSTRALIA LIMITED
LEVEL 20 CASSELDEN PLACE
2 LONSDALE STREET
MELBOURNE
VICTORIA
3000
Beneficial Owner ref : 25473
Designation of OMNI LEND A/C

(Ref: 69061)     1,450,066 ELLERSTON CAPITAL LIMITED
                           LEVEL 11 179 ELIZABETH STREET
                           SYDNEY NSW
                           2000 AUSTRALIA

AU

415,865 ABU DHABI INVESTMENT AUTHORITY
P.O. BOX 3600,
ABU DHABI,
UNITED ARAB EMIRATES.

Beneficial Owner ref : 2984
Designation of T/E SOV GOVT L/A

(Ref: 37707) 310,182 68/F TWO INTERNATIONAL FINANCE
CENTRE
8 FINANCE STREET
CENTRAL HONG KONG

(Ref: 68968) 105,683 NORTHERN TRUST
50 BANK STREET CANARY WHARF
LONDON
E14 5NT
UK

368,077 CHALLENGER MANAGED INVESTMENTS
LIMITED AS THE RESPONSIBLE ENTITY
FOR THE CHALLENGER SMALLER
COMPANIES FUND
LEVEL 41
AURORA PLACE
88 PHILLIP STREET
SYDNEY NSW 2000
AUSTRALIA
Beneficial Owner ref : 97055
Designation of AUST FUNDS

(Ref: 34492) 368,077 CHALLENGER FINANCIAL SVS
LVL 41 AURORA PLACE
88 PHILLIP STREET
SYDNEY NSW 2007
AUSTRALIA

251,244 ZURICH INVESTMENT MANAGEMENT
LIMITED ATF ZURICH INVESTMENTS
SMALL COMPANIES SCHEME
5 BLUE STREET
NORTH SYDNEY
NSW 2060
AUSTRALIA
Beneficial Owner ref : 106267
Designation of AUST FUNDS

(Ref: 56665)    251,244 ELLERSTON CAPITAL LIMITED
54-58 PARK STREET
SYDNEY
NSW AUSTRALIA

239,547 VANGUARD TOTAL INTERNATIONAL STOCK
INDEX FUND
100 VANGUARD BLVD.
MALVERN
PA 19355
USA
Beneficial Owner ref : 101961
Designation of VANGUARD BBH

(Ref: 51576)    239,547 THE VANGUARD GROUP INC
PO BOX 1102 MAILSTOP R29
VALLEY FORGE PA
19355 UNITED STATES
ATTN: CHRISTOPHER WIGHTMAN

NSW 2000
ATT: ANDREW CAIN

179,742 DIMENSIONAL AUSTRALIAN CORE EQUITY
TRUST
LEVEL 29,
GATEWAY,
1 MACQUARIE PLACE,
SYDNEY NSW 2000
AUSTRALIA
Beneficial Owner ref : 99182
Designation of OMNI LEND A/C

(Ref: 41663)          179,742 LEVEL 29 GATEWAY
                      1 MACQUARIE PLACE
                      SYDNEY
                      NSW 2000
                      AUSTRALIA

113,940 HUNTER HALL GLOBAL DEEP GREEN
TRUST
LEVEL 2
60 CASTLEREAGH STREET
SYDNEY
NSW 2000
AUSTRALIA
Beneficial Owner ref : 106261
Designation of AUST FUNDS

(Ref: 86955)          113,940 LEVEL 2, 60 CASTLEREAGH STREET
                      SYDNEY
                      AUSTRALIA
                      2000

NSW 2000
ATT: ANDREW CAIN

6,538 LUCRF PTY LTD AS TRUSTEE FOR THE
LABOUR UNION CO-OPERATIVE
RETIREMENT FUND
833 BOURKE STREET
DOCKLANDS VIC 3008
AUSTRALIA

Beneficial Owner ref : 96112
Designation of OMNI LEND A/C

(Ref: 84177)

6,538 ACADIAN ASSET MANAGEMENT
(AUSTRALIA)
LEVEL 40 AUSTRALIA SQUARE 264-278
GEORGE STREET SYDNEY NSW
2000 AUSTRALIA

6,351 VANGUARD INVESTMENT SERIES, PLC
70 SIR JOHN ROGERSON'S QUAY
DUBLIN 2
IRELAND

Beneficial Owner ref : 91022
Designation of OFFSHORE NT LEND

(Ref: 63374)

6,351 J.P. MORGAN ADMINISTRATION
SERVICES (IRE JP MORGAN HOUSE
INTERNATIONAL FINANCIAL SERVICES
CENTRE IRELAND
1

AUSTRALIA
3006

2,000 DIMENSIONAL AUSTRALIAN CORE EQUITY
TRUST
LEVEL 29,
GATEWAY,
1 MACQUARIE PLACE,
SYDNEY NSW 2000
AUSTRALIA
Beneficial Owner ref :    99182
Designation of OMNI LOAN A/C

(Ref: 41663)          2,000 LEVEL 29 GATEWAY
                            1 MACQUARIE PLACE
                            SYDNEY
                            NSW 2000
                            AUSTRALIA

9 J.P.MORGAN EUROPE LIMITED
125 LONDON WALL
LONDON
EC2Y 5AJ
UK
Beneficial Owner ref :  107881
Designation of AUST FUNDS

(Ref: 03148)          9 C/O THE CHASE MANHATTAN BANK
                            1 CHASESIDE
                            BOURNEMOUTH
                            DORSET
                            ATTN: ANDREW MAXWELL

ATTN: ANDREW MAXWELL

| 1 J.P.MORGAN EUROPE LIMITED | 1 C/O THE CHASE MANHATTAN BANK |
| 125 LONDON WALL | 1 CHASESIDE |
| LONDON | BOURNEMOUTH |
| EC2Y 5AJ | DORSET |
| UK | ATTN: ANDREW MAXWELL |
| Beneficial Owner ref : 107881 | |
| Designation of T/E LENDING A/C | |

(Ref: 03148)

With regard to the voting rights or any other rights (if any) carried by the above mentioned shares, please be advised that we hold the shares as a Bare Trustee, and do not have any power to exercise these rights other than in accordance with the instruction of our customer or their agent.

Trusting the above meets with your requirements.

We remain
Yours faithfully

For and on behalf of
JPMORGAN CHASE BANK, NA

Thanks & Regards,

Manjunatha Veerabhadrappa
Disclosure Team
J P Morgan Worldwide Securities Services | WSS Reconciliations
E-mail: disclosureteam@jpmorgan.com
Ph- +91 80 66767388

This message is intended for the use of the addressee and may contain information that is private and confidential. If you are not the intended recipient you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error please notify us immediately by telephone. JPMorgan shall not be liable for any delays, inaccuracies, errors or omissions arising from the transmission of the information contained herein over the internet. J.P. Morgan Europe Limited. Registered in England & Wales No. 938937. Registered Office 125 London Wall, London EC2Y 5AJ. JPMorgan Chase Bank, National Association. Organised under the laws of USA with limited liability. Main Office: 1111 Polaris Parkway, Columbus, Ohio 43240 USA. Registered as a branch in England & Wales branch No. BR000746. Registered Branch Office 125 London Wall, London EC2Y 5AJ. All authorised and regulated by the Financial Services Authority.



**From:** Marilyn Stephens [mailto:marilyn.stephens@redflex.com.au]
**Sent:** 22 June 2012 11:11
**To:** DISCLOSURE TEAM
**Subject:** FW: Disclosure request made on JP Morgan - Redflex Holdings Limited

Hi Manjunatha
I don't appear to have received the report yet. Could I have it by our Monday morning please?

Cheers
Marilyn

**Marilyn Stephens**
Company Secretary
Redflex Holdings Limited
Desk: +61 3 9674 1712   Mobile: 0438 092 966

If you are not an authorised recipient of this e-mail, please contact me at Redflex immediately by return phone call or by email. In this case, you should not read, print, retransmit, store or act in reliance on this e-mail or any attachments, and should destroy all copies of them. This e-mail and any attachments are confidential and may contain privileged information and/or copyright material of Redflex or third parties. You should only retransmit, distribute or commercialise the material if you are authorised to do so. This notice should not be removed.

**From:** Marilyn Stephens
**Sent:** Thursday, June 21, 2012 8:56 AM

1

If you are not the intended recipient of this e-mail, please contact the sender at redmex immediately by return phone call or by email. In this case, you should not print, retransmit, store or act in reliance on this e-mail or any attachments, and should destroy all copies of them. This e-mail and any attachments are confidential and may contain privileged information and/or copyright material of Redflex or third parties. You should only retransmit, distribute or commercialise the material if you are authorised to do so. This notice should not be removed.

**From:** disclosureteam@jpmchase.com [mailto:disclosureteam@jpmchase.com]
**Sent:** Thursday, June 21, 2012 2:10 AM
**To:** Marilyn Stephens
**Subject:** Disclosure request made on JP Morgan - Redflex Holdings Limited

Dear Marilyn,

We plan to send the requested JP Morgan disclosure to you later today by electronic encrypted email in PDF format.

The password to open the Attachment will be:-

Redfun12, next month it will be Redful12, in Jan 2013 it will be Redflan13 etc.

Please confirm the email address we should be sending it to e.g. marilyn.stephens@redflex.com.au

Transmission is pending your response.

Note: rather than posting your requests to our address, please email the requests direct to us to help us help you.

Thanks & Regards,

Manjunatha Veerabhadrappa
Disclosure Team
J P Morgan I Worldwide Securities Services I WSS Reconciliations
E-mail: disclosureteam@jpmorgan.com
Ph:- +91 80 66767388

*The information given by us under this letter is strictly confidential and is disclosed to you for the sole purpose of the relevant laws and regulations, which are stipulated in your request as the legal basis of your request. The information disclosed hereunder remains confidential information and cannot be used or disclosed by you or by the issuing company for any other purpose (including but not limited to any promotional purpose), and should only be disclosed to those persons within your organization or the issuing company that need to know the information*

This message is intended for the use of the addressee and may contain information that is private and confidential. If you are not the intended recipient you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error please notify us immediately by telephone. JPMorgan shall not be liable for any delays, inaccuracies, errors or omissions arising from the transmission of the information contained herein over the internet. J.P. Morgan Europe Limited. Registered in England & Wales No. 938937.

2

completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates. This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you. Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to European legal entities.

3



CITY OF CHICAGO
ECONOMIC DISCLOSURE STATEMENT and AFFIDAVIT
Related to Contract/Amendment/Solicitation
EDS # 35363

## SECTION I -- GENERAL INFORMATION

A. Legal name of the Disclosing Party submitting the EDS:

`Redflex Holdings, LTD`

Enter d/b/a if applicable:


The Disclosing Party submitting this EDS is:

`a legal entity holding a direct or indirect interest in the
Applicant`

The Disclosing Party holds an interest in

`Redflex Traffic Systems, Inc and EDS is 35362`

B. Business address of the Disclosing Party:

`31 Market Street`
`South Melbourne, Victoria 3205`
`Australia`

C. Telephone:

`623-207-2131`

Fax:


D. Name of contact person:

`Ms. Tamara Dietrich`

## SECTION II -- DISCLOSURE OF OWNERSHIP INTERESTS

A. NATURE OF THE DISCLOSING PARTY

1. Indicate the nature of the Disclosing Party:

`Publicly registered business corporation`

Is the Disclosing Party incorporated or organized in the State of Illinois?

`No`

State or foreign country of incorporation or organization:

`Australia`

Registered to do business in the State of Illinois as a foreign entity?

`No`

B. DISCLOSING PARTY IS A LEGAL ENTITY:

1.a.1 Does the Disclosing Party have any directors?

`Yes`

1.a.3 List below the full names and titles of all executive officers and all directors, if any, of the entity. Do not include any directors who have no power to select the entity's officers.

| **Officer/Director:** | Mr. Max Findlay |
|---|---|
| **Title:** | Director |
| **Role:** | Director |

| **Officer/Director:** | Mrs. Karen Finley |
|---|---|
| **Title:** | Director |
| **Role:** | Director |

| **Officer/Director:** | Mr. Robin Debernardi |
|---|---|
| **Title:** | Director |
| **Role:** | Officer |

| **Officer/Director:** | Mr. Ian Davis |
|---|---|
| **Title:** | Director |
| **Role:** | Director |

| | |
|---|---|
| **Officer/Director:** | Mr. Michael McConnell |
| **Title:** | Director |
| **Role:** | Director |

---

| | |
|---|---|
| **Officer/Director:** | Mr. Ronald Johnson |
| **Title:** | Treasurer |
| **Role:** | Officer |

---

| | |
|---|---|
| **Officer/Director:** | Ms. Marilyn Stephens |
| **Title:** | Secretary |
| **Role:** | Officer |

---

| | |
|---|---|
| **Officer/Director:** | Mr. Robert DeVincenzi |
| **Title:** | CEO / Director |
| **Role:** | Both |

---

2. Ownership Information

Please confirm ownership information concerning each person or entity having a direct or indirect beneficial interest in excess of 7.5% of the Disclosing Party (your entity). Examples of such an interest include shares in a corporation, partnership interest in a partnership or joint venture, interest of a member or manager in a limited lability company, or interest of a beneficiary of a trust, estate, or other similar entity. Note: Pursuant to Section 2-154-030 of the Municipal code of Chicago, the City may require any such additional information from any applicant which is reasonably intended to achieve full disclosure.

As reported by the Disclosing Party, the immediate owner(s) of the Disclosing Party is/are listed below:

- Ms. Elizabeth Cooper - 9.91%
- Thorney Holdings PTY, Ltd - 7.59%
- Investaco Pty, LTD - 7.93%

Owner Details

| Name | Address |
|---|---|
| Investaco Pty, LTD | 13 McKenna Road |
| | Glen Waverley, Victoria 3150 |
| | Australia |
| Ms. Elizabeth Cooper | 31 Market Street |

```
                              South Melbourne, Victoria 3205
                              Australia
  Thorney Holdings          55 Collins Street
  PTY, Ltd
                              Level 39
                              Melbourne, Victoria 3000
                              Australia
```

## SECTION III -- BUSINESS RELATIONSHIPS WITH CITY ELECTED OFFICIALS

Has the Disclosing Party had a "business relationship," as defined in Chapter 2-156 of the Municipal Code, with any City elected official in the 12 months before the date this EDS is signed?

```
No
```

## SECTION V -- CERTIFICATIONS

### A. COURT-ORDERED CHILD SUPPORT COMPLIANCE

Under Municipal Code Section 2-92-415, substantial owners of business entities that contract with the City must remain in compliance with their child support obligations throughout the contract's term.

Has any person who directly or indirectly owns 10% or more of the Disclosing Party been declared in arrearage of any child support obligations by any Illinois court of competent jurisdiction?

```
Not applicable because no person directly or indirectly owns
10% or more of the Disclosing Party
```

### B. FURTHER CERTIFICATIONS

1. Pursuant to Municipal Code Chapter 1-23, Article I ("Article I")(which the Applicant should consult for defined terms (e.g., "doing business") and legal requirements), if the Disclosing Party submitting this EDS is the Applicant and is doing business with the City, then the Disclosing Party certifies as follows:

   i. neither the Applicant nor any controlling person is currently indicted or charged with, or has admitted guilt of, or has ever been convicted of, or placed under supervision for, any criminal offense involving actual, attempted, or conspiracy to commit bribery, theft, fraud, forgery, perjury, dishonesty or deceit against an officer or employee of the City or any sister agency; and

ii. the Applicant understands and acknowledges that compliance with Article I is a continuing requirement for doing business with the City.

NOTE: If Article I applies to the Applicant, the permanent compliance timeframe in Article I supersedes some five-year compliance timeframes in certifications 2 and 3 below.

```
I certify the above to be true
```

2. The Disclosing Party and, if the Disclosing Party is a legal entity, all of those persons or entities identified in Section II.B.1. of this EDS:

a. are not presently debarred, suspended, proposed for debarment, declared ineligible or voluntarily excluded from any transactions by any federal, state or local unit of government;

b. have not, within a five-year period preceding the date of this EDS, been convicted of a criminal offense, adjudged guilty, or had a civil judgment rendered against them in connection with: obtaining, attempting to obtain, or performing a public (federal, state or local) transaction or contract under a public transaction; a violation of federal or state antitrust statutes; fraud; embezzlement; theft; forgery; bribery; falsification or destruction of records; making false statements; or receiving stolen property;

c. are not presently indicted for, or criminally or civilly charged by, a governmental entity (federal, state or local) with committing any of the offenses set forth in clause B.2.b. of this Section V;

d. have not, within a five-year period preceding the date of this EDS, had one or more public transactions (federal, state or local) terminated for cause or default; and

e. have not, within a five-year period preceding the date of this EDS, been convicted, adjudged guilty, or found liable in a civil proceeding, or in any criminal or civil action, including actions concerning environmental violations, instituted by the City or by the federal government, any state, or any other unit of local government.

```
I certify the above to be true
```

3. Neither the Disclosing Party, nor any Contractor, nor any Affiliated Entity of either the Disclosing Party or any Contractor nor any Agents have, during the five years before the date this EDS is signed, or, with respect to a Contractor, an Affiliated Entity, or an Affiliated Entity of a Contractor during the five years before the date of such Contractor's or Affiliated Entity's contract or engagement in connection with the Matter:

a. bribed or attempted to bribe, or been convicted or adjudged guilty of bribery or attempting to bribe, a public officer or employee of the City, the State of Illinois,

or any agency of the federal government or of any state or local government in the United States of America, in that officer's or employee's official capacity;

b. agreed or colluded with other bidders or prospective bidders, or been a party to any such agreement, or been convicted or adjudged guilty of agreement or collusion among bidders or prospective bidders, in restraint of freedom of competition by agreement to bid a fixed price or otherwise; or

c. made an admission of such conduct described in a. or b. above that is a matter of record, but have not been prosecuted for such conduct; or

d. violated the provisions of Municipal Code Section 2-92-610 (Living Wage Ordinance).

```
I certify the above to be true
```

4. Neither the Disclosing Party, Affiliated Entity or Contractor, or any of their employees, officials, agents or partners, is barred from contracting with any unit of state or local government as a result of engaging in or being convicted of

- bid-rigging in violation of 720 ILCS 5/33E-3;
- bid-rotating in violation of 720 ILCS 5/33E-4; or
- any similar offense of any state or of the United States of America that contains the same elements as the offense of bid-rigging or bid-rotating.

```
I certify the above to be true
```

5. Neither the Disclosing Party nor any Affiliated Entity is listed on any of the following lists maintained by the Office of Foreign Assets Control of the U.S. Department of the Treasury or the Bureau of Industry and Security of the U.S. Department of Commerce or their successors: the Specially Designated Nationals List, the Denied Persons List, the Unverified List, the Entity List and the Debarred List.

```
I certify the above to be true
```

6. The Disclosing Party understands and shall comply with the applicable requirements of Chapters 2-55 (Legislative Inspector General), Chapter 2-56 (Inspector General) and Chapter 2-156 (Governmental Ethics) of the Municipal Code.

```
I certify the above to be true
```

7. To the best of the Disclosing Party's knowledge after reasonable inquiry, the following is a complete list of all current employees of the Disclosing Party who were, at any time during the 12-month period preceding the execution date of this EDS, an employee, or elected or appointed official, of the City of Chicago.

```
None
```

8. To the best of the Disclosing Party's knowledge after reasonable inquiry, the following is a complete list of all gifts that the Disclosing Party has given or caused to be given, at any time during the 12-month period preceding the execution date of this EDS, to an employee, or elected or appointed official, of the City of Chicago. For purposes of this statement, a "gift" does not include: (i) anything made generally available to City employees or to the general public, or (ii) food or drink provided in the course of official City business and having a retail value of less than $20 per recipient.

```
None
```

C. CERTIFICATION OF STATUS AS FINANCIAL INSTITUTION

The Disclosing Party certifies that, as defined in Section 2-32-455(b) of the Municipal Code, the Disclosing Party

```
is not a "financial institution"
```

E. CERTIFICATION REGARDING SLAVERY ERA BUSINESS

If the Disclosing Party cannot make this verification, the Disclosing Party must disclose all required information in the space provided below or in an attachment in the "Additional Info" tab. Failure to comply with these disclosure requirements may make any contract entered into with the City in connection with the Matter voidable by the City.

The Disclosing Party verifies that the Disclosing Party has searched any and all records of the Disclosing Party and any and all predecessor entities regarding records of investments or profits from slavery or slaveholder insurance policies during the slavery era (including insurance policies issued to slaveholders that provided coverage for damage to or injury or death of their slaves), and the Disclosing Party has found no such records.

```
I can make the above verification
```

## SECTION VII -- ACKNOWLEDGMENTS, CONTRACT INCORPORATION, COMPLIANCE, PENALTIES, DISCLOSURE

The Disclosing Party understands and agrees that:

A. The certifications, disclosures, and acknowledgments contained in this EDS will become part of any contract or other agreement between the Applicant and the City in connection with the Matter, whether procurement, City assistance, or other City action, and are material inducements to the City's execution of any contract or taking other action with respect to the Matter. The Disclosing Party

understands that it must comply with all statutes, ordinances, and regulations on which this EDS is based.

B. The City's Governmental Ethics and Campaign Financing Ordinances, Chapters 2-156 and 2-164 of the Municipal Code, impose certain duties and obligations on persons or entities seeking City contracts, work, business, or transactions. A training program is available on line at www.cityofchicago.org/city/en/depts/ethics.html, and may also be obtained from the City's Board of Ethics, 740 N. Sedgwick St., Suite 500, Chicago, IL 60610, (312) 744-9660. The Disclosing Party must comply fully with the applicable ordinances.

`I acknowledge and consent to the above`

The Disclosing Party understands and agrees that:

C. If the City determines that any information provided in this EDS is false, incomplete or inaccurate, any contract or other agreement in connection with which it is submitted may be rescinded or be void or voidable, and the City may pursue any remedies under the contract or agreement (if not rescinded or void), at law, or in equity, including terminating the Disclosing Party's participation in the Matter and/or declining to allow the Disclosing Party to participate in other transactions with the City. Remedies at law for a false statement of material fact may include incarceration and an award to the City of treble damages.

D. It is the City's policy to make this document available to the public on its Internet site and/or upon request. Some or all of the information provided on this EDS and any attachments to this EDS may be made available to the public on the Internet, in response to a Freedom of Information Act request, or otherwise. By completing and signing this EDS, the Disclosing Party waives and releases any possible rights or claims which it may have against the City in connection with the public release of information contained in this EDS and also authorizes the City to verify the accuracy of any information submitted in this EDS.

E. The information provided in this EDS must be kept current. In the event of changes, the Disclosing Party must supplement this EDS up to the time the City takes action on the Matter. If the Matter is a contract being handled by the City's Department of Procurement Services, the Disclosing Party must update this EDS as the contract requires. NOTE: With respect to Matters subject to Article I of Chapter 1-23 of the Municipal Code (imposing PERMANENT INELIGIBILITY for certain specified offenses), the information provided herein regarding eligibility must be kept current for a longer period, as required by Chapter 1-23 and Section 2-154-020 of the Municipal Code.

`I acknowledge and consent to the above`

The Disclosing Party represents and warrants that:

F.1. The Disclosing Party is not delinquent in the payment of any tax administered by the Illinois Department of Revenue, nor are the Disclosing Party or its Affiliated Entities delinquent in paying any fine, fee, tax or other charge owed to the City. This includes, but is not limited to, all water charges, sewer charges, license fees, parking tickets, property taxes or sales taxes.

```
I certify the above to be true
```

## FAMILIAL RELATIONSHIPS WITH ELECTED CITY OFFICIALS AND DEPARTMENT HEADS

This question is to be completed only by (a) the Applicant, and (b) any legal entity which has a direct ownership interest in the Applicant exceeding 7.5 percent. It is not to be completed by any legal entity which has only an indirect ownership interest in the Applicant.

Under Municipal Code Section 2-154-015, the Disclosing Party must disclose whether such Disclosing Party or any "Applicable Party" or any Spouse or Domestic Partner thereof currently has a "familial relationship" with any elected city official or department head. A "familial relationship" exists if, as of the date this EDS is signed, the Disclosing Party or any "Applicable Party" or any Spouse or Domestic Partner thereof is related to the mayor, any alderman, the city clerk, the city treasurer or any city department head as spouse or domestic partner or as any of the following, whether by blood or adoption: parent, child, brother or sister, aunt or uncle, niece or nephew, grandparent, grandchild, father-in-law, mother-in-law, son-in-law, daughter-in-law, stepfather or stepmother, stepson or stepdaughter, stepbrother or stepsister or half-brother or half-sister.

"Applicable Party" means (1) all corporate officers of the Disclosing Party, if the Disclosing Party is a corporation; all partners of the Disclosing Party, if the Disclosing Party is a general partnership; all general partners and limited partners of the Disclosing Party, if the Disclosing Party is a limited partnership; all managers, managing members and members of the Disclosing Party, if the Disclosing Party is a limited liability company; (2) all principal officers of the Disclosing Party; and (3) any person having more than a 7.5 percent ownership interest in the Disclosing Party. "Principal officers" means the president, chief operating officer, executive director, chief financial officer, treasurer or secretary of a legal entity or any person exercising similar authority.

Does the Disclosing Party or any "Applicable Party" or any Spouse or Domestic Partner thereof currently have a "familial relationship" with an elected city official or department head?

```
No
```

## ADDITIONAL INFO

Please add any additional explanatory information here. If explanation is longer than 1000 characters, you may add an attachment below. Please note that your EDS, including all attachments, becomes available for public viewing upon contract award. Your attachments will be viewable "as is" without manual redaction by the City. You are responsible for redacting any non-public information from your documents before uploading.

```
Redflex Holdings, LTD is a public corporation listed on the
Australian Stock Exchange. The Company has submitted a request
to the Chicago Law Department requesting an exception to
certain disclosure requirements as a publicly traded entity.
```

List of attachments uploaded by vendor

```
Explanation of Redflex Holdings, LTD. shareholder structure
```

## CERTIFICATION

Under penalty of perjury, the person signing below: (1) warrants that he/she is authorized to execute this EDS on behalf of the Disclosing Party, and (2) warrants that all certifications and statements contained in this EDS are true, accurate and complete as of the date furnished to the City.

/s/ 01/30/2013
Ms. Tamara Dietrich
Director of Legislative Affairs
Redflex Holdings, LTD

This is a printed copy of the Economic Disclosure Statement, the original of which is filed electronically with the City of Chicago. Any alterations must be made electronically, alterations on this printed copy are void and of no effect.

Please see the attached statement entitled "ASX Additional Information". The information contained in this list comes directly RHL's shareholder registry and is generated from the Australian Stock Exchange ("ASX"), the regulatory agency under which RHL's publicly traded securities are listed and traded. This list will be published later this month in RHL's annual report filed with the ASX. The twenty largest holders of quoted equity securities is listed. As you can see, as of August 31, 2012, RHL has one direct holder of greater than 7.5%, JP Morgan Nominees Australia Limited ("JPM"). No other group or individual holds greater than 7.5% direct interest in RHL.

Pursuant to EDS Rule 2(e), attached is the most recent public filing in RHL's possession regarding JPM. JPM is an investment bank required to make periodic filings with the ASX. The most recent such filing in RHL's possession is attached for your reference. Listed on this Form S672 are all significant third party investors who have asked JPM to hold their shares in RHL on their behalf.

Please note that, as of August 31, 2012, RHL had (of record) 2,262 shareholders. It is a widely traded, public company on a heavily regulated and internationally regulated exchange, the ASX. Each and every day, the percentage ownership in RHL securities changes. Hence our wish to obtain a public company exception from the City of Chicago.

We believe that we have reasonably satisfied the purposes and intent of the EDS form requirements. RHL, as a publicly traded enterprise, is subject to strict regulatory and public filing requirements. Far more onerous scrutiny is placed on RHL than a privately held vendor seeking to do business with the City of Chicago. Similar public scrutiny is placed on RHL shareholders having greater than 7.5% ownership, far more than placed on private company shareholders. Public information relating to RHL, its business and its substantial equity transactions and related changes in significant shareholders is comprehensive and readily accessible by any individual. And it gets regularly updated as required by the ASX. As such, the City has a completely transparent perspective on RHL.

If you wish to independently confirm all that is stated above, please enter the stock symbol "RDF.AX" and all publicly filed forms and disclosures relating to RHL can be accessed. Furthermore, we will be happy to provide our Annual Report when filed later in September. It contains comprehensive and substantial information on RHL and RTSI.

23751 N 23rd Avenue • Suite 150 • Phoenix, AZ 85085 USA • 623.207.2000 (p) • 623.207.2050 (f) • www.redflex.com

## Substantial Holders

| Name | Ordinary Shares | % of Issued Capital |
|------|-----------------|---------------------|
| Macquarie Group Limited | 13,281,905 | 12.04% |
| Mrs Elizabeth Cooper | 10,932,914 | 9.91% |
| Investaco Pty Ltd | 8,755,642 | 7.93% |
| Thorney Holdings | 8,377,019 | 7.59% |
| Hunter Hall | 8,230,292 | 7.46% |
| IOOF Holdings Limited | 6,952,786 | 6.30% |
| Ms Cheng Man Oy | 5,783,244 | 5.24% |

| | Holders | Shares | Capital |
|--|---------|--------|---------|
| 1 – 1,000 | 474 | 227,282 | 0.21% |
| 1,001 – 5,000 | 779 | 2,005,289 | 1.82% |
| 5,001 – 10,000 | 329 | 2,416,797 | 2.19% |
| 10,001 – 100,000 | 446 | 11,911,426 | 10.79% |
| 100,001 – over | 72 | 93,784,805 | 84.99% |
| | 2,100 | 110,345,599 | 100.00% |
| Holding less than a marketable parcel of 250 shares @ $2.00 | 162 | 12,133 | |

## Twenty largest holders of quoted equity securities

| Name | Shares Held | % of Issued Capital |
|------|-------------|---------------------|
| J P Morgan Nominees Australia Limited | 15,874,278 | 14.39% |
| Investaco Pty Ltd | 8,257,587 | 7.48% |
| Thorney Holdings Pty Ltd | 7,558,439 | 6.85% |
| Macquarie Radar Holdings Pty Limited | 6,637,953 | 6.02% |
| Macquarie Special Situations Master Fund Limited | 6,637,952 | 6.02% |
| Ms Cheng Man Oy | 6,182,252 | 5.60% |
| Mrs Elizabeth Geraldine Cooper | 5,217,884 | 4.73% |
| National Nominees Limited | 4,985,968 | 4.52% |
| Blue Jade Pty Ltd | 3,748,541 | 3.40% |
| HSBC Custody Nominees (Australia) Limited | 3,316,482 | 3.01% |
| BNP Paribas Noms Pty Ltd <Master Cust DRP> | 2,470,698 | 2.24% |
| Vertex Bianca Nominees Pty Ltd <Superannuation Fund A/C> | 2,149,944 | 1.95% |
| Mr Christopher Austin Cooper | 1,750,054 | 1.59% |
| Mr Graham William Davie | 1,706,470 | 1.55% |
| O'Connor Holdings Pty Ltd | 1,571,215 | 1.42% |
| Conlogsby Nominees Pty Ltd <Super Fund A/C> | 1,415,668 | 1.28% |
| Macrihanish Pty Ltd | 1,356,728 | 1.23% |
| Character Home Sales Pty Ltd <Character Home Sls Sup A/C> | 697,212 | 0.63% |
| Investaco Pty Ltd <Ho Family A/C> | 661,465 | 0.60% |
| Vertex Bianca Nominees Pty Ltd | 657,906 | 0.60% |
| **Top 20 Holders of Ordinary Fully Paid Shares** | **82,854,196** | **75.09%** |

Please find attached S672 report.

Regards,

JPMCS Client Admin | Direct Custody and Clearing | Treasury & Securities Services | J.P. Morgan Chase & Co.

**From:** Marilyn Stephens [mailto:marilyn.stephens@redflex.com.au]
**Sent:** Thursday, 28 June 2012 12:37 PM
**To:** Aus Settlements Local Agent
**Subject:** FW: 672 Notice - J P Morgan Nominees 2012-06-20.pdf - Adobe Acrobat Professional

I wonder if you can help me please.
I don't appear to have received a response to my attached request for disclosure.

For clarification, on the share register of Redflex Holdings Limited JP Morgan entities are appearing on the register as follows:

J P Morgan Nominees Australia Limited, Locked Bag 7, Royal Exchange NSW 1225          14,028,443 shares held
J P Morgan Nominees Australia Limited <Cash Income A/C>, Melbourne                     8,999,074 shares held

The attached disclosure request was for the <Cash Income A/C>

I separately sent a request for disclosure regarding the 14 million shares, and have received a response on those.

**Marilyn Stephens**
Company Secretary
Redflex Holdings Limited
Desk: +61 3 9674 1712   Mobile: 0438 092 966

If you are not an authorised recipient of this e-mail, please contact me at Redflex immediately by return phone call or by email. In this case, you should not read, print, retransmit, store or act in reliance on this e-mail or any attachments, and should destroy all copies of them. This e-mail and any attachments are confidential and may contain privileged information and/or copyright material of Redflex or third parties. You should only retransmit, distribute or commercialise the material if you are authorised to do so. This notice should not be removed.

**From:** Marilyn Stephens
**Sent:** Wednesday, June 20, 2012 11:55 AM
**To:** 'aus.settlements.local.agent@jpmorgan.com'
**Subject:** 672 Notice - J P Morgan Nominees 2012-06-20.pdf - Adobe Acrobat Professional

Greetings

Please find attached Notice requesting disclosure under section 672A.

Cheers
Marilyn

1

2

This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email

Dear Sir / Madam,

**Response to s 672A Disclosure Notice**

We confirm receipt of your direction to make the disclosure required by s 672B of the *Corporations Act 2001 (the Act)* registered in the name of J.P. Morgan Nominees Australia Limited (*JPM Nominees*) and respond below.

We note that the registered holding of JPM Nominees in the Company may have changed since the date referred to above, and the information contained in this letter is given based on the circumstances prevailing as at that date unless otherwise indicated.

The securities to which the direction relates are held by JPM Nominees pursuant to custody agreements with the parties listed in the attached schedule.

Each party listed in the schedule is able to give instructions to JPM Nominees about the acquisition or disposal of the securities indicated in the schedule as being referable to it, and the exercise of any voting rights or other rights attaching to such securities, and therefore has a relevant interest in the relevant securities (as may certain of the relevant party's related bodies corporate). J.P. Morgan is not aware whether any other person has a relevant interest in the securities.

\*\*\*

We trust this answers all enquiries in your s 672A notice. If you have any further queries in relation to this response, please do not hesitate to contact me on 1800 025 790.

Yours faithfully,

Wendy Davies
Head of TSS Client Service Melbourne & New Zealand
J.P. Morgan Nominees Australia Limited

HISTORICAL CUSTODY POSITIONS - LIST OF HOLDERS IN A STOCK
Sec Id        AU00006665
ISIN-Sec Nu AU000000RDF0        -REDFLEX HOLDINGS LIMITED ORDINARY FULLY PAID

| No | BP ID NUM | BP ID NAM | SCA ID NUMBER | SCA ID NAME | COUN1 | HOLDINGS | ADDRESS | |
|----|-----------|-----------|---------------|-------------|-------|----------|---------|--|
| 1 | 2483 | SIX SIS LTD | 2.483E+11 | SIX SIS LTD TREATY         ACCOUNT | CH | 240000 | BASLERSTRASSE 100 | CH-4600 OLTE |
| 2 | 2706 | JP MORGAI | 2.70601E+11 | FIRST CLEARING LLC CLIENTS | OU | 9933 | IS NETWORK MANAGEMENT | 5TH FLOOR 4 |
| 3 | 2706 | JP MORGAI | 2.70601E+11 | STIFEL, NICHOLAUS AND US RES A/C | OU | 3500 | IS NETWORK MANAGEMENT | 5TH FLOOR 4 |
| 4 | 2706 | JP MORGAI | 2.70602E+11 | E TRADE CLEARING LLC SEG | OU | 7876 | IS NETWORK MANAGEMENT | 5TH FLOOR 4 |
| 5 | 2706 | JP MORGAI | 2.70602E+11 | SOUTHWEST SEC INC SEG | US | 400 | IS NETWORK MANAGEMENT | 5TH FLOOR 4 |
| 6 | 2706 | JP MORGAI | 2.70602E+11 | J.J.B HILLIARD W.L.LYONS LLC SEG | US | 1000 | IS NETWORK MANAGEMENT | 5TH FLOOR 4 |
| 7 | 2706 | JP MORGAI | 2.70602E+11 | VANGUARD MARKETING CORPORATION | US | 365 | IS NETWORK MANAGEMENT | 5TH FLOOR 4 |
| 8 | 2706 | JP MORGAI | 2.70603E+11 | JPMCB: MORGAN STANLEY INTL PLC-AU | GB | 4330S | IS NETWORK MANAGEMENT | 5TH FLOOR 4 |
| 9 | 2706 | JP MORGAI | 2.70603E+11 | JPMORGAN CHASE ITS LONDON CLIENT'S ACCOUNT TD AMERITRADE | OU | 36430 | IS NETWORK MANAGEMENT | 5TH FLOOR 4 |
| 10 | 3049 | DEUTSCHE | 3.049E+11 | DEUTSCHE BANK AG LONDON PRIME     BROKERAGE FULL TAX ACCO | OU | 1098125 | 23 GREAT WINCHESTER STREET | LONDON  EC2 |
| 11 | 4604 | THORNEY I | 4.604E+11 | THORNEY HOLDINGS PTY LTD -     NAB MARGIN LENDING ACCOUN1 | AU | 7558439 | LEVEL 39 | ANZ TOWER 5 |
| 12 | 9999 | J.P. MORG/ | 9.99997E+11 | DRP PROTECTION | AU | 3 | J.P. MORGAN NOMINEES AUSTRALIA LTD | LEVEL 21, 55 ( |
| 13 | 9999 | J.P. MORG/ | 9.99997E+11 | SYDNEY RESEARCH TEAM | AU | 1 | J.P. MORGAN NOMINEES AUSTRALIA LTD | LEVEL 21, 55 ( |

***END OF REPORT***

TOTAL HOLDINGS                                          8999077

REQUIRED                        19/06/2012
TOTAL NUI                        13
REPORT ID        CSVBP01
PRINTED BY E601053 ON Jun 29 2012 AT 9:13:0

J.P. MORGAN NOMINEES AUSTRALIA LTD
LEVEL 21
55 COLLINS STREET
MELBOURNE VIC 3000

```
RRRRRRRRRR  DDDDDDDDD    8888888888  555555555555 777777777777
RRRRRRRRRRR DDDDDDDDDD  888888888888 555555555555 777777777777
RR       RR DD      DD  88        88 55                     77
RR       RR DD      DD  88        88 55                   77
RR       RR DD      DD  88    88 55                     77
RRRRRRRRRRR DD      DD    88888888   555555555         77
RRRRRRRRRR  DD      DD    88888888   5555555555      77
RR    RR    DD      DD  88      88           55      77
RR     RR   DD      DD  88      88           55      77
RR      RR  DD      DD  88      88           55      77
RR       RR DDDDDDDDDD  888888888888 555555555555    77
RR       RR DDDDDDDDD    8888888888  55555555555     77
```

```
**********************************************************************************
**                                                                            **
**                                                                            **
**                                                                            **
**          REPORT ID: RD857        DISCLOSURE LETTERS-INTRADAY               **
**                                  LETTERS GENERATED TO FULFIL GSS'S DUTY UNDER THE COMPANIES **
**                                  ACT. SECTION 212 FOR STOCK REGISTERED FOR CHASE NOMINEES LTD **
**                                                                            **
**                                  LOB:IST-COSMIC                            **
**                                                                            **
**          RECIPIENT: AGSBO294     GSS - AGENT SERVICES                      **
**                                  ZSPL CONVERSION ID                        **
**                                                                            **
**                                                                            **
**                                  BOURNEMOUTH   BRF:MOBIUS HOUSE            **
**                                  BOX BO39                                  **
**                                                                            **
**          JOBNAME: PRISX45P                                                 **
**                                                                            **
**********************************************************************************
```

```
RRRRRRRRRR  DDDDDDDDD    8888888888  555555555555 777777777777
RRRRRRRRRRR DDDDDDDDDD  888888888888 555555555555 777777777777
RR       RR DD      DD  88        88 55                     77
RR       RR DD      DD  88        88 55                   77
RR       RR DD      DD  88    88 55                     77
RRRRRRRRRRR DD      DD    88888888   555555555         77
RRRRRRRRRR  DD      DD    88888888   5555555555      77
RR    RR    DD      DD  88      88           55      77
RR     RR   DD      DD  88      88           55      77
RR      RR  DD      DD  88      88           55      77
RR       RR DDDDDDDDDD  888888888888 555555555555    77
RR       RR DDDDDDDDD    8888888888  55555555555     77
```



```
COMPANY    : JPMORGAN CHASE BANK

PACKET     : REPORT GROUP FOR SPECIAL STATIONERY

RECIPIENT : AGSB0294        GSS - AGENT SERVICES
                            ZSPL CONVERSION ID


                            BOURNEMOUTH   BRF:MOBIUS HOUSE
                            BOX B039

DATE :  20/06/2012  TIME : 09.01.41
```

| CONTACT NUMBERS | |
|---|---|
| **General enquiries** | **Missing reports** |
| Bournemouth  (CN 731) 2240 | Help Desk              (CN 731) |
| London Wall   (CN 777) 3580 | |
| Trinity Tower  (CN 777) 3580 | **ViewDirect (Infopac) changes** |
| | RMU              (CN731) 1979 o |
| | Email     Etech Report Mgt Unit |

Registered Office: 125 London Wall, London EC2Y 5AJ - Company number 248239

.

Redflex Holdings Limited

20 June 2012

FAX - 006139693566

For the attention of The Company Secretary

Dear Sir/Madam,

Re: REDFLEX HOLDINGS NPV - As at 19 June 12

With reference to your letter and in accordance with
your request, please be advised:-

1 ) The 14,030,438 shares are held on our behalf by
    JPMORGAN CHASE BANK, N.A solely in the capacity of
    a nominee. We, in turn also hold the shares solely in
    the capacity of a nominee.

2 ) 14,030,438 shares are held on behalf of the following:-

    '-- Holdings -- ---- Beneficial Owner Details ---
                '-- Holdings -- ------- Administrator Details ----

        5,618,174 HUNTER HALL VALUE GROWTH TRUST
                  LEVEL 2
                  60 CASTLEREAGH STREET
                  SYDNEY
                  NSW 2000
                  AUSTRALIA
                  Beneficial Owner ref : 106278
                  Designation of AUST FUNDS

(Ref: 86952)      5,618,174 LEVEL 2, 60 CASTLEREAGH STREET
                            SYDNEY NS 2000
                            AU

Registered Office: 125 London Wall, London EC2Y 5AJ - Company number 248239

NSW 2000 AUSTRALIA

1,514,797 HUNTER HALL AUSTRALIAN VALUE TRUST
LEVEL 2
60 CASTLEREAGH STREET
SYDNEY
NSW 2000
AUSTRALIA
Beneficial Owner ref : 106263
Designation of AUST FUNDS

(Ref: 86954)          1,514,797 LEVEL 2, 60 CASTLEREAGH STREET

                                         SYDNEY
                                         AUSTRALIA
                                         2000

1,450,066 H.E.S.T. AUSTRALIA LIMITED
LEVEL 20 CASSELDEN PLACE
2 LONSDALE STREET
MELBOURNE
VICTORIA
3000
Beneficial Owner ref :    25473
Designation of OMNI LEND A/C

(Ref: 69061)          1,450,066 ELLERSTON CAPITAL LIMITED
                                 LEVEL 11 179 ELIZABETH STREET
                                 SYDNEY NSW
                                 2000 AUSTRALIA

AU

415,865 ABU DHABI INVESTMENT AUTHORITY
P.O. BOX 3600,
ABU DHABI,
UNITED ARAB EMIRATES.

Beneficial Owner ref : 2984
Designation of T/E SOV GOVT L/A

(Ref: 37707)

310,182 68/F TWO INTERNATIONAL FINANCE
CENTRE
8 FINANCE STREET
CENTRAL HONG KONG

(Ref: 68968)

105,683 NORTHERN TRUST
50 BANK STREET CANARY WHARF
LONDON
E14 5NT
UK

368,077 CHALLENGER MANAGED INVESTMENTS
LIMITED AS THE RESPONSIBLE ENTITY
FOR THE CHALLENGER SMALLER
COMPANIES FUND
LEVEL 41
AURORA PLACE
88 PHILLIP STREET
SYDNEY NSW 2000
AUSTRALIA
Beneficial Owner ref : 97055
Designation of AUST FUNDS

(Ref: 34492)

368,077 CHALLENGER FINANCIAL SVS
LVL 41 AURORA PLACE
88 PHILLIP STREET
SYDNEY NSW 2007
AUSTRALIA

251,244 ZURICH INVESTMENT MANAGEMENT
LIMITED ATF ZURICH INVESTMENTS
SMALL COMPANIES SCHEME
5 BLUE STREET
NORTH SYDNEY
NSW 2060
AUSTRALIA
Beneficial Owner ref : 106267
Designation of AUST FUNDS

(Ref: 565665)          251,244 ELLERSTON CAPITAL LIMITED
                               54-58 PARK STREET
                               SYDNEY
                               NSW AUSTRALIA

239,547 VANGUARD TOTAL INTERNATIONAL STOCK
INDEX FUND
100 VANGUARD BLVD.
MALVERN
PA 19355
USA
Beneficial Owner ref : 101961
Designation of VANGUARD BBH

(Ref: 515576)          239,547 THE VANGUARD GROUP INC
                               PO BOX 1102 MAILSTOP R29
                               VALLEY FORGE PA
                               19355 UNITED STATES
                               ATTN: CHRISTOPHER WIGHTMAN

NSW 2000
ATT: ANDREW CAIN

179,742 DIMENSIONAL AUSTRALIAN CORE EQUITY
TRUST
LEVEL 29,
GATEWAY,
1 MACQUARIE PLACE,
SYDNEY NSW 2000
AUSTRALIA
Beneficial Owner ref : 99182
Designation of OMNI LEND A/C

(Ref: 41663)    179,742 LEVEL 29 GATEWAY
1 MACQUARIE PLACE
SYDNEY
NSW 2000
AUSTRALIA

113,940 HUNTER HALL GLOBAL DEEP GREEN
TRUST
LEVEL 2
60 CASTLEREAGH STREET
SYDNEY
NSW 2000
AUSTRALIA
Beneficial Owner ref : 106261
Designation of AUST FUNDS

(Ref: 86955)    113,940 LEVEL 2, 60 CASTLEREAGH STREET
SYDNEY
AUSTRALIA
2000

NSW 2000
ATT: ANDREW CAIN

6,538 LUCRF PTY LTD AS TRUSTEE FOR THE
LABOUR UNION CO-OPERATIVE
RETIREMENT FUND
833 BOURKE STREET
DOCKLANDS VIC 3008
AUSTRALIA

Beneficial Owner ref : 96112
Designation of OMNI LEND A/C

(Ref: 84177)

6,538 ACADIAN ASSET MANAGEMENT
(AUSTRALIA)
LEVEL 40 AUSTRALIA SQUARE 264-278
GEORGE STREET SYDNEY NSW
2000 AUSTRALIA

6,351 VANGUARD INVESTMENT SERIES, PLC
70 SIR JOHN ROGERSON'S QUAY
DUBLIN 2
IRELAND

Beneficial Owner ref : 91022
Designation of OFFSHORE NT LEND

(Ref: 63374)

6,351 J.P. MORGAN ADMINISTRATION
SERVICES (IRE JP MORGAN HOUSE
INTERNATIONAL FINANCIAL SERVICES
CENTRE IRELAND
1

AUSTRALIA
3006

2,000 DIMENSIONAL AUSTRALIAN CORE EQUITY
TRUST
LEVEL 29,
GATEWAY,
1 MACQUARIE PLACE,
SYDNEY NSW 2000
AUSTRALIA
Beneficial Owner ref : 99182
Designation of OMNI LOAN A/C

(Ref: 41663)

2,000 LEVEL 29 GATEWAY
1 MACQUARIE PLACE
SYDNEY
NSW 2000
AUSTRALIA

9 J.P.MORGAN EUROPE LIMITED
125 LONDON WALL
LONDON
EC2Y 5AJ
UK
Beneficial Owner ref : 107881
Designation of AUST FUNDS

(Ref: 03148)

9 C/O THE CHASE MANHATTAN BANK
1 CHASESIDE
BOURNEMOUTH
DORSET
ATTN: ANDREW MAXWELL

ATTN: ANDREW MAXWELL

1 J.P.MORGAN EUROPE LIMITED
125 LONDON WALL
LONDON
EC2Y 5AJ
UK
Beneficial Owner ref : 107881
Designation of T/E LENDING A/C

1 C/O THE CHASE MANHATTAN BANK
1 CHASESIDE
BOURNEMOUTH
DORSET
ATTN: ANDREW MAXWELL

(Ref: 03148)

With regard to the voting rights or any other rights (if any)
carried by the above mentioned shares, please be advised that we
hold the shares as a Bare Trustee, and do not have any power to
exercise these rights other than in accordance with the
instruction of our customer or their agent.

Trusting the above meets with your requirements.

We remain
Yours faithfully

For and on behalf of
JPMORGAN CHASE BANK,NA

Thanks & Regards,

Manjunatha Veerabhadrappa
Disclosure Team
J P Morgan Worldwide Securities Services I WSS Reconciliations
E-mail: disclosureteam@jpmorgan.com
Ph:-+91 80 66767388

This message is intended for the use of the addressee and may contain information that is private and confidential. If you are not the intended recipient you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error please notify us immediately by telephone. JPMorgan shall not be liable for any delays, inaccuracies, errors or omissions arising from the transmission of the information contained herein over the internet. J.P. Morgan Europe Limited. Registered in England & Wales No. 938937. Registered Office 125 London Wall, London EC2Y 5AJ. JPMorgan Chase Bank, National Association. Organised under the laws of USA with limited liability. Main Office: 1111 Polaris Parkway, Columbus, Ohio 43240 USA. Registered as a branch in England & Wales branch No. BR000746. Registered Branch Office 125 London Wall, London EC2Y 5AJ. All authorised and regulated by the Financial Services Authority.



**From:** Marilyn Stephens [mailto:marilyn.stephens@redflex.com.au]
**Sent:** 22 June 2012 11:11
**To:** DISCLOSURE TEAM
**Subject:** FW: Disclosure request made on JP Morgan - Redflex Holdings Limited

Hi Manjunatha

I don't appear to have received the report yet. Could I have it by our Monday morning please?

Cheers
Marilyn

**Marilyn Stephens**
Company Secretary
Redflex Holdings Limited
Desk: +61 3 9674 1712   Mobile: 0438 092 966

If you are not an authorised recipient of this e-mail, please contact me at Redflex immediately by return phone call or by email. In this case, you should not read, print, retransmit, store or act in reliance on this e-mail or any attachments, and should destroy all copies of them. This e-mail and any attachments are confidential and may contain privileged information and/or copyright material of Redflex or third parties. You should only retransmit, distribute or commercialise the material if you are authorised to do so. This notice should not be removed.

**From:** Marilyn Stephens
**Sent:** Thursday, June 21, 2012 8:56 AM

1

**From:** disclosureteam@jpmchase.com [mailto:disclosureteam@jpmchase.com]
**Sent:** Thursday, June 21, 2012 2:10 AM
**To:** Marilyn Stephens
**Subject:** Disclosure request made on JP Morgan - Redflex Holdings Limited

Dear Marilyn,

We plan to send the requested JP Morgan disclosure to you later today by electronic encrypted email in PDF format.

The password to open the Attachment will be:-

Redfun12, next month it will be Redfu112, in Jan 2013 it will be Redfun13 etc.

Please confirm the email address we should be sending it to e.g. marilyn.stephens@redflex.com.au

Transmission is pending your response.

Note: rather than posting your requests to our address, please email the requests direct to us to help us help you.

Thanks & Regards,

Manjunatha Veeabhadrappa
Disclosure Team
J P Morgan I Worldwide Securities Services I WSS Reconciliations
E-mail: disclosureteam@jpmorgan.com
Ph:- +91 80 66767388

*The information given by us under this letter is strictly confidential and is disclosed to you for the sole purpose of the relevant laws and regulations, which are stipulated in your request as the legal basis of your request. The information disclosed hereunder remains confidential information and cannot be used or disclosed by you or by the issuing company for any other purpose (including but not limited to any promotional purpose), and should only be disclosed to those persons within your organization or the issuing company that need to know the information*

This message is intended for the use of the addressee and may contain information that is private and confidential. If you are not the intended recipient you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error please notify us immediately by telephone. JPMorgan shall not be liable for any delays, inaccuracies, errors or omissions arising from the transmission of the information contained herein over the internet. J.P. Morgan Europe Limited. Registered in England & Wales No. 938937.

2

completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates. This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you. Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to European legal entities.

3



CITY OF CHICAGO
ECONOMIC DISCLOSURE STATEMENT and AFFIDAVIT
Related to Contract/Amendment/Solicitation
EDS # 37466

# SECTION I -- GENERAL INFORMATION

A. Legal name of the Disclosing Party submitting the EDS:

Thorney Holdings PTY, Ltd

Enter d/b/a if applicable:


The Disclosing Party submitting this EDS is:

a legal entity holding a direct or indirect interest in the
Applicant

The Disclosing Party holds an interest in

Redflex Traffic Systems, Inc and EDS is 35362

B. Business address of the Disclosing Party:

55 Collins Street
Level 39
Melbourne, Victoria 3000
Australia

C. Telephone:

+61399217140

Fax:


D. Name of contact person:

Mr. Peter Landos

## SECTION II -- DISCLOSURE OF OWNERSHIP INTERESTS

A. NATURE OF THE DISCLOSING PARTY

1. Indicate the nature of the Disclosing Party:

```
Privately held business corporation
```

Is the Disclosing Party incorporated or organized in the State of Illinois?

```
No
```

State or foreign country of incorporation or organization:

```
Australia
```

Registered to do business in the State of Illinois as a foreign entity?

```
No
```

B. DISCLOSING PARTY IS A LEGAL ENTITY:

1.a.1 Does the Disclosing Party have any directors?

```
Yes
```

1.a.3 List below the full names and titles of all executive officers and all directors, if any, of the entity. Do not include any directors who have no power to select the entity's officers.

| | |
|---|---|
| **Officer/Director:** | Mr. Alexander Waislitz |
| **Title:** | |
| **Role:** | Director |
| **Officer/Director:** | Mrs. Heloise Waislitz |
| **Title:** | |
| **Role:** | Director |
| **Officer/Director:** | Mr. Ashley West |
| **Title:** | |
| **Role:** | Director |

2. Ownership Information

Please confirm ownership information concerning each person or entity having a direct or indirect beneficial interest in excess of 7.5% of the Disclosing Party (your entity). Examples of such an interest include shares in a corporation, partnership interest in a partnership or joint venture, interest of a member or manager in a limited lability company, or interest of a beneficiary of a trust, estate, or other similar entity. Note: Pursuant to Section 2-154-030 of the Municipal code of Chicago, the City may require any such additional information from any applicant which is reasonably intended to achieve full disclosure.

As reported by the Disclosing Party, the immediate owner(s) of the Disclosing Party is/are listed below:

```
There are no owners with greater than 7.5 percent ownership in
the Disclosing Party.
```

## SECTION III -- BUSINESS RELATIONSHIPS WITH CITY ELECTED OFFICIALS

Has the Disclosing Party had a "business relationship," as defined in Chapter 2-156 of the Municipal Code, with any City elected official in the 12 months before the date this EDS is signed?

```
No
```

## SECTION V -- CERTIFICATIONS

A. COURT-ORDERED CHILD SUPPORT COMPLIANCE

Under Municipal Code Section 2-92-415, substantial owners of business entities that contract with the City must remain in compliance with their child support obligations throughout the contract's term.

Has any person who directly or indirectly owns 10% or more of the Disclosing Party been declared in arrearage of any child support obligations by any Illinois court of competent jurisdiction?

```
No
```

B. FURTHER CERTIFICATIONS

1. Pursuant to Municipal Code Chapter 1-23, Article I ("Article I")(which the Applicant should consult for defined terms (e.g., "doing business") and legal requirements), if the Disclosing Party submitting this EDS is the Applicant and is doing business with the City, then the Disclosing Party certifies as follows:

i. neither the Applicant nor any controlling person is currently indicted or charged with, or has admitted guilt of, or has ever been convicted of, or placed under supervision for, any criminal offense involving actual, attempted, or conspiracy to commit bribery, theft, fraud, forgery, perjury, dishonesty or deceit against an officer or employee of the City or any sister agency; and

ii. the Applicant understands and acknowledges that compliance with Article I is a continuing requirement for doing business with the City.

NOTE: If Article I applies to the Applicant, the permanent compliance timeframe in Article I supersedes some five-year compliance timeframes in certifications 2 and 3 below.

```
I certify the above to be true
```

2. The Disclosing Party and, if the Disclosing Party is a legal entity, all of those persons or entities identified in Section II.B.1. of this EDS:

a. are not presently debarred, suspended, proposed for debarment, declared ineligible or voluntarily excluded from any transactions by any federal, state or local unit of government;

b. have not, within a five-year period preceding the date of this EDS, been convicted of a criminal offense, adjudged guilty, or had a civil judgment rendered against them in connection with: obtaining, attempting to obtain, or performing a public (federal, state or local) transaction or contract under a public transaction; a violation of federal or state antitrust statutes; fraud; embezzlement; theft; forgery; bribery; falsification or destruction of records; making false statements; or receiving stolen property;

c. are not presently indicted for, or criminally or civilly charged by, a governmental entity (federal, state or local) with committing any of the offenses set forth in clause B.2.b. of this Section V;

d. have not, within a five-year period preceding the date of this EDS, had one or more public transactions (federal, state or local) terminated for cause or default; and

e. have not, within a five-year period preceding the date of this EDS, been convicted, adjudged guilty, or found liable in a civil proceeding, or in any criminal or civil action, including actions concerning environmental violations, instituted by the City or by the federal government, any state, or any other unit of local government.

```
I certify the above to be true
```

3. Neither the Disclosing Party, nor any Contractor, nor any Affiliated Entity of either the Disclosing Party or any Contractor nor any Agents have, during the five years before the date this EDS is signed, or, with respect to a Contractor, an Affiliated Entity, or an Affiliated Entity of a Contractor during the five years before the date of

such Contractor's or Affiliated Entity's contract or engagement in connection with the Matter:

a. bribed or attempted to bribe, or been convicted or adjudged guilty of bribery or attempting to bribe, a public officer or employee of the City, the State of Illinois, or any agency of the federal government or of any state or local government in the United States of America, in that officer's or employee's official capacity;
b. agreed or colluded with other bidders or prospective bidders, or been a party to any such agreement, or been convicted or adjudged guilty of agreement or collusion among bidders or prospective bidders, in restraint of freedom of competition by agreement to bid a fixed price or otherwise; or
c. made an admission of such conduct described in a. or b. above that is a matter of record, but have not been prosecuted for such conduct; or
d. violated the provisions of Municipal Code Section 2-92-610 (Living Wage Ordinance).

```
I certify the above to be true
```

4. Neither the Disclosing Party, Affiliated Entity or Contractor, or any of their employees, officials, agents or partners, is barred from contracting with any unit of state or local government as a result of engaging in or being convicted of

- bid-rigging in violation of 720 ILCS 5/33E-3;
- bid-rotating in violation of 720 ILCS 5/33E-4; or
- any similar offense of any state or of the United States of America that contains the same elements as the offense of bid-rigging or bid-rotating.

```
I certify the above to be true
```

5. Neither the Disclosing Party nor any Affiliated Entity is listed on any of the following lists maintained by the Office of Foreign Assets Control of the U.S. Department of the Treasury or the Bureau of Industry and Security of the U.S. Department of Commerce or their successors: the Specially Designated Nationals List, the Denied Persons List, the Unverified List, the Entity List and the Debarred List.

```
I certify the above to be true
```

6. The Disclosing Party understands and shall comply with the applicable requirements of Chapters 2-55 (Legislative Inspector General), Chapter 2-56 (Inspector General) and Chapter 2-156 (Governmental Ethics) of the Municipal Code.

```
I certify the above to be true
```

7. To the best of the Disclosing Party's knowledge after reasonable inquiry, the following is a complete list of all current employees of the Disclosing Party who were, at any time during the 12-month period preceding the execution date of this EDS, an employee, or elected or appointed official, of the City of Chicago.

```
None
```

8. To the best of the Disclosing Party's knowledge after reasonable inquiry, the following is a complete list of all gifts that the Disclosing Party has given or caused to be given, at any time during the 12-month period preceding the execution date of this EDS, to an employee, or elected or appointed official, of the City of Chicago. For purposes of this statement, a "gift" does not include: (i) anything made generally available to City employees or to the general public, or (ii) food or drink provided in the course of official City business and having a retail value of less than $20 per recipient.

```
None
```

C. CERTIFICATION OF STATUS AS FINANCIAL INSTITUTION

The Disclosing Party certifies that, as defined in Section 2-32-455(b) of the Municipal Code, the Disclosing Party

```
is not a "financial institution"
```

E. CERTIFICATION REGARDING SLAVERY ERA BUSINESS

If the Disclosing Party cannot make this verification, the Disclosing Party must disclose all required information in the space provided below or in an attachment in the "Additional Info" tab. Failure to comply with these disclosure requirements may make any contract entered into with the City in connection with the Matter voidable by the City.

The Disclosing Party verifies that the Disclosing Party has searched any and all records of the Disclosing Party and any and all predecessor entities regarding records of investments or profits from slavery or slaveholder insurance policies during the slavery era (including insurance policies issued to slaveholders that provided coverage for damage to or injury or death of their slaves), and the Disclosing Party has found no such records.

```
I can make the above verification
```

# SECTION VII -- ACKNOWLEDGMENTS, CONTRACT INCORPORATION, COMPLIANCE, PENALTIES, DISCLOSURE

The Disclosing Party understands and agrees that:

A.  The certifications, disclosures, and acknowledgments contained in this EDS will become part of any contract or other agreement between the Applicant and the City in connection with the Matter, whether procurement, City assistance, or other City action, and are material inducements to the City's execution of any contract or taking other action with respect to the Matter. The Disclosing Party understands that it must comply with all statutes, ordinances, and regulations on which this EDS is based.

B.  The City's Governmental Ethics and Campaign Financing Ordinances, Chapters 2-156 and 2-164 of the Municipal Code, impose certain duties and obligations on persons or entities seeking City contracts, work, business, or transactions. A training program is available on line at www.cityofchicago.org/city/en/depts/ethics.html, and may also be obtained from the City's Board of Ethics, 740 N. Sedgwick St., Suite 500, Chicago, IL 60610, (312) 744-9660. The Disclosing Party must comply fully with the applicable ordinances.

`I acknowledge and consent to the above`

The Disclosing Party understands and agrees that:

C.  If the City determines that any information provided in this EDS is false, incomplete or inaccurate, any contract or other agreement in connection with which it is submitted may be rescinded or be void or voidable, and the City may pursue any remedies under the contract or agreement (if not rescinded or void), at law, or in equity, including terminating the Disclosing Party's participation in the Matter and/or declining to allow the Disclosing Party to participate in other transactions with the City. Remedies at law for a false statement of material fact may include incarceration and an award to the City of treble damages.

D.  It is the City's policy to make this document available to the public on its Internet site and/or upon request. Some or all of the information provided on this EDS and any attachments to this EDS may be made available to the public on the Internet, in response to a Freedom of Information Act request, or otherwise. By completing and signing this EDS, the Disclosing Party waives and releases any possible rights or claims which it may have against the City in connection with the public release of information contained in this EDS and also authorizes the City to verify the accuracy of any information submitted in this EDS.

E.  The information provided in this EDS must be kept current. In the event of changes, the Disclosing Party must supplement this EDS up to the time the City takes action on the Matter. If the Matter is a contract being handled by the City's Department of Procurement Services, the Disclosing Party must update this EDS as the contract requires. NOTE: With respect to Matters subject to Article I of Chapter 1-23 of the Municipal Code (imposing PERMANENT INELIGIBILITY for certain specified offenses), the information provided herein

regarding eligibility must be kept current for a longer period, as required by Chapter 1-23 and Section 2-154-020 of the Municipal Code.

```
I acknowledge and consent to the above
```

The Disclosing Party represents and warrants that:

F.1. The Disclosing Party is not delinquent in the payment of any tax administered by the Illinois Department of Revenue, nor are the Disclosing Party or its Affiliated Entities delinquent in paying any fine, fee, tax or other charge owed to the City. This includes, but is not limited to, all water charges, sewer charges, license fees, parking tickets, property taxes or sales taxes.

```
I certify the above to be true
```

## FAMILIAL RELATIONSHIPS WITH ELECTED CITY OFFICIALS AND DEPARTMENT HEADS

This question is to be completed only by (a) the Applicant, and (b) any legal entity which has a direct ownership interest in the Applicant exceeding 7.5 percent. It is not to be completed by any legal entity which has only an indirect ownership interest in the Applicant.

Under Municipal Code Section 2-154-015, the Disclosing Party must disclose whether such Disclosing Party or any "Applicable Party" or any Spouse or Domestic Partner thereof currently has a "familial relationship" with any elected city official or department head. A "familial relationship" exists if, as of the date this EDS is signed, the Disclosing Party or any "Applicable Party" or any Spouse or Domestic Partner thereof is related to the mayor, any alderman, the city clerk, the city treasurer or any city department head as spouse or domestic partner or as any of the following, whether by blood or adoption: parent, child, brother or sister, aunt or uncle, niece or nephew, grandparent, grandchild, father-in-law, mother-in-law, son-in-law, daughter-in-law, stepfather or stepmother, stepson or stepdaughter, stepbrother or stepsister or half-brother or half-sister.

"Applicable Party" means (1) all corporate officers of the Disclosing Party, if the Disclosing Party is a corporation; all partners of the Disclosing Party, if the Disclosing Party is a general partnership; all general partners and limited partners of the Disclosing Party, if the Disclosing Party is a limited partnership; all managers, managing members and members of the Disclosing Party, if the Disclosing Party is a limited liability company; (2) all principal officers of the Disclosing Party; and (3) any person having more than a 7.5 percent ownership interest in the Disclosing Party. "Principal officers" means the president, chief operating officer, executive director, chief financial officer, treasurer or secretary of a legal entity or any person exercising similar authority.

Does the Disclosing Party or any "Applicable Party" or any Spouse or Domestic Partner thereof currently have a "familial relationship" with an elected city official or department head?

`N/A because the Disclosing party is not the Applicant nor has a direct ownership interest.`

## ADDITIONAL INFO

Please add any additional explanatory information here. If explanation is longer than 1000 characters, you may add an attachment below. Please note that your EDS, including all attachments, becomes available for public viewing upon contract award. Your attachments will be viewable "as is" without manual redaction by the City. You are responsible for redacting any non-public information from your documents before uploading.

`The Disclosing Party holds ordinary shares in Redflex Holdings Limited, a listed company on the Australian Stock Exchange. The Applicant, Redflex Traffic Systems, Inc., is a wholly-owned subsidiary of Redflex Holdings Limited.`

List of attachments uploaded by vendor

`None.`

## CERTIFICATION

Under penalty of perjury, the person signing below: (1) warrants that he/she is authorized to execute this EDS on behalf of the Disclosing Party, and (2) warrants that all certifications and statements contained in this EDS are true, accurate and complete as of the date furnished to the City.

/s/ 01/28/2013
Mr. Peter Landos
Chief Operating Officer
Thorney Holdings PTY, Ltd

This is a printed copy of the Economic Disclosure Statement, the original of which is filed electronically with the City of Chicago. Any alterations must be made electronically, alterations on this printed copy are void and of no effect.



CITY OF CHICAGO
ECONOMIC DISCLOSURE STATEMENT and AFFIDAVIT
Related to Contract/Amendment/Solicitation
EDS # 40633

# SECTION I -- GENERAL INFORMATION

A. Legal name of the Disclosing Party submitting the EDS:

```
Investaco Pty, LTD
```

Enter d/b/a if applicable:


The Disclosing Party submitting this EDS is:

```
a legal entity holding a direct or indirect interest in the
Applicant
```

The Disclosing Party holds an interest in

```
Redflex Traffic Systems, Inc and EDS is 35362
```

B. Business address of the Disclosing Party:

```
13 McKenna Road
Glen Waverley, Victoria 3150
Australia
```

C. Telephone:

```
+61418178211
```

Fax:


D. Name of contact person:

```
Mr. christopher cooper
```

## SECTION II -- DISCLOSURE OF OWNERSHIP INTERESTS

A. NATURE OF THE DISCLOSING PARTY

1. Indicate the nature of the Disclosing Party:

`Limited liability company`

Is the Disclosing Party incorporated or organized in the State of Illinois?

`No`

State or foreign country of incorporation or organization:

`australia`

Registered to do business in the State of Illinois as a foreign entity?

`No`

B. DISCLOSING PARTY IS A LEGAL ENTITY:

1.a.2 Does the Disclosing Party have any officers?

`Yes`

1.a.4 List below the full names and titles of all executive officers of the entity.

| | |
|---|---|
| **Officer:** | Mr. Man Ho Ho |
| **Title:** | Director |
| **Role:** | Officer |
| **Officer:** | Mr. Sidney Sai-Leung Ho |
| **Title:** | Secretary and Director |
| **Role:** | Officer |
| **Officer:** | Ms. Elizabeth Mary Wielgosz |
| **Title:** | Director and Secretary |
| **Role:** | Officer |

## B. CERTIFICATION REGARDING Controlling Interest

1.b.1 Are there any individuals who control the day-to-day management of the Disclosing Party as a general partner, managing member, manager, or other capacity?

Yes

1.b.2 List all general partners, managing members, managers, and any others who control the day-to-day management of the Disclosing Party. Don't include any legal entities in this answer- these will be named later:

| **Name:** | Mr. Sidney Sai-Leung Ho |
|---|---|
| **Title:** | Secretary |

-------------------------------------------------------------------------------------

1.b.3 Are there any legal entities that control the day-to-day management of the Disclosing Party as a general partner, managing member, manager, or other capacity?

No

2. Ownership Information

Please confirm ownership information concerning each person or entity having a direct or indirect beneficial interest in excess of 7.5% of the Disclosing Party (your entity). Examples of such an interest include shares in a corporation, partnership interest in a partnership or joint venture, interest of a member or manager in a limited lability company, or interest of a beneficiary of a trust, estate, or other similar entity. Note: Pursuant to Section 2-154-030 of the Municipal code of Chicago, the City may require any such additional information from any applicant which is reasonably intended to achieve full disclosure.

As reported by the Disclosing Party, the immediate owner(s) of the Disclosing Party is/are listed below:

There are no owners with greater than 7.5 percent ownership in the Disclosing Party.

## SECTION III -- BUSINESS RELATIONSHIPS WITH CITY ELECTED OFFICIALS

Has the Disclosing Party had a "business relationship," as defined in Chapter 2-156 of the Municipal Code, with any City elected official in the 12 months before the date this EDS is signed?

No

## SECTION V -- CERTIFICATIONS

A. COURT-ORDERED CHILD SUPPORT COMPLIANCE

Under Municipal Code Section 2-92-415, substantial owners of business entities that contract with the City must remain in compliance with their child support obligations throughout the contract's term.

Has any person who directly or indirectly owns 10% or more of the Disclosing Party been declared in arrearage of any child support obligations by any Illinois court of competent jurisdiction?

```
Not applicable because no person directly or indirectly owns
10% or more of the Disclosing Party
```

## B. FURTHER CERTIFICATIONS

1. Pursuant to Municipal Code Chapter 1-23, Article I ("Article I")(which the Applicant should consult for defined terms (e.g., "doing business") and legal requirements), if the Disclosing Party submitting this EDS is the Applicant and is doing business with the City, then the Disclosing Party certifies as follows:

  i. neither the Applicant nor any controlling person is currently indicted or charged with, or has admitted guilt of, or has ever been convicted of, or placed under supervision for, any criminal offense involving actual, attempted, or conspiracy to commit bribery, theft, fraud, forgery, perjury, dishonesty or deceit against an officer or employee of the City or any sister agency; and
  ii. the Applicant understands and acknowledges that compliance with Article I is a continuing requirement for doing business with the City.

NOTE: If Article I applies to the Applicant, the permanent compliance timeframe in Article I supersedes some five-year compliance timeframes in certifications 2 and 3 below.

```
I certify the above to be true
```

2. The Disclosing Party and, if the Disclosing Party is a legal entity, all of those persons or entities identified in Section II.B.1. of this EDS:

  a. are not presently debarred, suspended, proposed for debarment, declared ineligible or voluntarily excluded from any transactions by any federal, state or local unit of government;
  b. have not, within a five-year period preceding the date of this EDS, been convicted of a criminal offense, adjudged guilty, or had a civil judgment rendered against them in connection with: obtaining, attempting to obtain, or performing a public (federal, state or local) transaction or contract under a public transaction; a violation of federal or state antitrust statutes; fraud; embezzlement; theft; forgery; bribery; falsification or destruction of records; making false statements; or receiving stolen property;

   c. are not presently indicted for, or criminally or civilly charged by, a governmental entity (federal, state or local) with committing any of the offenses set forth in clause B.2.b. of this Section V;

   d. have not, within a five-year period preceding the date of this EDS, had one or more public transactions (federal, state or local) terminated for cause or default; and

   e. have not, within a five-year period preceding the date of this EDS, been convicted, adjudged guilty, or found liable in a civil proceeding, or in any criminal or civil action, including actions concerning environmental violations, instituted by the City or by the federal government, any state, or any other unit of local government.

`I certify the above to be true`

3. Neither the Disclosing Party, nor any Contractor, nor any Affiliated Entity of either the Disclosing Party or any Contractor nor any Agents have, during the five years before the date this EDS is signed, or, with respect to a Contractor, an Affiliated Entity, or an Affiliated Entity of a Contractor during the five years before the date of such Contractor's or Affiliated Entity's contract or engagement in connection with the Matter:

   a. bribed or attempted to bribe, or been convicted or adjudged guilty of bribery or attempting to bribe, a public officer or employee of the City, the State of Illinois, or any agency of the federal government or of any state or local government in the United States of America, in that officer's or employee's official capacity;

   b. agreed or colluded with other bidders or prospective bidders, or been a party to any such agreement, or been convicted or adjudged guilty of agreement or collusion among bidders or prospective bidders, in restraint of freedom of competition by agreement to bid a fixed price or otherwise; or

   c. made an admission of such conduct described in a. or b. above that is a matter of record, but have not been prosecuted for such conduct; or

   d. violated the provisions of Municipal Code Section 2-92-610 (Living Wage Ordinance).

`I certify the above to be true`

4. Neither the Disclosing Party, Affiliated Entity or Contractor, or any of their employees, officials, agents or partners, is barred from contracting with any unit of state or local government as a result of engaging in or being convicted of

   • bid-rigging in violation of 720 ILCS 5/33E-3;
   • bid-rotating in violation of 720 ILCS 5/33E-4; or
   • any similar offense of any state or of the United States of America that contains the same elements as the offense of bid-rigging or bid-rotating.

`I certify the above to be true`

5. Neither the Disclosing Party nor any Affiliated Entity is listed on any of the following lists maintained by the Office of Foreign Assets Control of the U.S. Department of the Treasury or the Bureau of Industry and Security of the U.S. Department of Commerce or their successors: the Specially Designated Nationals List, the Denied Persons List, the Unverified List, the Entity List and the Debarred List.

```
I certify the above to be true
```

6. The Disclosing Party understands and shall comply with the applicable requirements of Chapters 2-55 (Legislative Inspector General), Chapter 2-56 (Inspector General) and Chapter 2-156 (Governmental Ethics) of the Municipal Code.

```
I certify the above to be true
```

7. To the best of the Disclosing Party's knowledge after reasonable inquiry, the following is a complete list of all current employees of the Disclosing Party who were, at any time during the 12-month period preceding the execution date of this EDS, an employee, or elected or appointed official, of the City of Chicago.

```
None
```

8. To the best of the Disclosing Party's knowledge after reasonable inquiry, the following is a complete list of all gifts that the Disclosing Party has given or caused to be given, at any time during the 12-month period preceding the execution date of this EDS, to an employee, or elected or appointed official, of the City of Chicago. For purposes of this statement, a "gift" does not include: (i) anything made generally available to City employees or to the general public, or (ii) food or drink provided in the course of official City business and having a retail value of less than $20 per recipient.

```
None
```

C. CERTIFICATION OF STATUS AS FINANCIAL INSTITUTION

The Disclosing Party certifies that, as defined in Section 2-32-455(b) of the Municipal Code, the Disclosing Party

```
is a "financial institution"
```

The Disclosing Party pledges:

"We are not and will not become a predatory lender as defined in Chapter 2-32 of the Municipal Code. We further pledge that none of our affiliates is, and none of them will become, a predatory lender as defined in Chapter 2-32 of the Municipal Code. We understand that becoming a predatory lender or becoming an affiliate of

a predatory lender may result in the loss of the privilege of doing business with the City."

The Disclosing Party

```
makes the above pledge
```

E. CERTIFICATION REGARDING SLAVERY ERA BUSINESS

If the Disclosing Party cannot make this verification, the Disclosing Party must disclose all required information in the space provided below or in an attachment in the "Additional Info" tab. Failure to comply with these disclosure requirements may make any contract entered into with the City in connection with the Matter voidable by the City.

The Disclosing Party verifies that the Disclosing Party has searched any and all records of the Disclosing Party and any and all predecessor entities regarding records of investments or profits from slavery or slaveholder insurance policies during the slavery era (including insurance policies issued to slaveholders that provided coverage for damage to or injury or death of their slaves), and the Disclosing Party has found no such records.

```
I can make the above verification
```

# SECTION VII -- ACKNOWLEDGMENTS, CONTRACT INCORPORATION, COMPLIANCE, PENALTIES, DISCLOSURE

The Disclosing Party understands and agrees that:

A. The certifications, disclosures, and acknowledgments contained in this EDS will become part of any contract or other agreement between the Applicant and the City in connection with the Matter, whether procurement, City assistance, or other City action, and are material inducements to the City's execution of any contract or taking other action with respect to the Matter. The Disclosing Party understands that it must comply with all statutes, ordinances, and regulations on which this EDS is based.

B. The City's Governmental Ethics and Campaign Financing Ordinances, Chapters 2-156 and 2-164 of the Municipal Code, impose certain duties and obligations on persons or entities seeking City contracts, work, business, or transactions. A training program is available on line at www.cityofchicago.org/city/en/depts/ethics.html, and may also be obtained from the City's Board of Ethics, 740 N. Sedgwick St., Suite 500, Chicago, IL 60610, (312) 744-9660. The Disclosing Party must comply fully with the applicable ordinances.

```
I acknowledge and consent to the above
```

The Disclosing Party understands and agrees that:

C.  If the City determines that any information provided in this EDS is false, incomplete or inaccurate, any contract or other agreement in connection with which it is submitted may be rescinded or be void or voidable, and the City may pursue any remedies under the contract or agreement (if not rescinded or void), at law, or in equity, including terminating the Disclosing Party's participation in the Matter and/or declining to allow the Disclosing Party to participate in other transactions with the City. Remedies at law for a false statement of material fact may include incarceration and an award to the City of treble damages.

D.  It is the City's policy to make this document available to the public on its Internet site and/or upon request. Some or all of the information provided on this EDS and any attachments to this EDS may be made available to the public on the Internet, in response to a Freedom of Information Act request, or otherwise. By completing and signing this EDS, the Disclosing Party waives and releases any possible rights or claims which it may have against the City in connection with the public release of information contained in this EDS and also authorizes the City to verify the accuracy of any information submitted in this EDS.

E.  The information provided in this EDS must be kept current. In the event of changes, the Disclosing Party must supplement this EDS up to the time the City takes action on the Matter. If the Matter is a contract being handled by the City's Department of Procurement Services, the Disclosing Party must update this EDS as the contract requires. NOTE: With respect to Matters subject to Article I of Chapter 1-23 of the Municipal Code (imposing PERMANENT INELIGIBILITY for certain specified offenses), the information provided herein regarding eligibility must be kept current for a longer period, as required by Chapter 1-23 and Section 2-154-020 of the Municipal Code.

```
I acknowledge and consent to the above
```

The Disclosing Party represents and warrants that:

F.1. The Disclosing Party is not delinquent in the payment of any tax administered by the Illinois Department of Revenue, nor are the Disclosing Party or its Affiliated Entities delinquent in paying any fine, fee, tax or other charge owed to the City. This includes, but is not limited to, all water charges, sewer charges, license fees, parking tickets, property taxes or sales taxes.

```
I certify the above to be true
```

## FAMILIAL RELATIONSHIPS WITH ELECTED CITY OFFICIALS AND DEPARTMENT HEADS

This question is to be completed only by (a) the Applicant, and (b) any legal entity which has a direct ownership interest in the Applicant exceeding 7.5 percent. It is not to be completed by any legal entity which has only an indirect ownership interest in the Applicant.

Under Municipal Code Section 2-154-015, the Disclosing Party must disclose whether such Disclosing Party or any "Applicable Party" or any Spouse or Domestic Partner thereof currently has a "familial relationship" with any elected city official or department head. A "familial relationship" exists if, as of the date this EDS is signed, the Disclosing Party or any "Applicable Party" or any Spouse or Domestic Partner thereof is related to the mayor, any alderman, the city clerk, the city treasurer or any city department head as spouse or domestic partner or as any of the following, whether by blood or adoption: parent, child, brother or sister, aunt or uncle, niece or nephew, grandparent, grandchild, father-in-law, mother-in-law, son-in-law, daughter-in-law, stepfather or stepmother, stepson or stepdaughter, stepbrother or stepsister or half-brother or half-sister.

"Applicable Party" means (1) all corporate officers of the Disclosing Party, if the Disclosing Party is a corporation; all partners of the Disclosing Party, if the Disclosing Party is a general partnership; all general partners and limited partners of the Disclosing Party, if the Disclosing Party is a limited partnership; all managers, managing members and members of the Disclosing Party, if the Disclosing Party is a limited liability company; (2) all principal officers of the Disclosing Party; and (3) any person having more than a 7.5 percent ownership interest in the Disclosing Party. "Principal officers" means the president, chief operating officer, executive director, chief financial officer, treasurer or secretary of a legal entity or any person exercising similar authority.

Does the Disclosing Party or any "Applicable Party" or any Spouse or Domestic Partner thereof currently have a "familial relationship" with an elected city official or department head?

No

## ADDITIONAL INFO

Please add any additional explanatory information here. If explanation is longer than 1000 characters, you may add an attachment below. Please note that your EDS, including all attachments, becomes available for public viewing upon contract award. Your attachments will be viewable "as is" without manual redaction by the City. You are responsible for redacting any non-public information from your documents before uploading.

List of attachments uploaded by vendor

None.

**CERTIFICATION**

Under penalty of perjury, the person signing below: (1) warrants that he/she is authorized to execute this EDS on behalf of the Disclosing Party, and (2) warrants that all certifications and statements contained in this EDS are true, accurate and complete as of the date furnished to the City.

/s/ 01/23/2013
Mr. christopher cooper
Corporate Secretary
Investaco Pty, LTD

This is a printed copy of the Economic Disclosure Statement, the original of which is filed electronically with the City of Chicago. Any alterations must be made electronically, alterations on this printed copy are void and of no effect.