# EXHIBIT 24

# Disclosure Summary Sheet

**Contract (PO) Number:** 18031

**Specification Number:** 65611

**Name of Contractor:** REDFLEX TRAFFIC SYSTEMS INC.

**City Department:** OFFICE OF EMERGENCY COMMUNICATION

**Title of Contract:** RED LIGHT CAMERA TRAFFIC SYSTEM EQUIPMENT MAINTENANCE, SUPPORT AND REPAIRS (INCLUDING REPLACEMENT)

**Term of Contract: Start Date:** 2/1/2008

**End Date:** 1/31/2013

**Dollar Amount of Contract (or maximum compensation if a Term Agreement) (DUR):** $32,109,090.00

**Brief Description of Work:** RED LIGHT CAMERA TRAFFIC SYSTEM EQUIPMENT MAINTENANCE, SUPPORT AND REPAIRS (INCLUDING REPLACEMENT)

**Procurement Services Contract Area:** PRO SERV CONSULTING $250,000orABOVE

**Vendor Number: 50065408**

**Submission Date:**

OCT 2 3 2008

# CITY OF CHICAGO ECONOMIC DISCLOSURE STATEMENT AND AFFIDAVIT

## 1.1. SECTION I -- GENERAL INFORMATION

A. Legal name of Disclosing Party submitting this EDS. Include d/b/a/ if applicable:

__Redflex Traffic Systems, Inc.__

**Check ONE of the following three boxes:**

Indicate whether Disclosing Party submitting this EDS is:

1. [X] the Applicant

   OR

2. [] a legal entity holding a direct or indirect interest in the Applicant. State the legal name of the Applicant in which Disclosing Party holds an interest: _____

   OR

3. [] a specified legal entity with a right of control (see Section II.B.1.b.) State the legal name of the entity in which Disclosing Party holds a right of control: _____

B. Business address of Disclosing Party: __23751 North 23rd Avenue, #150__
   __Phoenix, AZ   85085-1854__

C. Telephone: __623.207.2905__ Fax: __623.207.2050__ Email: __kfinley@redflex.com__

D. Name of contact person: __Karen Finley__

E. Federal Employer Identification No. (if you have one): __94-3292233__

F. Brief description of contract, transaction or other undertaking (referred to below as the "Matter") to which this EDS pertains. (Include project number and location of property, if applicable):

   __Contractor for DARLEP Program__

G. Which City agency or department is requesting this EDS? __OEMC__

   If the Matter is a contract being handled by the City's Department of Procurement Services, please complete the following:

   Specification # __65611__ and Contract # __18031__

**1.2 SECTION II -- DISCLOSURE OF OWNERSHIP INTERESTS**

A.  NATURE OF DISCLOSING PARTY

1.  Indicate the nature of the Disclosing Party:

| | | | |
|---|---|---|---|
| [ ] | Person | [ ] | Limited liability company* |
| [ ] | Publicly registered business corporation | [ ] | Limited liability partnership* |
| [X] | Privately held business corporation | [ ] | Joint venture* |
| [ ] | Sole proprietorship | [ ] | Not-for-profit corporation |
| [ ] | General partnership* | | (Is the not-for-profit corporation also a 501(c)(3))? |
| [ ] | Limited partnership* | [ ] Yes | [ ] No |
| [ ] | Trust | [ ] | Other (please specify) |

**\* Note B.1.b below.**

2.  For legal entities, the state (or foreign country) of incorporation or organization, if applicable:

    Delaware

3.  For legal entities not organized in the State of Illinois: Has the organization registered to do business in the State of Illinois as a foreign entity?

    [X] Yes            [ ] No                    [ ] N/A

B.  IF THE DISCLOSING PARTY IS A LEGAL ENTITY:

1.a.  List below the full names and titles of all executive officers and all directors of the entity. For not-for-profit corporations, also list below all members, if any, which are legal entities. If there are no such members, write "no members." For trusts, estates or other similar entities, list below the legal titleholder(s).

| Name | | Title | |
|---|---|---|---|
| | Graham Davie | | Director |
| | Robin DeBernardi | | Director |
| | Christopher Cooper | | Director |
| | Peter Lewinsky | | Director |
| | Roger Sawley | | Director |
| | Karen Finley | | Director & CEO |

1.b.  If you checked "General partnership," "Limited partnership," "Limited liability company," "Limited liability partnership" or "Joint venture" in response to Item A.1. above (Nature of Disclosing Party), list below the name and title of each general partner, managing member, manager or any other person or entity that

controls the day-to-day management of the Disclosing Party. NOTE: Each legal entity listed below must submit an EDS on its own behalf.

Name                                                                    Title

_____                    _____

_____                    _____

_____                    _____

_____                    _____

2.      Please provide the following information concerning each person or entity having a direct or indirect beneficial interest (including ownership) in excess of 7.5% of the Disclosing Party. Examples of such an interest include shares in a corporation, partnership interest in a partnership or joint venture, interest of a member or manager in a limited liability company, or interest of a beneficiary of a trust, estate or other similar entity. If none, state "None."

**NOTE:** Pursuant to Section 2-154-030 of the Municipal Code of Chicago ("Municipal Code"), the City may require any such additional information from any applicant which is reasonably intended to achieve full disclosure.

Name                              Business Address                    Percentage Interest in the
                                                                       Disclosing Party

  Redflex Holdings LTD
_____

  31 Market Street                                          100%
_____

  South Melbourne, VIC 3205
_____

                         Australia
_____

### 1.3   SECTION III -- BUSINESS RELATIONSHIPS WITH CITY ELECTED OFFICIALS

Has the Disclosing Party had a "business relationship," as defined in Chapter 2-156 of the Municipal Code, with any City elected official in the 12 months before the date this EDS is signed?

        [ ] Yes                        [X] No

If yes, please identify below the name(s) of such City elected official(s) and describe such relationship(s):

_____

_____

_____

_____

### 1.4   SECTION IV -- DISCLOSURE OF SUBCONTRACTORS AND OTHER RETAINED PARTIES

        The Disclosing Party must disclose the name and business address of each subcontractor, attorney, lobbyist, accountant, consultant and any other person or entity whom the Disclosing Party has retained or expects to retain in

connection with the Matter, as well as the nature of the relationship, and the total amount of the fees paid or estimated to be paid. The Disclosing Party is not required to disclose employees who are paid solely through the Disclosing Party's regular payroll.

"Lobbyist" means any person or entity who undertakes to influence any legislative or administrative action on behalf of any person or entity other than: (1) a not-for-profit entity, on an unpaid basis, or (2) himself. "Lobbyist" also means any person or entity any part of whose duties as an employee of another includes undertaking to influence any legislative or administrative action.

If the Disclosing Party is uncertain whether a disclosure is required under this Section, the Disclosing Party must either ask the City whether disclosure is required or make the disclosure.

| Name<br>(indicate whether<br>retained or anticipated<br>to be retained) | Business<br>Address | Relationship to Disclosing Party<br>(subcontractor, attorney,<br>lobbyist, etc.) | Fees<br>(indicate whether<br>paid or estimated) |
| --- | --- | --- | --- |
| Please see attached. | | | |
| | | | |
| | | | |
| | | | |

(Add sheets if necessary)

[ ] Check here if the Disclosing party has not retained, nor expects to retain, any such persons or entities.


## 1.5  SECTION V -- CERTIFICATIONS


### A.    COURT-ORDERED CHILD SUPPORT COMPLIANCE

Under Municipal Code Section 2-92-415, substantial owners of business entities that contract with the City must remain in compliance with their child support obligations throughout the term of the contract.

Has any person who directly or indirectly owns 10% or more of the Disclosing Party been declared in arrearage on any child support obligations by any Illinois court of competent jurisdiction?

    [ ] Yes          [ ] No          [X] No person owns 10% or more of the Disclosing Party.

If "Yes," has the person entered into a court-approved agreement for payment of all support owed and is the person in compliance with that agreement?

    [ ] Yes          [ ] No

# Chicago, Illinois Specification # 65611
## Disclosure of Subcontractors and Other Retained Parties

| Wildman, Harrold, Allen & Dixon | |
|---|---|
| **Attorney** | |
| 225 W. Wacker Drive., Chicago, IL 60606 | |
| **Estimated Total Cost** | $       250,000 |
| | |

| City Lights | |
|---|---|
| **MBE Subcontractor** | |
| 9993 Virginia Ave., Chicago, IL 60415 | |
| **Estimated Total Cost** | $    6,982,311.83 |
| | |

| Gandhi & Associates | |
|---|---|
| **MBE Subcontractor** | |
| 6035 Northwest Hwy, Ste 306, Chicago, IL 60631 | |
| **Estimated Total Cost** | $       613,229.13 |
| | |

| BPS Staffing | |
|---|---|
| **WBE Subcontractor** | |
| 200 North LaSalle Street, Ste 1900, Chicago, IL 60601 | |
| **Estimated Total Cost** | $    1,311,460.31 |
| | |

| Bigane Paving | |
|---|---|
| **WBE Subcontractor** | |
| 935 West Chestnut Street, Chicago, IL 60622 | |
| **Estimated Total Cost** | $       212,505.14 |

B.    FURTHER CERTIFICATIONS

1.    The Disclosing Party and, if the Disclosing Party is a legal entity, all of those persons or entities identified in Section II.B.1. of this EDS:

a.    are not presently debarred, suspended, proposed for debarment, declared ineligible or voluntarily excluded from any transactions by any federal, state or local unit of government;

b.    have not, within a five-year period preceding the date of this EDS, been convicted of a criminal offense, adjudged guilty, or had a civil judgment rendered against them in connection with: obtaining, attempting to obtain, or performing a public (federal, state or local) transaction or contract under a public transaction; a violation of federal or state antitrust statutes; fraud; embezzlement; theft; forgery; bribery; falsification or destruction of records; making false statements; or receiving stolen property;

c.    are not presently indicted for or otherwise criminally or civilly charged by a governmental entity (federal, state or local) with commission of any of the offenses enumerated in clause B.1.b. of this Section V;

d.    have not, within a five-year period preceding the date of this EDS, had one or more public transactions (federal, state or local) terminated for cause or default; and

e.    have not, within a five-year period preceding the date of this EDS, been convicted, adjudged guilty, or found liable in a civil proceeding, or in any criminal or civil action, including actions concerning environmental violations, instituted by the City or by the federal government, any state, or any other unit of local government.

2.    The certifications in subparts 2, 3 and 4 concern:

- the Disclosing Party;
- any "Applicable Party" (meaning any party participating in the performance of the Matter, including but not limited to any persons or legal entities disclosed under Section IV, "Disclosure of Subcontractors and Other Retained Parties");
- any "Affiliated Entity" (meaning a person or entity that, directly or indirectly: controls the Disclosing Party, is controlled by the Disclosing Party, or is, with the Disclosing Party, under common control of another person or entity. Indicia of control include, without limitation: interlocking management or ownership; identity of interests among family members, shared facilities and equipment; common use of employees; or organization of a business entity following the ineligibility of a business entity to do business with federal or state or local government, including the City, using substantially the same management, ownership, or principals as the ineligible entity); with respect to Applicable Parties, the term Affiliated Entity means a person or entity that directly or indirectly controls the Applicable Party, is controlled by it, or, with the Applicable Party, is under common control of another person or entity;

- any responsible official of the Disclosing Party, any Applicable Party or any Affiliated Entity or any other official, agent or employee of the Disclosing Party, any Applicable Party or any Affiliated Entity, acting pursuant to the direction or authorization of a responsible official of the Disclosing Party, any Applicable Party or any Affiliated Entity (collectively "Agents").

Neither the Disclosing Party, nor any Applicable Party, nor any Affiliated Entity of either the Disclosing Party or any Applicable Party nor any Agents have, during the five years before the date this EDS is signed, or, with respect to an Applicable Party, an Affiliated Entity, or an Affiliated Entity of an Applicable Party during the five years before the date of such Applicable Party's or Affiliated Entity's contract or engagement in connection with the Matter:

a. bribed or attempted to bribe, or been convicted or adjudged guilty of bribery or attempting to bribe, a public officer or employee of the City, the State of Illinois, or any agency of the federal government or of any state or local government in the United States of America, in that officer's or employee's official capacity;

b. agreed or colluded with other bidders or prospective bidders, or been a party to any such agreement, or been convicted or adjudged guilty of agreement or collusion among bidders or prospective bidders, in restraint of freedom of competition by agreement to bid a fixed price or otherwise; or

c. made an admission of such conduct described in a. or b. above that is a matter of record, but have not been prosecuted for such conduct; or

d. violated the provisions of Municipal Code Section 2-92-610 (Living Wage Ordinance).

3. Neither the Disclosing Party, Affiliated Entity or Applicable Party, or any of their employees, officials, agents or partners, is barred from contracting with any unit of state or local government as a result of engaging in or being convicted of (1) bid-rigging in violation of 720 ILCS 5/33E-3; (2) bid-rotating in violation of 720 ILCS 5/33E-4; or (3) any similar offense of any state or of the United States of America that contains the same elements as the offense of bid-rigging or bid-rotating.

4. Neither the Disclosing Party nor any Affiliated Entity is listed on any of the following lists maintained by the Office of Foreign Assets Control of the U.S. Department of the Treasury or the Bureau of Industry and Security of the U.S. Department of Commerce or their successors: the Specially Designated Nationals List, the Denied Persons List, the Unverified List, the Entity List and the Debarred List.

5. The Disclosing Party understands and shall comply with (1) the applicable requirements of the Governmental Ethics Ordinance of the City, Title 2, Chapter 2-156 of the Municipal Code; and (2) all the applicable provisions of Chapter 2-56 of the Municipal Code (Office of the Inspector General).

6.    If the Disclosing Party is unable to certify to any of the above statements in this Part B (Further Certifications), the Disclosing Party must explain below:

_____

_____

_____

_____

If the letters "NA," the word "None," or no response appears on the lines above, it will be conclusively presumed that the Disclosing Party certified to the above statements.

C.    CERTIFICATION OF STATUS AS FINANCIAL INSTITUTION

For purposes of this Part C, under Municipal Code Section 2-32-455(b), the term "financial institution" means a bank, savings and loan association, thrift, credit union, mortgage banker, mortgage broker, trust company, savings bank, investment bank, securities broker, municipal securities broker, securities dealer, municipal securities dealer, securities underwriter, municipal securities underwriter, investment trust, venture capital company, bank holding company, financial services holding company, or any licensee under the Consumer Installment Loan Act, the Sales Finance Agency Act, or the Residential Mortgage Licensing Act. However, "financial institution" specifically shall not include any entity whose predominant business is the providing of tax deferred, defined contribution, pension plans to public employees in accordance with Sections 403(b) and 457 of the Internal Revenue Code. (Additional definitions may be found in Municipal Code Section 2-32-455(b).)

1.    CERTIFICATION

The Disclosing Party certifies that the Disclosing Party (check one)

        [ ] is            [X] is not

a "financial institution" as defined in Section 2-32-455(b) of the Municipal Code.

2.    If the Disclosing Party IS a financial institution, then the Disclosing Party pledges:

"We are not and will not become a predatory lender as defined in Chapter 2-32 of the Municipal Code. We further pledge that none of our affiliates is, and none of them will become, a predatory lender as defined in Chapter 2-32 of the Municipal Code. We understand that becoming a predatory lender or becoming an affiliate of a predatory lender may result in the loss of the privilege of doing business with the City."

If the Disclosing Party is unable to make this pledge because it or any of its affiliates (as defined in Section

2-32-455(b) of the Municipal Code) is a predatory lender within the meaning of Chapter 2-32 of the Municipal Code, explain here (attach additional pages if necessary):

_____

_____

_____

_____

If the letters "NA," the word "None," or no response appears on the lines above, it will be conclusively presumed that the Disclosing Party certified to the above statements.

D.    CERTIFICATION REGARDING INTEREST IN CITY BUSINESS

Any words or terms that are defined in Chapter 2-156 of the Municipal Code have the same meanings when used in this Part D.

1.    In accordance with Section 2-156-110 of the Municipal Code: Does any official or employee of the City have a financial interest in his or her own name or in the name of any other person or entity in the Matter?

[ ] Yes                    [x] No

**NOTE:** If you checked "Yes" to Item D.1., proceed to Items D.2. and D.3. If you checked "No" to Item D.1., proceed to Part E.

2.    Unless sold pursuant to a process of competitive bidding, or otherwise permitted, no City elected official or employee shall have a financial interest in his or her own name or in the name of any other person or entity in the purchase of any property that (i) belongs to the City, or (ii) is sold for taxes or assessments, or (iii) is sold by virtue of legal process at the suit of the City (collectively, "City Property Sale"). Compensation for property taken pursuant to the City's eminent domain power does not constitute a financial interest within the meaning of this Part D.

Does the Matter involve a City Property Sale?

[ ] Yes                    [x] No

3.    If you checked "Yes" to Item D.1., provide the names and business addresses of the City officials or employees having such interest and identify the nature of such interest:

Name                    Business Address                    Nature of Interest

_____

_____

_____

_____

4.    The Disclosing Party further certifies that no prohibited financial interest in the Matter will be acquired by any City official or employee.

Page 8 of 13

E.     CERTIFICATION REGARDING SLAVERY ERA BUSINESS

The Disclosing Party has searched any and all records of the Disclosing Party and any and all predecessor entities for records of investments or profits from slavery, the slave industry, or slaveholder insurance policies from the slavery era (including insurance policies issued to slaveholders that provided coverage for damage to or injury or death of their slaves) and has disclosed in this EDS any and all such records to the City. In addition, the Disclosing Party must disclose the names of any and all slaves or slaveholders described in those records. Failure to comply with these disclosure requirements may make the Matter to which this EDS pertains voidable by the City.

Please check either 1. or 2. below. If the Disclosing Party checks 2., the Disclosing Party must disclose below or in an attachment to this EDS all requisite information as set forth in that paragraph 2.

  _X_ 1.   The Disclosing Party verifies that (a) the Disclosing Party has searched any and all records of the Disclosing Party and any and all predecessor entities for records of investments or profits from slavery, the slave industry, or slaveholder insurance policies, and (b) the Disclosing Party has found no records of investments or profits from slavery, the slave industry, or slaveholder insurance policies and no records of names of any slaves or slaveholders.

  ____ 2.   The Disclosing Party verifies that, as a result of conducting the search in step 1(a) above, the Disclosing Party has found records relating to investments or profits from slavery, the slave industry, or slaveholder insurance policies and/or the names of any slaves or slaveholders. The Disclosing Party verifies that the following constitutes full disclosure of all such records:

_____

_____

_____

_____


## 1.6   SECTION VI -- CERTIFICATIONS FOR FEDERALLY-FUNDED MATTERS

**NOTE:** If the Matter is federally funded, complete this Section VI. If the Matter is not federally funded, proceed to Section VII.

A.     CERTIFICATION REGARDING LOBBYING

  1.     List below the names of all persons or entities registered under the federal Lobbying Disclosure Act of 1995 who have made lobbying contacts on behalf of the Disclosing Party with respect to the Matter: (Begin list here, add sheets as necessary):
  None_____

_____

_____

(If no explanation appears or begins on the lines above, or if the letters "NA" or if the word "None" appear, it will be conclusively presumed that the Disclosing Party means that NO persons or entities registered under the Lobbying Disclosure Act of 1995 have made lobbying contacts on behalf of the Disclosing Party with respect to the Matter.)

2. The Disclosing Party has not spent and will not expend any federally appropriated funds to pay any person or entity listed in Paragraph A.1. above for his or her lobbying activities or to pay any person or entity to influence or attempt to influence an officer or employee of any agency, as defined by applicable federal law, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress, in connection with the award of any federally funded contract, making any federally funded grant or loan, entering into any cooperative agreement, or to extend, continue, renew, amend, or modify any federally funded contract, grant, loan, or cooperative agreement.

3. The Disclosing Party will submit an updated certification at the end of each calendar quarter in which there occurs any event that materially affects the accuracy of the statements and information set forth in paragraphs A.1. and A.2. above.

If the Matter is federally funded and any funds other than federally appropriated funds have been or will be paid to any person or entity for influencing or attempting to influence an officer or employee of any agency (as defined by applicable federal law), a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with the Matter, the Disclosing Party must complete and submit Standard Form-LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions. The form may be obtained online from the federal Office of Management and Budget (OMB) web site at http://www.whitehouse.gov/omb/grants/sflllin.pdf, linked on the page http://www.whitehouse.gov/omb/grants/grants_forms.html.

4. The Disclosing Party certifies that either: (i) it is not an organization described in section 501(c)(4) of the Internal Revenue Code of 1986; or (ii) it is an organization described in section 501(c)(4) of the Internal Revenue Code of 1986 but has not engaged and will not engage in "Lobbying Activities".

5. If the Disclosing Party is the Applicant, the Disclosing Party must obtain certifications equal in form and substance to paragraphs A.1. through A.4. above from all subcontractors before it awards any subcontract and the Disclosing Party must maintain all such subcontractors' certifications for the duration of the Matter and must make such certifications promptly available to the City upon request.

B. CERTIFICATION REGARDING EQUAL EMPLOYMENT OPPORTUNITY

If the Matter is federally funded, federal regulations require the Applicant and all proposed subcontractors to submit the following information with their bids or in writing at the outset of negotiations.

Is the Disclosing Party the Applicant?

    [ ] Yes      [ ] No

If "Yes," answer the three questions below:

  1.  Have you developed and do you have on file affirmative action programs pursuant to applicable federal regulations? (See 41 CFR Part 60-2.)

    [ ] Yes      [ ] No

  2.  Have you filed with the Joint Reporting Committee, the Director of the Office of Federal Contract Compliance Programs, or the Equal Employment Opportunity Commission all reports due under the applicable filing requirements?

    [ ] Yes      [ ] No

  3.  Have you participated in any previous contracts or subcontracts subject to the equal opportunity clause?

    [ ] Yes      [ ] No

If you checked "No" to question 1. or 2. above, please provide an explanation:

_____

_____

## 1.7 SECTION VII -- ACKNOWLEDGMENTS, CONTRACT INCORPORATION, COMPLIANCE, PENALTIES, DISCLOSURE

The Disclosing Party understands and agrees that:

A. By completing and filing this EDS, the Disclosing Party acknowledges and agrees, on behalf of itself and the persons or entities named in this EDS, that the City may investigate the creditworthiness of some or all of the persons or entities named in this EDS.

B. The certifications, disclosures, and acknowledgments contained in this EDS will become part of any contract or other agreement between the Applicant and the City in connection with the Matter, whether procurement, City assistance, or other City action, and are material inducements to the City's execution of any contract or taking other action with respect to the Matter. The Disclosing Party understands that it must comply with all statutes, ordinances, and regulations on which this EDS is based.

C. The City's Governmental Ethics and Campaign Financing Ordinances, Chapters 2-156 and 2-164 of the Municipal Code, impose certain duties and obligations on persons or entities seeking City contracts, work, business, or transactions. The full text of these ordinances and a training program is available on line at www.cityofchicago.org/Ethics, and may also be obtained from the City's Board of Ethics, 740 N. Sedgwick St., Suite 500, Chicago, IL 60610, (312) 744-9660. The Disclosing Party must comply fully with the applicable ordinances.

D.    If the City determines that any information provided in this EDS is false, incomplete or inaccurate, any contract or other agreement in connection with which it is submitted may be rescinded or be void or voidable, and the City may pursue any remedies under the contract or agreement (if not rescinded, void or voidable), at law, or in equity, including terminating the Disclosing Party's participation in the Matter and/or declining to allow the Disclosing Party to participate in other transactions with the City. Remedies at law for a false statement of material fact may include incarceration and an award to the City of treble damages.

E.    It is the City's policy to make this document available to the public on its Internet site and/or upon request. Some or all of the information provided on this EDS and any attachments to this EDS may be made available to the public on the Internet, in response to a Freedom of Information Act request, or otherwise. By completing and signing this EDS, the Disclosing Party waives and releases any possible rights or claims which it may have against the City in connection with the public release of information contained in this EDS and also authorizes the City to verify the accuracy of any information submitted in this EDS.

F.    The information provided in this EDS must be kept current. In the event of changes, the Disclosing Party must supplement this EDS up to the time the City takes action on the Matter. If the Matter is a contract being handled by the City's Department of Procurement Services, the Disclosing Party must update this EDS as the contract requires.

The Disclosing Party represents and warrants that:

G.    The Disclosing Party has not withheld or reserved any disclosures as to economic interests in the Disclosing Party, or as to the Matter, or any information, data or plan as to the intended use or purpose for which the Applicant seeks City Council or other City agency action.

For purposes of the certifications in H.1. and H.2. below, the term "affiliate" means any person or entity that, directly or indirectly: controls the Disclosing Party, is controlled by the Disclosing Party, or is, with the Disclosing Party, under common control of another person or entity. Indicia of control include, without limitation: interlocking management or ownership; identity of interests among family members; shared facilities and equipment; common use of employees; or organization of a business entity following the ineligibility of a business entity to do business with the federal government or a state or local government, including the City, using substantially the same management, ownership, or principals as the ineligible entity.

H.1.   The Disclosing Party is not delinquent in the payment of any tax administered by the Illinois Department of Revenue, nor are the Disclosing Party or its affiliates delinquent in paying any fine, fee, tax or other charge owed to the City. This includes, but is not limited to, all water charges, sewer charges, license fees, parking tickets, property taxes or sales taxes.

H.2   If the Disclosing Party is the Applicant, the Disclosing Party and its affiliates will not use, nor permit their subcontractors to use, any facility on the U.S. EPA's List of Violating Facilities in connection with the Matter for the duration of time that such facility remains on the list.

H.3    If the Disclosing Party is the Applicant, the Disclosing Party will obtain from any contractors/subcontractors hired or to be hired in connection with the Matter certifications equal in form and substance to those in H.1. and H.2. above and will not, without the prior written consent of the City, use any such contractor/subcontractor that does not provide such certifications or that the Disclosing Party has reason to believe has not provided or cannot provide truthful certifications.

NOTE: If the Disclosing Party cannot certify as to any of the items in H.1., H.2. or H.3. above, an explanatory statement must be attached to this EDS.

## CERTIFICATION

Under penalty of perjury, the person signing below: (1) warrants that he/she is authorized to execute this EDS on behalf of the Disclosing Party, and (2) warrants that all certifications and statements contained in this EDS are true, accurate and complete as of the date furnished to the City.

Redflex Traffic Systems, Inc.    Date:    9-23-08
(Print or type name of Disclosing Party)

By:

*Karen Finley*
(sign here)

Karen Finley
(Print or type name of person signing)

President & CEO
(Print or type title of person signing)

Signed and sworn to before me on (date) 9-23-08 , by Sandra Stevens , at _____

Maricopa County, Arizona (state).

*Sandra L. Stevens* Notary Public.

"OFFICIAL SEAL"
Sandra L. Stevens
Notary Public-Arizona
Maricopa County
My Commission Expires 2/27/2009

Commission expires: 2/27/09

11/01/05 Version

**CITY OF CHICAGO ECONOMIC DISCLOSURE STATEMENT AND AFFIDAVIT**

**1.1. SECTION I – GENERAL INFORMATION**

A.  Legal name of Disclosing Party submitting this EDS.  Include d/b/a/ if applicable:

Redflex Holdings Limited

**Check ONE of the following three boxes:**

Indicate whether Disclosing Party submitting this EDS is:

1.  [ ]   the Applicant

OR

2.  [x]   a legal entity holding a direct or indirect interest in the Applicant.  State the legal name of the Applicant in which Disclosing Party holds an interest: Redflex Traffic Systems, Inc.

OR

3.  [ ]   a specified legal entity with a right of control (see Section II.B.1.b.)  State the legal name of the entity in which Disclosing Party holds a right of control: _____

B.  Business address of Disclosing Party: 31 Market Street
South Melbourne, VIC 3205 Australia

C.  Telephone: 61-3-9674-1888 Fax: 61-3-9696-3566  Email: marilyns@redflex. com.au

D.  Name of contact person: Marilyn Stephens

E.  Federal Employer Identification No. (if you have one): N/A

F.  Brief description of contract, transaction or other undertaking (referred to below as the "Matter") to which this EDS pertains.  (Include project number and location of property, if applicable):

Holding company of Redflex Traffic Systems, Inc.
Contractor for DARLEP Program

G.  Which City agency or department is requesting this EDS?  OEMC

If the Matter is a contract being handled by the City's Department of Procurement Services, please complete the following:

Specification # 65611 _____ and Contract # 1803 /

**1.2  SECTION II -- DISCLOSURE OF OWNERSHIP INTERESTS**

A.    NATURE OF DISCLOSING PARTY

1.    Indicate the nature of the Disclosing Party:

| | | | |
|---|---|---|---|
| [ ] | Person | [ ] | Limited liability company* |
| [X] | Publicly registered business corporation | [ ] | Limited liability partnership* |
| [ ] | Privately held business corporation | [ ] | Joint venture* |
| [ ] | Sole proprietorship | [ ] | Not-for-profit corporation |
| [ ] | General partnership* | | (Is the not-for-profit corporation also a 501(c)(3))? |
| [ ] | Limited partnership* | [ ] Yes | [ ] No |
| [ ] | Trust | [ ] | Other (please specify) |

_____

**\* Note B.1.b below.**

2.    For legal entities, the state (or foreign country) of incorporation or organization, if applicable:

Australian Company
_____

3.    For legal entities not organized in the State of Illinois: Has the organization registered to do business in the State of Illinois as a foreign entity?

   [ ] Yes          [X] No          [ ] N/A

B.    IF THE DISCLOSING PARTY IS A LEGAL ENTITY:

1.a.  List below the full names and titles of all executive officers and all directors of the entity.  For not-for-profit corporations, also list below all members, if any, which are legal entities.  If there are no such members, write "no members." For trusts, estates or other similar entities, list below the legal titleholder(s).

| Name | | Title | |
|---|---|---|---|
| | Graham Davie | Director | |
| | Robin DeBernardi | Director | |
| | Christopher Cooper | Director | |
| | Peter Lewinsky | Director | |
| | Roger Sawley | Director | |
| | Karen Finley | Director | |

1.b.  If you checked "General partnership," "Limited partnership," "Limited liability company," "Limited liability partnership" or "Joint venture" in response to Item A.1. above (Nature of Disclosing Party), list below the name and title of each general partner, managing member, manager or any other person or entity that

controls the day-to-day management of the Disclosing Party. NOTE: Each legal entity listed below must submit an EDS on its own behalf.

Name                                                                                   Title

_____          _____

_____          _____

_____          _____

_____          _____

2.    Please provide the following information concerning each person or entity having a direct or indirect beneficial interest (including ownership) in excess of 7.5% of the Disclosing Party. Examples of such an interest include shares in a corporation, partnership interest in a partnership or joint venture, interest of a member or manager in a limited liability company, or interest of a beneficiary of a trust, estate or other similar entity. If none, state "None."

**NOTE:** Pursuant to Section 2-154-030 of the Municipal Code of Chicago ("Municipal Code"), the City may require any such additional information from any applicant which is reasonably intended to achieve full disclosure.

Name                          Business Address                   Percentage Interest in the
                                                                 Disclosing Party

   See attached

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

**1.3   SECTION III -- BUSINESS RELATIONSHIPS WITH CITY ELECTED OFFICIALS**

Has the Disclosing Party had a "business relationship," as defined in Chapter 2-156 of the Municipal Code, with any City elected official in the 12 months before the date this EDS is signed?

         [ ] Yes                          [X] No

If yes, please identify below the name(s) of such City elected official(s) and describe such relationship(s):

_____

_____

_____

_____

**1.4   SECTION IV -- DISCLOSURE OF SUBCONTRACTORS AND OTHER RETAINED PARTIES**

   The Disclosing Party must disclose the name and business address of each subcontractor, attorney, lobbyist, accountant, consultant and any other person or entity whom the Disclosing Party has retained or expects to retain in

connection with the Matter, as well as the nature of the relationship, and the total amount of the fees paid or estimated to be paid. The Disclosing Party is not required to disclose employees who are paid solely through the Disclosing Party's regular payroll.

"Lobbyist" means any person or entity who undertakes to influence any legislative or administrative action on behalf of any person or entity other than: (1) a not-for-profit entity, on an unpaid basis, or (2) himself. "Lobbyist" also means any person or entity any part of whose duties as an employee of another includes undertaking to influence any legislative or administrative action.

If the Disclosing Party is uncertain whether a disclosure is required under this Section, the Disclosing Party must either ask the City whether disclosure is required or make the disclosure.

| Name (indicate whether retained or anticipated to be retained) | Business Address | Relationship to Disclosing Party (subcontractor, attorney, lobbyist, etc.) | Fees (indicate whether paid or estimated) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(Add sheets if necessary)

[X] Check here if the Disclosing party has not retained, nor expects to retain, any such persons or entities.


## 1.5  SECTION V -- CERTIFICATIONS


### A.  COURT-ORDERED CHILD SUPPORT COMPLIANCE

Under Municipal Code Section 2-92-415, substantial owners of business entities that contract with the City must remain in compliance with their child support obligations throughout the term of the contract.

Has any person who directly or indirectly owns 10% or more of the Disclosing Party been declared in arrearage on any child support obligations by any Illinois court of competent jurisdiction?

[ ] Yes          [ ] No          [X] No person owns 10% or more of the Disclosing Party.

If "Yes," has the person entered into a court-approved agreement for payment of all support owed and is the person in compliance with that agreement?

[ ] Yes          [ ] No



B.    FURTHER CERTIFICATIONS

1.    The Disclosing Party and, if the Disclosing Party is a legal entity, all of those persons or entities identified in Section II.B.1. of this EDS:

a.    are not presently debarred, suspended, proposed for debarment, declared ineligible or voluntarily excluded from any transactions by any federal, state or local unit of government;

b.    have not, within a five-year period preceding the date of this EDS, been convicted of a criminal offense, adjudged guilty, or had a civil judgment rendered against them in connection with: obtaining, attempting to obtain, or performing a public (federal, state or local) transaction or contract under a public transaction; a violation of federal or state antitrust statutes; fraud; embezzlement; theft; forgery; bribery; falsification or destruction of records; making false statements; or receiving stolen property;

c.    are not presently indicted for or otherwise criminally or civilly charged by a governmental entity (federal, state or local) with commission of any of the offenses enumerated in clause B.1.b. of this Section V;

d.    have not, within a five-year period preceding the date of this EDS, had one or more public transactions (federal, state or local) terminated for cause or default; and

e.    have not, within a five-year period preceding the date of this EDS, been convicted, adjudged guilty, or found liable in a civil proceeding, or in any criminal or civil action, including actions concerning environmental violations, instituted by the City or by the federal government, any state, or any other unit of local government.

2.    The certifications in subparts 2, 3 and 4 concern:

- the Disclosing Party;
- any "Applicable Party" (meaning any party participating in the performance of the Matter, including but not limited to any persons or legal entities disclosed under Section IV, "Disclosure of Subcontractors and Other Retained Parties");
- any "Affiliated Entity" (meaning a person or entity that, directly or indirectly: controls the Disclosing Party, is controlled by the Disclosing Party, or is, with the Disclosing Party, under common control of another person or entity. Indicia of control include, without limitation: interlocking management or ownership; identity of interests among family members, shared facilities and equipment; common use of employees; or organization of a business entity following the ineligibility of a business entity to do business with federal or state or local government, including the City, using substantially the same management, ownership, or principals as the ineligible entity); with respect to Applicable Parties, the term Affiliated Entity means a person or entity that directly or indirectly controls the Applicable Party, is controlled by it, or, with the Applicable Party, is under common control of another person or entity;

- any responsible official of the Disclosing Party, any Applicable Party or any Affiliated Entity or any other official, agent or employee of the Disclosing Party, any Applicable Party or any Affiliated Entity, acting pursuant to the direction or authorization of a responsible official of the Disclosing Party, any Applicable Party or any Affiliated Entity (collectively "Agents").

Neither the Disclosing Party, nor any Applicable Party, nor any Affiliated Entity of either the Disclosing Party or any Applicable Party nor any Agents have, during the five years before the date this EDS is signed, or, with respect to an Applicable Party, an Affiliated Entity, or an Affiliated Entity of an Applicable Party during the five years before the date of such Applicable Party's or Affiliated Entity's contract or engagement in connection with the Matter:

a.     bribed or attempted to bribe, or been convicted or adjudged guilty of bribery or attempting to bribe, a public officer or employee of the City, the State of Illinois, or any agency of the federal government or of any state or local government in the United States of America, in that officer's or employee's official capacity;

b.     agreed or colluded with other bidders or prospective bidders, or been a party to any such agreement, or been convicted  or adjudged guilty of agreement or collusion among bidders or prospective bidders, in restraint of freedom of competition by agreement to bid a fixed price or otherwise; or

c.     made an admission of such conduct described in a. or b. above that is a matter of record, but have not been prosecuted for such conduct; or

d.     violated the provisions of Municipal Code Section 2-92-610 (Living Wage Ordinance).

3.     Neither the Disclosing Party, Affiliated Entity or Applicable Party, or any of their employees, officials, agents or partners, is barred from contracting with any unit of state or local government as a result of engaging in or being convicted of (1) bid-rigging in violation of 720 ILCS 5/33E-3; (2) bid-rotating in violation of 720 ILCS 5/33E-4; or (3) any similar offense of any state or of the United States of America that contains the same elements as the offense of bid-rigging or bid-rotating.

4.     Neither the Disclosing Party nor any Affiliated Entity is listed on any of the following lists maintained by the Office of Foreign Assets Control of the U.S. Department of the Treasury or the Bureau of Industry and Security of the U.S. Department of Commerce or their successors: the Specially Designated Nationals List, the Denied Persons List, the Unverified List, the Entity List and the Debarred List.

5.     The Disclosing Party understands and shall comply with (1) the applicable requirements of the Governmental Ethics Ordinance of the City, Title 2, Chapter 2-156 of the Municipal Code; and (2) all the applicable provisions of Chapter 2-56 of the Municipal Code (Office of the Inspector General).

6.    If the Disclosing Party is unable to certify to any of the above statements in this Part B (Further Certifications), the Disclosing Party must explain below:

_____

_____

_____

_____

If the letters "NA," the word "None," or no response appears on the lines above, it will be conclusively presumed that the Disclosing Party certified to the above statements.

## C.    CERTIFICATION OF STATUS AS FINANCIAL INSTITUTION

For purposes of this Part C, under Municipal Code Section 2-32-455(b), the term "financial institution" means a bank, savings and loan association, thrift, credit union, mortgage banker, mortgage broker, trust company, savings bank, investment bank, securities broker, municipal securities broker, securities dealer, municipal securities dealer, securities underwriter, municipal securities underwriter, investment trust, venture capital company, bank holding company, financial services holding company, or any licensee under the Consumer Installment Loan Act, the Sales Finance Agency Act, or the Residential Mortgage Licensing Act. However, "financial institution" specifically shall not include any entity whose predominant business is the providing of tax deferred, defined contribution, pension plans to public employees in accordance with Sections 403(b) and 457 of the Internal Revenue Code. (Additional definitions may be found in Municipal Code Section 2-32-455(b).)

1.    CERTIFICATION

The Disclosing Party certifies that the Disclosing Party (check one)

        [ ] is                [x] is not

a "financial institution" as defined in Section 2-32-455(b) of the Municipal Code.

2.    If the Disclosing Party IS a financial institution, then the Disclosing Party pledges:

"We are not and will not become a predatory lender as defined in Chapter 2-32 of the Municipal Code. We further pledge that none of our affiliates is, and none of them will become, a predatory lender as defined in Chapter 2-32 of the Municipal Code. We understand that becoming a predatory lender or becoming an affiliate of a predatory lender may result in the loss of the privilege of doing business with the City."

If the Disclosing Party is unable to make this pledge because it or any of its affiliates (as defined in Section

2-32-455(b) of the Municipal Code) is a predatory lender within the meaning of Chapter 2-32 of the Municipal Code, explain here (attach additional pages if necessary):

_____

_____

_____

_____

If the letters "NA," the word "None," or no response appears on the lines above, it will be conclusively presumed that the Disclosing Party certified to the above statements.

D.  CERTIFICATION REGARDING INTEREST IN CITY BUSINESS

Any words or terms that are defined in Chapter 2-156 of the Municipal Code have the same meanings when used in this Part D.

1.    In accordance with Section 2-156-110 of the Municipal Code: Does any official or employee of the City have a financial interest in his or her own name or in the name of any other person or entity in the Matter?

[ ] Yes                    [X] No

**NOTE:**  If you checked "Yes" to Item D.1., proceed to Items D.2. and D.3.  If you checked "No" to Item D.1., proceed to Part E.

2.    Unless sold pursuant to a process of competitive bidding, or otherwise permitted, no City elected official or employee shall have a financial interest in his or her own name or in the name of any other person or entity in the purchase of any property that (i) belongs to the City, or (ii) is sold for taxes or assessments, or (iii) is sold by virtue of legal process at the suit of the City (collectively, "City Property Sale").  Compensation for property taken pursuant to the City's eminent domain power does not constitute a financial interest within the meaning of this Part D.

Does the Matter involve a City Property Sale?

[ ] Yes                    [X] No

3.    If you checked "Yes" to Item D.1., provide the names and business addresses of the City officials or employees having such interest and identify the nature of such interest:

| Name | Business Address | Nature of Interest |
|------|------------------|--------------------|
| | | |
| | | |
| | | |

4.    The Disclosing Party further certifies that no prohibited financial interest in the Matter will be acquired by any City official or employee.



E.     CERTIFICATION REGARDING SLAVERY ERA BUSINESS

The Disclosing Party has searched any and all records of the Disclosing Party and any and all predecessor entities for records of investments or profits from slavery, the slave industry, or slaveholder insurance policies from the slavery era (including insurance policies issued to slaveholders that provided coverage for damage to or injury or death of their slaves) and has disclosed in this EDS any and all such records to the City. In addition, the Disclosing Party must disclose the names of any and all slaves or slaveholders described in those records. Failure to comply with these disclosure requirements may make the Matter to which this EDS pertains voidable by the City.

Please check either 1. or 2. below. If the Disclosing Party checks 2., the Disclosing Party must disclose below or in an attachment to this EDS all requisite information as set forth in that paragraph 2.

__x_1.    The Disclosing Party verifies that (a) the Disclosing Party has searched any and all records of the Disclosing Party and any and all predecessor entities for records of investments or profits from slavery, the slave industry, or slaveholder insurance policies, and (b) the Disclosing Party has found no records of investments or profits from slavery, the slave industry, or slaveholder insurance policies and no records of names of any slaves or slaveholders.

____2.    The Disclosing Party verifies that, as a result of conducting the search in step 1(a) above, the Disclosing Party has found records relating to investments or profits from slavery, the slave industry, or slaveholder insurance policies and/or the names of any slaves or slaveholders. The Disclosing Party verifies that the following constitutes full disclosure of all such records:

_____

_____

_____

_____

## 1.6   SECTION VI -- CERTIFICATIONS FOR FEDERALLY-FUNDED MATTERS

**NOTE:** If the Matter is federally funded, complete this Section VI. If the Matter is not federally funded, proceed to Section VII.

A.     CERTIFICATION REGARDING LOBBYING

1.     List below the names of all persons or entities registered under the federal Lobbying Disclosure Act of 1995 who have made lobbying contacts on behalf of the Disclosing Party with respect to the Matter: (Begin list here, add sheets as necessary):

_____None_____

_____

_____

(If no explanation appears or begins on the lines above, or if the letters "NA" or if the word "None" appear, it will be conclusively presumed that the Disclosing Party means that NO persons or entities registered under the Lobbying Disclosure Act of 1995 have made lobbying contacts on behalf of the Disclosing Party with respect to the Matter.)

2.    The Disclosing Party has not spent and will not expend any federally appropriated funds to pay any person or entity listed in Paragraph A.1. above for his or her lobbying activities or to pay any person or entity to influence or attempt to influence an officer or employee of any agency, as defined by applicable federal law, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress, in connection with the award of any federally funded contract, making any federally funded grant or loan, entering into any cooperative agreement, or to extend, continue, renew, amend, or modify any federally funded contract, grant, loan, or cooperative agreement.

3.    The Disclosing Party will submit an updated certification at the end of each calendar quarter in which there occurs any event that materially affects the accuracy of the statements and information set forth in paragraphs A.1. and A.2. above.

If the Matter is federally funded and any funds other than federally appropriated funds have been or will be paid to any person or entity for influencing or attempting to influence an officer or employee of any agency (as defined by applicable federal law), a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with the Matter, the Disclosing Party must complete and submit Standard Form-LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions. The form may be obtained online from the federal Office of Management and Budget (OMB) web site at http://www.whitehouse.gov/omb/grants/sflllin.pdf,                    linked                    on                    the                    page http://www.whitehouse.gov/omb/grants/grants_forms.html.

4.    The Disclosing Party certifies that either: (i) it is not an organization described in section 501(c)(4) of the Internal Revenue Code of 1986; or (ii) it is an organization described in section 501(c)(4) of the Internal Revenue Code of 1986 but has not engaged and will not engage in "Lobbying Activities".

5.    If the Disclosing Party is the Applicant, the Disclosing Party must obtain certifications equal in form and substance to paragraphs A.1. through A.4. above from all subcontractors before it awards any subcontract and the Disclosing Party must maintain all such subcontractors' certifications for the duration of the Matter and must make such certifications promptly available to the City upon request.

B.    CERTIFICATION REGARDING EQUAL EMPLOYMENT OPPORTUNITY

If the Matter is federally funded, federal regulations require the Applicant and all proposed subcontractors to submit the following information with their bids or in writing at the outset of negotiations.

Is the Disclosing Party the Applicant?

[ ] Yes                          [ ] No

If "Yes," answer the three questions below:

1.    Have you developed and do you have on file affirmative action programs pursuant to applicable federal regulations? (See 41 CFR Part 60-2.)

[ ] Yes                          [ ] No

2.    Have you filed with the Joint Reporting Committee, the Director of the Office of Federal Contract Compliance Programs, or the Equal Employment Opportunity Commission all reports due under the applicable filing requirements?

[ ] Yes                          [ ] No

3.    Have you participated in any previous contracts or subcontracts subject to the equal opportunity clause?

[ ] Yes                          [ ] No

If you checked "No" to question 1. or 2. above, please provide an explanation:

_____

_____


## 1.7    SECTION VII -- ACKNOWLEDGMENTS, CONTRACT INCORPORATION, COMPLIANCE, PENALTIES, DISCLOSURE

The Disclosing Party understands and agrees that:


A.    By completing and filing this EDS, the Disclosing Party acknowledges and agrees, on behalf of itself and the persons or entities named in this EDS, that the City may investigate the creditworthiness of some or all of the persons or entities named in this EDS.


B.    The certifications, disclosures, and acknowledgments contained in this EDS will become part of any contract or other agreement between the Applicant and the City in connection with the Matter, whether procurement, City assistance, or other City action, and are material inducements to the City's execution of any contract or taking other action with respect to the Matter.   The Disclosing Party understands that it must comply with all statutes, ordinances, and regulations on which this EDS is based.


C.    The City's Governmental Ethics and Campaign Financing Ordinances, Chapters 2-156 and 2-164 of the Municipal Code, impose certain duties and obligations on persons or entities seeking City contracts, work, business, or transactions.    The full text of these ordinances and a training program is available on line at www.cityofchicago.org/Ethics, and may also be obtained from the City's Board of Ethics, 740 N. Sedgwick St., Suite 500, Chicago, IL 60610, (312) 744-9660. The Disclosing Party must comply fully with the applicable ordinances.

Page 11 of 13

D.    If the City determines that any information provided in this EDS is false, incomplete or inaccurate, any contract or other agreement in connection with which it is submitted may be rescinded or be void or voidable, and the City may pursue any remedies under the contract or agreement (if not rescinded, void or voidable), at law, or in equity, including terminating the Disclosing Party's participation in the Matter and/or declining to allow the Disclosing Party to participate in other transactions with the City.  Remedies at law for a false statement of material fact may include incarceration and an award to the City of treble damages.

E.    It is the City's policy to make this document available to the public on its Internet site and/or upon request. Some or all of the information provided on this EDS and any attachments to this EDS may be made available to the public on the Internet, in response to a Freedom of Information Act request, or otherwise.  By completing and signing this EDS, the Disclosing Party waives and releases any possible rights or claims which it may have against the City in connection with the public release of information contained in this EDS and also authorizes the City to verify the accuracy of any information submitted in this EDS.

F.    The information provided in this EDS must be kept current.  In the event of changes, the Disclosing Party must supplement this EDS up to the time the City takes action on the Matter.  If the Matter is a contract being handled by the City's Department of Procurement Services, the Disclosing Party must update this EDS as the contract requires.

The Disclosing Party represents and warrants that:

G.    The Disclosing Party has not withheld or reserved any disclosures as to economic interests in the Disclosing Party, or as to the Matter, or any information, data or plan as to the intended use or purpose for which the Applicant seeks City Council or other City agency action.

For purposes of the certifications in H.1. and H.2. below, the term "affiliate" means any person or entity that, directly or indirectly: controls the Disclosing Party, is controlled by the Disclosing Party, or is, with the Disclosing Party, under common control of another person or entity.  Indicia of control include, without limitation: interlocking management or ownership; identity of interests among family members; shared facilities and equipment; common use of employees; or organization of a business entity following the ineligibility of a business entity to do business with the federal government or a state or local government, including the City, using substantially the same management, ownership, or principals as the ineligible entity.

H.1.    The Disclosing Party is not delinquent in the payment of any tax administered by the Illinois Department of Revenue, nor are the Disclosing Party or its affiliates delinquent in paying any fine, fee, tax or other charge owed to the City.  This includes, but is not limited to, all water charges, sewer charges, license fees, parking tickets, property taxes or sales taxes.

H.2    If the Disclosing Party is the Applicant, the Disclosing Party and its affiliates will not use, nor permit their subcontractors to use, any facility on the U.S. EPA's List of Violating Facilities in connection with the Matter for the duration of time that such facility remains on the list.

H.3    If the Disclosing Party is the Applicant, the Disclosing Party will obtain from any contractors/subcontractors hired or to be hired in connection with the Matter certifications equal in form and substance to those in H.1. and H.2. above and will not, without the prior written consent of the City, use any such contractor/subcontractor that does not provide such certifications or that the Disclosing Party has reason to believe has not provided or cannot provide truthful certifications.

NOTE: If the Disclosing Party cannot certify as to any of the items in H.1., H.2. or H.3. above, an explanatory statement must be attached to this EDS.

## CERTIFICATION

Under penalty of perjury, the person signing below: (1) warrants that he/she is authorized to execute this EDS on behalf of the Disclosing Party, and (2) warrants that all certifications and statements contained in this EDS are true, accurate and complete as of the date furnished to the City.

Redflex Holdings Limited      Date: 9-23-08
(Print or type name of Disclosing Party)

By: *Karen Finley*
(sign here)

Karen Finley
(Print or type name of person signing)

Director
(Print or type title of person signing)

Signed and sworn to before me on (date) 9-23-08 , by Sandra Stevens at _____

Maricopa County, Arizona (state).

*Sandra L. Stevens* Notary Public.

Commission expires: 2/27/09 .

"OFFICIAL SEAL"
Sandra L. Stevens
Notary Public-Arizona
Maricopa County
My Commission Expires 2/27/2009

11/01/05 Version



# HUNTER HALL INTERNATIONAL LIMITED

ACN 059 300 426

Level 2, 60 Castlereagh Street, Sydney NSW 2000, Australia
Telephone: +61 2 8224 0300    Fax: +61 2 8224 0333

9th September 2008

Company Announcements Office
Australian Stock Exchange Limited
Level 5, 20 Bridge Street
Sydney NSW 2000

## RE:    NOTICE OF CHANGE OF INTERESTS OF SUBSTANTIAL HOLDER

Enclosed is an amended Form 604, Notice of Change of Interests of Substantial Shareholding for Redflex Holdings Limited lodged 5 September 2008.

The previous notice contained incorrect annexures, the form itself has not changed.

Yours sincerely,

**OUAFAA KARIM**
<u>Company Secretary</u>

**HUNTER HALL INVESTMENT MANAGEMENT LTD (A.C.N. 063 081 612)**
**ANNEXURES TO FORM 604**
**Redflex Holdings Limited**

**ANNEXURE A:**

Hunter Hall Investment Management Limited (A.C.N. 063 081 612)
Hunter Hall International Limited (A.C.N. 059 300 426)
Hunter Hall Global Value Limited (A.C.N. 107 462 966)
Hampshire Assets and Services Pty Ltd (A.C.N. 059 790 395)
Peter James Hall

**ANNEXURE B:**

Person whose relevant interest changed:

Hunter Hall Investment Management Limited
Hunter Hall International Limited
Hunter Hall Global Value Limited
Hampshire Assets and Services Pty Ltd
Peter James Hall

| Date of Change | Nature of Change | Class of shares Affected | No. of Shares Affected | Consideration Given in Relation to Change AUD | Cumulative |
|---|---|---|---|---|---|
| 09/07/2008 | BUY | ORD | 4884 | 10899.33 | 6,308,006 |
| 10/07/2008 | BUY | ORD | 4678 | 10262.25 | 6,312,684 |
| 29/07/2008 | BUY | ORD | 416450 | 1027617.23 | 6,729,134 |
| 29/07/2008 | BUY | ORD | 120597 | 297580.88 | 6,849,731 |
| 13/08/2008 | BUY | ORD | 154000 | 401631.23 | 7,003,731 |
| 13/08/2008 | BUY | ORD | 10000 | 26079.95 | 7,013,731 |
| 13/08/2008 | BUY | ORD | 40000 | 104319.8 | 7,053,731 |
| 02/09/2008 | BUY | ORD | 390000 | 1017118.05 | 7,443,731 |
| 02/09/2008 | BUY | ORD | 50000 | 130399.75 | 7,493,731 |
| 02/09/2008 | BUY | ORD | 60000 | 156479.7 | 7,553,731 |
| | | | | | |

| Balance held as at 2 September 2008 | | | | | **7,553,731** |
|---|---|---|---|---|---|
| *% held as at 2 September 2008 | | | | | 8.37% |

*Based on 90,260,490 shares on issue.

**ANNEXURE C:**

| Holder of Relevant Interest | Person registered and entitled to be Registered as Holder | Nature of relevant Interest | Class and Number of Shares |
|---|---|---|---|
| Hunter Hall Investment Management Ltd | BNP Paribas Fund Services Australasia Pty Ltd as the Custodian of the Hunter Hall Value Growth Trust, Hunter Hall Australian Value Trust and Hunter Hall Global Value Limited | Hunter Hall Investment Management Limited has the power to control the exercise of the right to vote attached to the shares, and the power to exercise control over the disposal of shares as Responsible Entity of the Hunter Hall Value Growth Trust (5,421,362 Ord Shares), Hunter Hall Australian Value Trust (430,000 Ord Shares) and Hunter | 7,553,731 ORD |

1

604    page 1/2  15 July 2001

# Form 604

**Corporations Act 2001**

**Section 671B**

# Notice of change of interests of substantial holder

| | |
|---|---|
| To_  Company Name/Scheme | Redflex Holdings Limited |
| ACN/ARSN | 069 308 216 |

### 1. Details of substantial holder(1)

| | |
|---|---|
| Name | SEE ANNEXURE 'A' ATTACHED TO THIS FORM |
| ACN/ARSN (if applicable) | |

| | |
|---|---|
| There was a change in the interests of the substantial holder on | 02 /09 /2008 |
| The previous notice was given to the company on | 09 /07/ 2008 |
| The previous notice was dated | 09 /07/ 2008 |

### 2.  Previous and present voting power

The total number of votes attached to all the voting shares in the company or voting interests in the scheme that the substantial holder or an associate (2) had a relevant interest (3) in when last required, and when now required, to give a substantial holding notice to the company or scheme, are as follows:

| Class of securities (4) | Previous notice | | Present notice | |
|---|---|---|---|---|
| | Person's votes | Voting power (5) | Person's votes | Voting power (5) |
| ORD SHARES | 6,303,122 | 6.98% | 7,553,731 | 8.37% |
| | | | | |

### 3.  Changes in relevant interests

Particulars of each change in, or change in the nature of, a relevant interest of the substantial holder or an associate in voting securities of the company or scheme, since the substantial holder was last required to give a substantial holding notice to the company or scheme are as follows:

| Date of change | Person whose relevant interest changed | Nature of change (6) | Consideration given in relation to change (7) | Class and number of securities affected | Person's votes affected |
|---|---|---|---|---|---|
| REFER TO | ANNEXURE 'B' | | | | |
| | | | | | |
| | | | | | |

### 4.  Present relevant interests

Particulars of each relevant interest of the substantial holder in voting securities after the change are as follows:

| Holder of relevant interest | Registered holder of securities | Person entitled to be registered as holder (8) | Nature of relevant interest (6) | Class and number of securities | Person's votes |
|---|---|---|---|---|---|
| REFER TO | ANNEXURE 'C' | | | | |
| | | | | | |
| | | | | | |

**5. Changes in association**

The persons who have become associates (2) of, ceased to be associates of, or have changed the nature of their association (9) with, the substantial holder in relation to voting interests in the company or scheme are as follows:

| Name and ACN/ARSN (if applicable) | Nature of association |
|---|---|
| N/A | |
| | |

**6. Addresses**

The addresses of persons named in this form are as follows:

| Name | Address |
|---|---|
| REFER TO ANNEXURE 'D' | |
| | |

## Signature

print name  OUAFAA KARIM                    capacity  COMPANY SECRETARY

**sign here**                                date  04 / 09 / 2008

## DIRECTIONS

(1)    If there are a number of substantial holders with similar or related relevant interests (eg. a corporation and its related corporations, or the manager and trustee of an equity trust), the names could be included in an annexure to the form. If the relevant interests of a group of persons are essentially similar, they may be referred to throughout the form as a specifically named group if the membership of each group, with the names and addresses of members is clearly set out in paragraph 6 of the form.

(2)    See the definition of "associate" in section 9 of the Corporations Act 2001.

(3)    See the definition of "relevant interest" in sections 608 and 671B(7) of the Corporations Act 2001.

(4)    The voting shares of a company constitute one class unless divided into separate classes.

(5)    The person's votes divided by the total votes in the body corporate or scheme multiplied by 100.

(6)    Include details of:

   (a)    any relevant agreement or other circumstances because of which the change in relevant interest occurred. If subsection 671B(4) applies, a copy of any document setting out the terms of any relevant agreement, and a statement by the person giving full and accurate details of any contract, scheme or arrangement, must accompany this form, together with a written statement certifying this contract, scheme or arrangement; and

   (b)    any qualification of the power of a person to exercise, control the exercise of, or influence the exercise of, the voting powers or disposal of the securities to which the relevant interest relates (indicating clearly the particular securities to which the qualification applies).

   See the definition of "relevant agreement" in section 9 of the Corporations Act 2001.

(7)    Details of the consideration must include any and all benefits, money and other, that any person from whom a relevant interest was acquired has, or may, become entitled to receive in relation to that acquisition. Details must be included even if the benefit is conditional on the happening or not of a contingency. Details must be included of any benefit paid on behalf of the substantial holder or its associate in relation to the acquisitions, even if they are not paid directly to the person from whom the relevant interest was acquired.

(8)    If the substantial holder is unable to determine the identity of the person (eg. if the relevant interest arises because of an option) write "unknown".

(9)    Give details, if appropriate, of the present association and any change in that association since the last substantial holding notice.

| | Bank of Ireland as the Custodian of the Hunter Hall International Ethical Fund. | Hall Global Deep Green Trust (70,000 Ord) and as Investment Manager for Hunter Hall Global Value Limited (1,480,000) Ord Shares) and the Hunter Hall International Ethical Fund (152,369 Ord Shares) | |
| --- | --- | --- | --- |
| Hunter Hall International | As above | Hunter Hall International Ltd has a relevant interest in the said shares, as it wholly owns Hunter Hall Investment Management Limited. | As above |
| Hampshire Assets And Services Pty Ltd | As above | Hampshire Assets And Services Pty Ltd has a relevant interest in the said shares as it owns 45.53% of Hunter Hall International Ltd. | As above |
| Peter James Hall | As above | Peter Hall owns 100% of Hampshire Assets And Services Pty Ltd. | As above |
| Hunter Hall Global Value Limited | As above | Hunter Hall Global Value Limited is the listed investment company managed by Hunter Hall Investment Management Limited. | 1,480,000 ORD |

**ANNEXURE D:**

| NAME | ADDRESS |
| --- | --- |
| Hunter Hall International Limited | Level 2, 60 Castlereagh Street SYDNEY NSW 2000 |
| Hunter Hall Investment Management Limited | Level 2, 60 Castlereagh Street SYDNEY NSW 2000 |
| Hunter Hall Global Value Limited | Level 2, 60 Castlereagh Street SYDNEY NSW 2000 |
| Hampshire Assets And Services Pty Ltd | Level 2, 60 Castlereagh Street SYDNEY NSW 2000 |
| Peter James Hall | Level 4, 53 Frith Street, Soho, London W1D 4SN, United Kingdom |

**These 2 pages comprise the Annexures A to D referred to in the Form 604, Notice of change of interests of substantial holder.**

Signed

Ouafaa Karim
Company Secretary
Hunter Hall International Limited
Dated 4 September 2008

2

604 page 1/2 30 JUN 08

# Form 604

## Corporations Law

### Section 671B

## Notice of change of interests of substantial holder

| | | |
|---|---|---|
| To | Company Name/Scheme | REDFLEX HOLDINGS LIMITED |
| | ACN/ARSN | |

**1. Details of substantial holder (1)**

| | |
|---|---|
| Name | Renaissance Smaller Companies Pty Ltd |
| ACN/ARSN (if applicable) | 103 874 102 |

| | |
|---|---|
| There was a change in the interests of the substantial holder on | 27/06/08 |
| The previous notice was given to the company on | 23/08/07 |
| The previous notice was dated | 16/08/07 |

**2. Previous and present voting power**

The total number of votes attached to all the voting shares in the company or voting interests in the scheme that the substantial holder or an associate (2) had a relevant interest (3) in when last required, and when now required, to give a substantial holding notice to the company or scheme, are as follows:

| Class of securities (4) | Previous notice | | Present notice | |
|---|---|---|---|---|
| | Person's votes | Voting power (5) | Person's votes | Voting power (5) |
| FPO | 8,145,077 | 9.15%* | 10,046,321 | 11.130%* |
| | | | | |

*BASED ON ISSUED CAPITAL OF 90,260,489 SHARES

**3. Changes in relevant interests**

Particulars of each change in, or change in the nature of, a relevant interest of the substantial holder or an associate in voting securities of the company or scheme, since the substantial holder was last required to give a substantial holding notice to the company or scheme are as follows:

| Date of change | Person whose relevant interest changed | Nature of change (6) | Consideration given in relation to change (7) | Class and number of securities affected | Person's votes affected |
|---|---|---|---|---|---|
| 27/06/08 | Renaissance Smaller Companies Pty Ltd | Acquisition of 916,623 shares | $1,978,327 | 916,623 FPO | 916,623 |
| | | | | | |
| | | | | | |

**4. Present relevant interests**

Particulars of each relevant interest of the substantial holder in voting securities after the change are as follows:

| Holder of relevant interest | Registered holder of securities | Person entitled to be registered as holder (8) | Nature of relevant interest (6) | Class and number of securities | Person's votes |
|---|---|---|---|---|---|
| See Schedule 1 | | | | | |
| | | | | | |
| | | | | | |

5.   **Changes in association**

The persons who have become associates (2) of, ceased to be associates of, or have changed the nature of their association (9) with, the substantial holder in relation to voting interests in the company or scheme are as follows:

| Name and ACN/ARSN (if applicable) | Nature of association |
|---|---|
| Not Applicable | |
| | |

6.   **Addresses**

The addresses of persons named in this form are as follows:

| Name | Address |
|---|---|
| Renaissance Smaller Companies Pty Ltd | Level 11, 95 Pitt St Sydney NSW 2000 |
| | |

## Signature

| print name | David Fleming | capacity | Director |
|---|---|---|---|
| sign here | | date | 30 / 06 / 08 |

### DIRECTIONS

(1)   If there are a number of substantial holders with similar or related relevant interests (eg. a corporation and its related corporations, or the manager and trustee of an equity trust), the names could be included in an annexure to the form. If the relevant interests of a group of persons are essentially similar, they may be referred to throughout the form as a specifically named group if the membership of each group, with the names and addresses of members is clearly set out in paragraph 6 of the form.

(2)   See the definition of 'associate' in section 9 of the *Corporations Law*.

(3)   See the definition of 'relevant interest' in sections 608 and 671B(7) of the *Corporations Law*.

(4)   The voting shares of a company constitute one class unless divided into separate classes.

(5)   The person's votes divided by the total votes in the body corporate or scheme multiplied by 100.

(6)   Include details of:

(a)   any relevant agreement or other circumstances because of which the change in relevant interest occurred. If subsection 671B(4) applies, a copy of any document setting out the terms of any relevant agreement, and a statement by the person giving full and accurate details of any contract, scheme or arrangement, must accompany this form, together with a written statement certifying this contract, scheme or arrangement; and

(b)   any qualification of the power of a person to exercise, control the exercise of, or influence the exercise of, the voting powers or disposal of the securities to which the relevant interest relates (indicating clearly the particular securities to which the qualification applies).

See the definition of 'relevant agreement' in section 9 of the *Corporations Law*.

(7)   Details of the consideration must include any and all benefits, money and other, that any person from whom a relevant interest was acquired has, or may, become entitled to receive in relation to that acquisition. Details must be included even if the benefit is conditional on the happening or not of a contingency. Details must be included of any benefit paid on behalf of the substantial holder or its associate in relation to the acquisitions, even if they are not paid directly to the person from whom the relevant interest was acquired.

(8)   If the substantial holder is unable to determine the identity of the person (eg if the relevant interest arises because of an option) write 'unknown'.

(9)   Give details, if appropriate, of the present association and any change in that association since the last substantial holding notice.

**Schedule 1 - Renaissance Smaller Companies Pty Ltd change in substantial holding for REDFLEX HOLDINGS LIMITED**

## 4. Present relevant interest

| Holder of relevant Interest | Registered Holder of securities | Person entitled to be registed as holder | Nature of relevant interest | Class and no. of securities | Persons votes |
|---|---|---|---|---|---|
| Renaissance Smaller Companies Pty Ltd | JP Morgan Nominees Australia Ltd | JP Morgan Nominees Australia Ltd | Investment Manager | 3,710,182 | 3,710,182 |
| Renaissance Smaller Companies Pty Ltd | National Nominees Ltd | National Nominees Ltd | Investment Manager | 3,639,344 | 3,639,344 |
| Renaissance Smaller Companies Pty Ltd | ANZ Nominees Ltd | ANZ Nominees Ltd | Investment Manager | 1,004,576 | 1,004,576 |
| Renaissance Smaller Companies Pty Ltd | RBC Global Services Australia Pty Ltd | RBC Global Services Australia Pty Ltd | Investment Manager | 703,153 | 703,153 |
| Renaissance Smaller Companies Pty Ltd | Cogent Nominees | Cogent Nominees | Investment Manager | 989,066 | 989,066 |

10,046,321



**REDFLEX**
TRAFFIC SYSTEMS

October 2, 2008

Mr. Joseph Chan
City Hall - Room 403
Dept. of Procurement Services
121 North LaSalle
Chicago, IL 60602

Dear Joe:

Our current list of 20 largest shareholders was compiled on August 29, 2008. This is a required disclosure in our Annual Report under the Australian Corporations Act 2001, Section 671B.

One of the listing requirements within Australia is that companies and individuals are required to lodge a Notice of Substantial Shareholding where they hold more than 5% of the voting rights and relevant interests within a listed company. They are required to update that notification for subsequent changes of 1% in their holdings. The listing of the 20 largest shareholders includes three custodian entities which hold shares on behalf of investors. They are:

| | |
|---|---|
| National Nominees Limited | 9.62% |
| Cogent Nominees Pty Limited | 9.39% |
| JP Morgan Nominees Australia Limited. | 8.70% |

The fact they have not lodged Substantial Shareholder notices is evidence of the fact that they do not have control of the voting rights of those shares. They hold the shares on behalf of a number of investors. In the case of JP Morgan, we understand they hold a large number of shares on behalf of Renaissance. Similarly Hunter Hall shares are largely held by Cogent Nominees as nominee.

In our previous discussions with the City of Chicago Procurement Officer and the City Attorney, we established that we only need an EDS on beneficial, not relevant interest holdings. Accordingly there is no requirement for an EDS on these three entities. If we exclude these entities there are only three investors who have filed Substantial Shareholder notices. They are:

| | |
|---|---|
| Renaissance Smaller Companies Pty Ltd | 11.13% |
| Thorney Holdings Pty Limited | 7.47% |
| Hunter Hall Investment Management Limited | 6.98% |

**Arizona (Corporate Office)**
N. 23rd Avenue
Phoenix, AZ 85085-1854
Tel: 623-207-2000
Fax: 623-207-2052

**California**
6076 Bristol Parkway
Culver City, CA 90230
Tel: 310-6420470
Fax: 310- 6420142



**REDFLEX**
TRAFFIC SYSTEMS

The Thorney structure has been proven to be broken down into 2 separate discretionary trusts and is now below the 7.5% level for the EDS anyway.

The Hunter Hall Investment limited Group has filed a Notice of Change of Interests of a Substantial Shareholder on 9 September 2008 taking them up to an 8.37% holding. Hunter Hall is also a listed public company in Australia and as such has a significant number of shareholders. Their holding is spread across a number of funds, none of which hold more than 7.5% of voting shares on issue. I have attached a copy of their filing to evidence this.

With regard to the Renaissance smaller companies Pty Limited Holdings we previously established that Renaissance is a fund manager who invests in equities on behalf of the larger superannuation funds in Australia. They are allocated pools of funds to invest and manage on behalf of a number of funds. I have attached a copy of the company profile showing their investment philosophy to demonstrate there is no direct beneficial interest for any one individual. I believe this is the same website address given to the City for review as part of our telephone conference call last time. They accepted this last time and apart from an increased holding nothing has changed from those previous representations. Accordingly, I don't believe there is a requirement for any of these entities to complete an EDS.

I would be happy to be available for a conference call with the City if they would like.

Best Regards,

Michael S. Browne
Chief Financial Officer
Redflex Traffic Systems, Inc.

**Arizona (Corporate Office)**
N. 23rd Avenue
Phoenix, AZ 85085-1854
Tel: 623-207-2000
Fax: 623-207-2052

**California**
6076 Bristol Parkway
Culver City, CA 90230
Tel: 310-6420470
Fax: 310- 6420142