# EXHIBIT 27

# Modification Summary Report

**Contract (PO) Number:** 18031

**Modification Revision Number:** 2

**Specification Number:** 65611

**Name of Contractor:** REDFLEX TRAFFIC SYSTEMS INC.

**City Department:** CHICAGO DEPARTMENT OF TRANSPORTATION

**Title of Contract:** RED LIGHT CAMERA TRAFFIC SYSTEM EQUIPMENT MAINTENANCE, SUPPORT AND REPAIRS (INCLUDING REPLACEMENT)

| Mod Req Number | Mod Reason | Description |
|---|---|---|
| 80295 | | SIX MONTHS TIME EXTENSION FOR REDFLEX TRAFFIC SYSTEMS INC. - RED LIGHT CAMERA TRAFFIC SYSTEM EQUIPMENT MAINTENANCE, SUPPORT AND REPAIRS (INCLUDING REPLACEMENT) & VENDOR LIMIT INCREASE FOR $3,600,000.00 - PO NO. 18031 - SPEC. NO. 65611 |

**Term of Contract:** **Start Date:** 2/1/2008

**End Date:** 1/31/2014

**Procurement Services Contact Person:** JOSEPH CHAN

*Please refer to the DPS website for Contact information under "Doing Business With The City".*

**Vendor Number: 50065408**

**Submission Date:**

8.9.13

Specification No.    65611
Contract (P.O.) No.    18031 ("**Agreement**")
Amendment No.    2
Vendor No.    50065408A
Mod Requisition No.    80295

## AMENDMENT NO. 2

This amendment ("**Amendment**") is made and entered into effective as of the _31ˢᵗ_ day of _July_, 2013 by and between the CITY OF CHICAGO ("**City**"), a municipal corporation and home rule unit of local government existing under the Constitution of the State of Illinois, acting through its Chicago Department of Transportation ("**Department**"), at Chicago, Illinois, and Redflex Traffic Systems, Inc., ("**Contractor**"), an Delaware corporation with its principal place of business at 23751 N. 23ʳᵈ Avenue, Suite 150, Phoenix, Arizona 85085.

Whereas, the City and Contractor have heretofore entered into an agreement for "Redflex Traffic System Equipment Maintenance & Support Services" for the City of Chicago Department of Transportation (hereinafter referred to as the "Agreement") whereby Contractor provides certain equipment delivery, installation, maintenance, and operation services described in the Agreement ("Services") therein set forth for the City; and

The parties agree as follows:

## TERMS AND CONDITIONS

    **1.**    **Amendment 1, Section 2 referencing the Agreement, Article 3, Duration of Agreement, Section 3.1, Term of Performance** is amended pursuant to Sections 3.3 and Section 9.3 of the Agreement, the term shall be extended to January 31, 2014 (the "Extended Term").

    **2.**    **Amendment 1, Section 4 referencing the Agreement Article 4, Compensation, Section 4.3, Funding,** is deleted in its entirety and replaced with the following:

"4.3    Funding

The source of funds for payment made pursuant to this Agreement is Fund number 007-0100-058-4140-0162-220162 and 012-0400-084-2015-0140-220140 or any other funds appropriated. The maximum funding increase from fund number 013-0400-084-2015-0140-220140 is $3,600,000.00 under this Amendment. Payments under this Agreement must not exceed $39,309,090.00 without a written amendment in accordance with Section 9.3. Funding for this Agreement is subject to the availability of funds and their appropriation by the City Council of the City.

3.     **Amendment 1, Section 9 referencing the Agreement Article 6, Compliance with All Laws, Section 6.6, Chicago "Living Wage" Ordinance, Subsection (c) is deleted in its entirety and replaced with the following:**

"(c)     As of July 1, 2008 the Base Wage was $10.60 per hour. As of July 1, 2009, the Base Wage was $11.03 per hour. As of July 1, 2010, the Base Wage was $11.03 per hour. As of July 1, 2011, the Base Wage was $11.18 per hour. As of July 1, 2012, the Base Wage was $11.53 per hour. As of July 1, 2013, the Base Wage was $11.78 per hour and each July 1 thereafter, the Base Wage will be adjusted using the most recent federal poverty guidelines for a family of four as published annually by the U.S. Department of Health and Human Services, to constitute the following: the poverty guidelines for a family of four divided by 2000 hours or the current base wage, whichever is higher. The currently applicable Base Wage is available from the Department of Procurement Services. At all times during the term of this Agreement, Contractor and all other Performing Parties must pay the Base Wage (as adjusted in accordance with the above). If the payment of prevailing wages is required for Services done under this Agreement, and the prevailing wages for Covered Employees are higher than the Base Wage, then Contractor and all other Performing Parties must pay the prevailing wage rates."

4.     **Acknowledgement.** Contractor has executed Special Conditions Regarding Minority and Women Business Enterprise Commitment Schedules C-1 and D-1, an online Economic Disclosure Statement and Affidavit (EDS) Certificate of Filing and provided an Insurance Certificate, copies of which are attached to this Amendment as Exhibit 1, Exhibit 2, and Exhibit 3 respectively and incorporated here by reference.

The terms of the Agreement remain in full force and effect except as modified in this Amendment.

## AMENDMENT SIGNATURE PAGE

Contract No. 18031

Specification No. 65611

Mod Requisition No. 80295

Contractor Name: Redflex Traffic Systems, Inc.

Total Amount (Value): $39,309,090.00

Fund Chargeable:    007-0100-058-4140-0162-220162 ($32,109,090.00)
                    012-0400-084-2015-0140-220140 ($3,600,000.00)
                    013-0400-084-2015-0140-220140 ($3,600,000.00)

**REFLEX TRAFFIC SYSTEMS, INC.**
(Contractor)

By: _James A. Saunders_

Its: _President / CFO_

Attest: _Virginia O'Malley_

State of _Arizona_
County of _Maricopa_

This instrument was acknowledged before me on this _30_ day of _July_, 20_13_ by _James Saunders_ as President (or other authorized officer) and _Virginia O'Malley_ as Secretary of _Redflex Traffic_ (Corporation Name).

_Sandra L. Stevens_
Notary Public Signature

Commission Expires: _2/27/17_

(Seal)
Sandra L Stevens
Notary Public
Maricopa County, Arizona
My Comm. Expires 02-27-2017

**CITY OF CHICAGO**

_Rahm Emanuel_

Mayor                                    Date

_____                    7/31/13
Comptroller                              Date

_____      JUL 3 1 2013
Chief Procurement Officer          Date

The Chief Procurement Officer has determined, on behalf of the City of Chicago, with regard to this Contract Amendment, that the circumstances said to necessitate the change in performance were not reasonably foreseeable at the time the Agreement was signed, or that the change is germane to the original Agreement as signed, or that the change order is in the best interest of the City of Chicago and is authorized by law.

**Exhibit 1**

**Special Conditions Regarding Minority and Women Business Enterprise Commitment,
Schedule C-1 and D-1**

## Affidavit of MBE/WBE Goal Implementation Plan

Project Name : Digital Automated Red Light Enforcement Program

State of **Illinois**

County (City) of **Cook (Chicago)**

I HEREBY DECLARE AND AFFIRM that I am duly authorized representative of:

**Redflex Traffic Systems**

Name of Prime Contractor

and that I have personally reviewed the material and facts set forth herein describing our proposed plan to achieve the MBE/WBE goals of this contract.

All MBE/WBE firms included in this plan have been certified as such by the City of Chicago (Letters of Certification Attached).

I.   MBE or WBE Prime Contractor. If prime Contractor is a certified MBE or WBE firm, attach copy of City of Chicago Letter of Certification. (Certification of the prime Contractor as a MBE satisfies the MBE goal only. Certification of the prime Contractor as a WBE satisfies the WBE goal only.)

II.   MBEs and WBEs as Joint Venturers. If prime Contractor is a joint venture and one or more joint venture partners are certified MBEs or WBEs, attach copies of Letters of Certification and a copy of Joint Venture Agreement clearly describing the role of the MBE/WBE firm(s) and its ownership interest in the joint venture.

III.   MBE/WBE SubContractors. Complete for each MBE/WBE subconsultant/subcontractor/supplier.

1.   Name of MBE/WBE: **City Lights (direct participation)**

Address: **9993 Virginia Ave, Chicago Ridge, IL 60415**

Contact Person: **John Candelaria**      Phone: **708-581-7119**

Dollar Amount of Participation $ **650,000 per year**

Percent Amount of Participation: **9.06** %

2.   Name of MBE/WBE: **Gandhi and Associates (direct participation)**

Address: **6035 N Northwest Hwy #305, Chicago, IL**

Contact Person: **PK Gandhi**      Phone: **773-744-5910**

Dollar Amount of Participation $ **50,000 per year**

Percent Amount of Participation: **70** %

3.   Name of MBE/WBE: **BPS Staffing**

Address: **134 N LaSalle, Suite 1125, Chicago, IL 60601**

Contact Person: Tamerra Buckhanan  Phone: 312-920-6711

Dollar Amount of Participation $ 310,000 per year

Percent Amount of Participation: 5.00 %

4. Name of MBE/WBE: City Lights (indirect participation)

Address: 9993 Virgina Ave, Chicago, Ridge, IL 60415

Contact Person: John Candelaria  Phone: 708-581-7119

Dollar Amount of Participation $ 1,000,000 per year

Percent Amount of Participation: 13.94 %

5. Name of MBE/WBE: Gandhi and Associates (indirect participation)

Address: 6035 N Northwest Hwy #305, Chicago, IL 60631

Contact Person: PK Gandhi  Phone: 773-774-5910

Dollar Amount of Participation $ 95,000 per year

Percent Amount of Participation: 1.32 %

6. Name of MBE/WBE:_____

Address:_____

Contact Person:_____  Phone:_____

Dollar Amount of Participation $_____

Percent Amount of Participation:_____%

7. Name of MBE/WBE:_____

Address:_____

Contact Person:_____  Phone:_____

Dollar Amount of Participation $_____

Percent Amount of Participation:_____%

8. Attach additional sheets as needed.

IV.      Summary of MBE Proposal:

| MBE Firm Name | Dollar Amount of Participation | Percent Amount of participation |
|---|---|---|
| City Lights, Ltd (direct) | $ DUR | est 9.06 % |
| Gandhi & Assoc (direct) | $ DUR | est .70 % |
| City Lights, Ltd (indirect) | $ DUR | est .13.94 % |
| Gandhi & Assoc (indirect) | $ DUR | est 1.32 % |
|  | $ | % |
| Total MBE Participation: | $ DUR | est 25.02 % |

V. Summary of WBE Proposal:

| WBE Firm Name | Dollar Amount of Participation | Percent Amount of participation |
|---|---|---|
| BPS Staffing | $ DUR | est 5.00 % |
|  | $ | % |
|  | $ | % |
|  | $ | % |
|  | $ | % |
| Total WBE Participation: | $ DUR | est 5.00 % |

To the best of my knowledge, information and belief, the facts and representations contained in this Schedule are true, and no material facts have been omitted.

The contractor designates the following person as their MBE/WBE Liaison Officer:

Name _____ Phone Number: _____

I do solemnly declare and affirm under penalties of perjury that the contents of the foregoing document are true and correct, and that I am authorized, on behalf of the contractor, to make this affidavit.

_____
Signature of Affiant (Date)

State of _Arizona_____
County of _Maricopa_____

This instrument was acknowledged before me on ___7/30/13_____ (date)
by _James S. Sanchez_____ (name /s of person/s)
as _President CFO_____ (type of authority, e.g., officer, trustee, etc.)
of _RedFlex Traffic Systems_____ (name of party on behalf of whom
     instrument
was executed).

Seal — Sandra L. Stevens
Notary Public
Maricopa County, Arizona
My Comm. Expires 02-27-2017

_____
Signature of Notary Public

Page 3 of 3

**SCHEDULE C-1**
## Letter of Intent from MBE/WBE to Perform as
## Subcontractor, Supplier and/or Consultant

Name of Project/Contract: **Digital Automated Red Light Enforcement Program**

Specification Number: **65611**

From: City Lights, Ltd.
(Name of MBE/WBE Firm)

MBE:  Yes _X_ No _____
WBE:  Yes _X_ No _____

To: Redflex Traffic Systems, Inc. _____ and the City of Chicago:
(Name of Prime Contractor - Bidder/Proposer)

The undersigned intends to perform work in connection with the above projects as a:

_____ Sole Proprietor          _X_ Corporation
_____ Partnership              _____ Joint Venture

The MBE/WBE status of the undersigned is confirmed by the attached letter of Certification from the City of Chicago effective date of _May 1, 2012_ to _May 1, 2017_ for a period of five years.

The undersigned is prepared to provide the following described services or supply the following described goods in connection with the above named project/contract:
Maintenance, relocations, knockdown support and construction services as required.
_____
_____
_____

The above described performance is offered for the following price and described terms of payment:
To be priced as project requires.
_____
_____
_____

If more space is needed to fully describe the MBE/WBE firm's proposed scope of work and/or payment schedule, attach additional sheets.

The undersigned will enter into a formal written agreement for the above work with you as a Prime Contractor, conditioned upon your execution of a contract with the City of Chicago, and will do so within (3) three working days of receipt of a signed contract from the City of Chicago.

X _____
(Signature of Owner or Authorized Agent)

Jacqueline Hoffman/President
Name /Title (Print)

July 25, 2013
Date

773-626-9162
Phone

Rev. 9/03

Page 1 of 1



### DEPARTMENT OF PROCUREMENT SERVICES

**MAY 1 1 2012**  CITY OF CHICAGO

Jacqueline Hoffman
City Lights, Ltd.
9993 Virginia Ave.
Chicago Ridge, Illinois 60415

## Annual Certificate Expires: May 1, 2013

Dear Ms. Hoffman:

We are pleased to inform you that City Lights, Ltd. has been certified as a Minority Business Enterprise (MBE)/Women Business Enterprise (WBE) by the City of Chicago. This MBE/WBE certification is valid until May 1, 2017; however your firm must be re-validated annually.

As a condition of continued certification during this five year period, you must file an annual No-Change Affidavit. Your firm's **No Change Affidavit is due by May 1, 2013**. Please remember, you have an affirmative duty to file your No-Change Affidavit 60 days prior to the date of expiration. Therefore, you must file your **No-Change Affidavit by March 1, 2013.**

It is important to note that you also have an ongoing affirmative duty to notify the City of Chicago of any changes in ownership or control of your firm, or any other fact affecting your firm's eligibility for certification within **10 days** of such change. These changes may include but are not limited to a change of address, change of business structure, change in ownership or ownership structure, change of business operations, and/or gross receipts that exceed the program threshold.

Please note – you shall be deemed to have had your certification lapse and will be ineligible to participate as a MBE/WBE if you fail to:

- file your No Change Affidavit within the required time period;
- provide financial or other records requested pursuant to an audit within the required time period; or
- notify the City of any changes affecting your firm's certification within 10 days of such change.

121 NORTH LASALLE STREET, ROOM 403, CHICAGO, ILLINOIS 60602

Page 2 of 2
City Lights, Ltd.

Further, if you or your firm is found to be involved in certification, bidding and/or contractual fraud or abuse, the City will pursue decertification and debarment. And in addition to any other penalty imposed by law, any person who knowingly obtains, or knowingly assists another in obtaining, a contract with the city by falsely representing that the individual or entity, or the individual or entity assisted, is a minority-owned business or a woman-owned business, is guilty of a misdemeanor, punishable by incarceration in the county jail for a period not to exceed six months or a fine of not less than $5,000.00 and not more than $10,000, or both.

Your firm's name will be listed in the City's Directory of Minority and Women-Owned Business Enterprises in the specialty area(s) of:

**NAICS – 237310 – Highway, Street and Bridge Construction**
**NAICS – 237130 – Power and Communication Line Related Structures**

Your firm's participation on City contracts will be credited only toward Minority Owned Business Enterprise (MBE)/Women Business Enterprise (WBE) goals in your area(s) of specialty. While your participation on City contracts is not limited to your specialty, credit toward goals will be given only for work done in the specialty category.

Thank you for your continued interest in the City's Minority and Women-Owned Business Enterprise (MBE/WBE) Program.

Sincerely,

Jamie L. Rhee
Chief Procurement Officer

**SCHEDULE C-1**
## Letter of Intent from MBE/WBE to Perform
## as Subcontractor, Supplier and/or Consultant

Name of Project/Contract: Digital Automated Red Light Enforcement Program
Specification Number: ___65611___

From: Gandhi and Associates, Inc.
(Name of MBE/WBE Firm)

MBE:Yes __X__ No_____
WBE: Yes_____ No_____

To: Redflex Traffic Systems _____ and the City of Chicago:
(Name of Prime Contractor - Bidder/Proposer)

The undersigned intends to perform work in connection with the above projects as a:

_____Sole Proprietor           __X__ Corporation
_____Partnership               _____ Joint Venture

The MBE/WBE status of the undersigned is confirmed by the attached letter of Certification from the City of Chicago effective date of _October 27, 2011_____ to _October 21, 2016__ for a period of five years.

The undersigned is prepared to provide the following described services or supply the following described goods in connection with the above named project/contract:

Engineering services including drafting and surveys.
_____
_____
_____

The above described performance is offered for the following price and described terms of payment:

Price by project.
_____
_____
_____

If more space is needed to fully describe the MBE/WBE firm's proposed scope of work and/or payment schedule, attach additional sheets.

The undersigned will enter into a formal written agreement for the above work with you as a Prime Contractor, conditioned upon your execution of a contract with the City of Chicago, and will do so within (3) three working days of receipt of a signed contract from the City of Chicago.

_____
(Signature of Owner or Authorized Agent)

P. K. Gandhi, President
Name /Title (Print)

July 25, 2013
Date

(773) 774-5910
Phone

Rev. 9/03

Page 1 of 1



## DEPARTMENT OF PROCUREMENT SERVICES
### CITY OF CHICAGO

APR 2 2 2013

P K Gandhi
Gandhi & Associates, Inc
6035 N. Northwest Hwy. - STE 306
Chicago, IL 60622-6746

**Annual Certificate Expires: October 21, 2013**

Dear P K Gandhi:

Congratulations on your continued eligibility for certification as a **Minority Business Enterprise (MBE)** by the City of Chicago. This certification is valid until **October 21, 2016**.

As you know, your firm must also be re-validated annually. Please remember, you have an affirmative duty to file your No-Change Affidavit **60 days prior to the date of expiration**. As such, your firm's next No Change Affidavit is due by **August 21, 2013**

It is important to note that you also have an ongoing affirmative duty to notify the City of Chicago of any changes in ownership or control of your firm, or any other fact affecting your firm's eligibility for certification within 10 days of such change. These changes may include but are not limited to a change of address, change of business structure, change in ownership or ownership structure, change of business operations, and/or gross receipts that exceed the program threshold.

Please note – you shall be deemed to have had your certification lapse and will be ineligible to participate as a MBE <u>if you fail to</u>:

- o file your No Change Affidavit within the required time period;
- o provide financial or other records requested pursuant to an audit within the required time period; or
- o notify the City of any changes affecting your firm's certification within 10 days of such change.
- o re-certify with the city within prescribed time frame.

121 NORTH LASALLE STREET, ROOM 403, CHICAGO, ILLINOIS 60602

Gandhi & Associates, Inc Page 2

APR 2 2 2013

*Further, if you or your firm is found to be involved in certification, bidding and/or contractual fraud or abuse, the City will pursue decertification and debarment. And in addition to any other penalty imposed by law, any person who knowingly obtains, or knowingly assists another in obtaining, a contract with the city by falsely representing that the individual or entity, or the individual or entity assisted, is a minority-owned business or a woman-owned business, is guilty of a misdemeanor, punishable by incarceration in the county jail for a period not to exceed six months or a fine of not less than $5,000.00 and not more than $10,000, or both.*

Your firm is listed in the City's Directory of Minority Business Enterprises (MBE) and Women Business Enterprises (WBE) in the specialty area(s) of:

| Naics Code | Description |
|---|---|
| NAICS 541330 | Civil engineering services |
| NAICS 541330 | Construction engineering services |
| NAICS 541330 | Electrical engineering services |
| NAICS 541330 | Mechanical engineering services |

Your firm's participation on City contracts will be credited only toward Minority Business Enterprise (MBE) goals in your area(s) of specialty. While your participation on City contracts is not limited to your specialty, credit toward Minority Business Enterprise (MBE) goal will be given only for work done in a specialty category.

Thank you for your continued participation in the City's Minority Business Enterprises (MBE) and Women Business Enterprises (WBE) Program.

Sincerely,

Jamie L. Rhee
Chief Procurement Officer

JR/bl

**SCHEDULE C-1**
# Letter of Intent from MBE/WBE to Perform
## as Subcontractor, Supplier and/or Consultant

Name of Project/Contract: Digital Automated Red Light Enforcement Program
Specification Number:  65611

From: BPS Staffing, Inc.
(Name of MBE/WBE Firm)

MBE: Yes X     No
WBE: Yes X     No

To: Redflex Traffic Systems, Inc.                    and the City of Chicago:
(Name of Prime Contractor - Bidder/Proposer)

The undersigned intends to perform work in connection with the above projects as a:

_____ Sole Proprietor          X     Corporation
_____ Partnership              _____ Joint Venture

The MBE/WBE status of the undersigned is confirmed by the attached letter of Certification from the City of Chicago
effective date of  7/15/2012                           to  7/15/2017          for a period of five years.

The undersigned is prepared to provide the following described services or supply the following described goods in
connection with the above named project/contract:

~~Office personnel to assist with processing of incidents~~

The above described performance is offered for the following price and described terms of payment:

~~$17.67 per hour per associate and overtime scale (after 40 hours per week)$26.51~~

If more space is needed to fully describe the MBE/WBE firm's proposed scope of work and/or payment schedule, attach
additional sheets.

The undersigned will enter into a formal written agreement for the above work with you as a Prime Contractor,
conditioned upon your execution of a contract with the City of Chicago, and will do so within (3) three working days  of
receipt of a signed contract from the City of Chicago.

Tamerra Buckhanan
(Signature of Owner or Authorized Agent)

Tamerra Buckhanan - President
Name /Title  (Print)

7/24/2013
Date

(312) 920-6710
Phone

Rev. 9/03

Page 1 of 1



## DEPARTMENT OF PROCUREMENT SERVICES
### CITY OF CHICAGO

AUG 2 2 2012

Tamerra Buckhanan
BPS Staffing, Inc.
134 N. LaSalle
Suite 1125
Chicago, IL 60602

## Annual Certificate Expires: July 15, 2013

Dear Ms. Buckhanan:

We are pleased to inform you that BPS Staffing, Inc. has been re-certified as a Minority and Woman Business Enterprise (MBE/WBE) by the City of Chicago. This MBE/WBE certification is valid until July 15, 2017; however your firms' certification must be re-validated annually.

As a condition of continued certification during this five year period, you must file an annual No-Change Affidavit. Your firm's **No Change Affidavit is due by July 15, 2013.** Please remember, you have an affirmative duty to file your No-Change Affidavit 60 days prior to the date of expiration. Therefore, you must file your **No-Change Affidavit by May 15, 2013.**

It is important to note that you also have an ongoing affirmative duty to notify the City of Chicago of any changes in ownership or control of your firm, or any other fact affecting your firm's eligibility for certification within **10 days** of such change. These changes may include but are not limited to a change of address, change of business structure, change in ownership or ownership structure, change of business operations, and/or gross receipts that exceed the program threshold.

Please note – you shall be deemed to have had your certification lapse and will be ineligible to participate as a Minority and Woman Business Enterprise (MBE/WBE) if you fail to:

- ♦ file your No Change Affidavit within the required time period;
- ♦ provide financial or other records requested pursuant to an audit within the required time period; or
- ♦ notify the City of any changes affecting your firm's certification within 10 days of such change.

Page 2 of 2
BPS Staffing, Inc.

AUG 2 2 2012

Further, if you or your firm is found to be involved in certification, bidding and/or contractual fraud or abuse, the City will pursue decertification and debarment. And in addition to any other penalty imposed by law, any person who knowingly obtains, or knowingly assists another in obtaining, a contract with the city by falsely representing that the individual or entity, or the individual or entity assisted, is a minority-owned business or a woman-owned business, is guilty of a misdemeanor, punishable by incarceration in the county jail for a period not to exceed six months or a fine of not less than $5,000.00 and not more than $10,000, or both.

Your firm's name will be listed in the City's Directory of Minority and Women-Owned Business Enterprises in the specialty area(s) of:

**NAICS Code - 561311 - Employment Agencies**
**NAICS Code - 561320 - Temporary Employment Services**

Your firm's participation on City contracts will be credited only toward Minority or Woman owned Business Enterprise (MBE/WBE) goals in your area(s) of specialty. While your participation on City contracts is not limited to your specialty, credit toward goals will be given only for work done in the specialty category.

Thank you for your continued interest in the City's Minority and Women-Owned Business Enterprise (MBE/WBE) Program.

Sincerely,

Jamie L. Rhee
Chief Procurement Officer

JLR/vlw



## DEPARTMENT OF PROCUREMENT SERVICES
### CITY OF CHICAGO

tambuck@bpsstaffing.com

July 24, 2013

Tamerra Buckhanan
**BPS Staffing, Inc.**
134 N. LaSalle, Suite 1125
Chicago, IL 60602

Dear Ms. Buckhanan:

This letter is to inform you that the City of Chicago has extended your status as a **Minority Business Enterprise (MBE) and Women Business Enterprise (WBE)** until **September 1, 2013**. We are providing this extension to allow enough time to provide any additional documentation that your application may be missing and for our office to complete our review of all of the submitted documents.

This extension does not guarantee eligibility in the program but will act as a courtesy extension until we receive all of the required documentation and complete a review of that documentation.

Please present this letter and a copy of your last certification letter as evidence of your certification to be included with bid document submittals as needed.

If you have any questions, please feel free to contact our office at (312) 744-1929.

Sincerely

George Coleman
Deputy Procurement Officer

GC:al

121 NORTH LASALLE STREET, ROOM 806, CHICAGO, ILLINOIS 60602

**Exhibit 2**

**Online Economic Disclosure Statement (EDS) and Affidavit**
**Certificate of Filing**

**Instructions:**

Complete the online Economic Disclosure Statement (EDS) which includes a Disclosure of Retained Parties. Please submit an electronically signed, one page EDS Certificate of Filing which validates that the EDS has been filed. Additionally, the Municipal Code of Chicago requires the disclosure of Familial Relationships with Elected City Officials and Department Heads. The web address to submit your EDS and Familial Relationships Disclosure is: https://webapps.cityofchicago.org/EDSWeb.



## CERTIFICATE OF FILING FOR

## CITY OF CHICAGO ECONOMIC DISCLOSURE STATEMENT

EDS Number: 46157
Certificate Printed on: 07/31/2013

Date of This Filing:07/30/2013 11:34 AM
Original Filing Date:07/29/2013 06:29 PM

Disclosing Party: Redflex Traffic Systems, Inc     Title:Director of Legislative Affairs
Filed by: Tamara Dietrich

Matter: Automated Red Light Camera Program
Applicant: Redflex Traffic Systems, Inc
Specification #:
Contract #: 18031

The Economic Disclosure Statement referenced above has been electronically filed with
the City. Please provide a copy of this Certificate of Filing to your city contact with other
required documents pertaining to the Matter. For additional guidance as to when to provide this
Certificate and other required documents, please follow instructions provided to you about the
Matter or consult with your City contact.

A copy of the EDS may be viewed and printed by visiting
https://webapps.cityofchicago.org/EDSWeb and entering the EDS number into the EDS Search.
Prior to contract award, the filing is accessible online only to the disclosing party and the City,
but is still subject to the Illinois Freedom of Information Act. The filing is visible online to the
public after contract award.

**Exhibit 3**

**Insurance Certificate**



# CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 07/24/2013 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed.  If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER LIC #0726293              1-925-299-1112 | CONTACT NAME: Certificate Department | | |
|---|---|---|---|
| Arthur J. Gallagher & Co. | PHONE (A/C, No. Ext): 925-299-1112 | | FAX (A/C, No): 925-299-0328 |
| Insurance Brokers of California, Inc. | | | |
| 3697 Mt. Diablo Boulevard, Suite 300 | E-MAIL ADDRESS: sherri_jordan@AJG.COM | | |
| Lafayette, CA 94549 | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| Client No. REDFTRA-02 | INSURER A: WAUSAU UNDERWRITERS INS CO [AMBest:A,XV] | | 26042 |
| INSURED | INSURER B: LIBERTY INS CORP | | 42404 |
| Redflex Traffic Systems, Inc. | INSURER C: SAVERS PROP & CAS INS CO[AMBest: A,IX] | | 16551 |
| 23751 N. 23rd Avenue, Suite 150 | INSURER D: | | |
| | INSURER E: | | |
| Phoenix, AZ 85085-1854 | INSURER F: | | |

| COVERAGES | CERTIFICATE NUMBER: 34886500 | REVISION NUMBER: |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY | X | X | TBJ-Z91-453980-033 | 04/01/13 | 04/01/14 | EACH OCCURRENCE | $ 1,000,000 |
| | [X] COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 1,000,000 |
| | [ ] CLAIMS-MADE [X] OCCUR | | | | | | MED EXP (Any one person) | $ 5,000 |
| | [X] $25K BI/PD DED | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | [ ] POLICY [X] PRO-JECT [X] LOC | | | | | | | $ |
| A | AUTOMOBILE LIABILITY | X | X | ASJ-Z91-453980-023 | 04/01/13 | 04/01/14 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | [X] ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | [X] COMP/COLL [X] DED*:$5,000 | | | | | | <- *HAPD Ded | $ |
| B | [X] UMBRELLA LIAB [X] OCCUR | X | | TH7-Z91-453980-043 | 04/01/13 | 04/01/14 | EACH OCCURRENCE | $ 5,000,000 |
| | [ ] EXCESS LIAB [ ] CLAIMS-MADE | | | | | | AGGREGATE | $ 5,000,000 |
| | [ ] DED [X] RETENTION $ 10,000 | | | | | | | $ |
| A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY        Y/N | | X | WCJ-Z91-453980-073 | 04/01/13 | 04/01/14 | [X] WC STATU-TORY LIMITS  [ ] OTHER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| C | PROFESSIONAL/CYBER LIAB. | | | PL 0641032 | 04/01/13 | 04/01/14 | $50K.SIR|EaClm/Agg | 2,000,000 |
| | (See attached Suppl. Page...) | | | | | | | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
RE: Digital Automated Red Light Enforcement Program The City of Chicago, its employees, elected officials, agents and representatives are named as additional insureds as respects operations and activities of or on behalf of the named insured performed under contract with or permit from the City of Chicago. Additional Insured applies to the following policies: General Liability and Auto Liability. The Umbrella coverage is excess follow form. A Severability of interests applies between the Additional Insureds and the Named Insured. Waiver of Subrogation applies to General Liability, Auto Liability, Workers' Compensation and Property coverage, as required by contract.
<see attached for policy endorsement forms>

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| City of Chicago Dept. of Procurement Services City Hall, Rm. 403 121 North LaSalle Chicago, IL 60602                     USA | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.  AUTHORIZED REPRESENTATIVE   *Daylis E. Bans* |

© 1988-2010 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2010/05)
shekari
34886500

The ACORD name and logo are registered marks of ACORD

AGENCY CUSTOMER ID: _____

LOC #: _____

# *ACORD*®   ADDITIONAL REMARKS SCHEDULE   Page ____ of ____

| AGENCY | | NAMED INSURED |
|---|---|---|
| Arthur J. Gallagher & Co.<br>Insurance Brokers of California, Inc. | | Redflex Traffic Systems, Inc.<br><br>23751 N. 23rd Avenue, Suite 150 |
| **POLICY NUMBER** | | |
| | | Phoenix, AZ 85085-1854 |
| **CARRIER** | **NAIC CODE** | |
| | | **EFFECTIVE DATE:** |

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER: _____   FORM TITLE: _____

THIRD PARTY FIDELITY COVERAGE
Carrier: TRAVELERS CAS & SURETY CO OF AMER[A+,XV] NAIC#31194
Policy #: 105581296 | Effective: 04/01/2013 to 04/01/2014 | Limit: $500,000 Aggregate limit for Employee Theft of
Client Property | Retention: $50,000

PROPERTY COVERAGE
Carrier: LIBERTY MUTUAL FIRE INS CO/LIBERTY MUTUAL INSURANCE CO. [AMBest: A,XV] NAIC#23035
Policy #:YU2-L9L-453980-063/SFOMC10043104 | Effective: 04/01/2013 to 04/01/2014
Blanket Personal Property: $23,260,000| Installation-PP/PPO: $1,000,000 | Installation / Transit: $250,000

© 2008 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

# SUPPLEMENT TO CERTIFICATE OF INSURANCE

DATE
07/24/2013

NAME OF INSURED: Redflex Traffic Systems, Inc.

Additional Description of Operations/Remarks from Page 1:

Additional Information:

GENERAL LIABILITY:
* Separation of Insureds applies per policy form.
* Additional Insured if required by written contract per attached form LG3234 0907.
* Coverage is Primary & Non-Contributory if required by written contract per form LG3234 0907.
* Waiver of Subrogation if required by written contract per attached form LG3234 0907.

AUTOMOBILE LIABILITY:
* Designated Insured if required by written contract per attached form CA2048 0299.
* Waiver of Subrogation if required by written contract per attached form AC8407 0509 (All Other).
* Waiver of Subrogation if required by written contract per attached form AC8407 0110 (Florida).

WORKERS' COMPENSATION:
* Waiver of Subrogation if required by written contract per form WC04036 0484 (California).
* Waiver of Subrogation if required by written contract per form WC000313 484 (Other States).

SUPP (05/04)