# EXHIBIT 29

# Modification Summary Report

**Contract (PO) Number:** 18031

**Modification Revision Number:** 3

**Specification Number:** 65611

**Name of Contractor:** REDFLEX TRAFFIC SYSTEMS INC.

**City Department:** CHICAGO DEPARTMENT OF TRANSPORTATION

**Title of Contract:** RED LIGHT CAMERA TRAFFIC SYSTEM EQUIPMENT MAINTENANCE, SUPPORT AND REPAIRS (INCLUDING REPLACEMENT)

| Mod Req Number | Mod Reason | Description |
| --- | --- | --- |
| 87836 | TIME EXTENSION | AMEND PO # 18031, 3 MONTH TIME EXTENSION, REDFLEX TRAFFIC SYSTEMS- RED LIGHT CAMERA TRAFFIC SYSTEM EQUIPMENT MAINTENANCE, SUPPORT AND REPAIRS (INCLUDING REPLACEMENT) |

**Term of Contract:** Start Date: 2/1/2008

End Date: 4/30/2014

**Procurement Services Contact Person:** JOSEPH CHAN

*Please refer to the DPS website for Contact information under "Doing Business With The City".*

**Vendor Number:** 50065408

**Submission Date:** Feb 20, 2014

Specification No.: 65611
P.O. No. 18031 ("**Agreement**")
Mod Requisition No(s). 87836
Vendor No.: 50065408

## AMENDMENT NO. 3

This Amendment ("Amendment") to the Agreement is made and entered into this 3/ST day of January, 2014 (the "Effective Date"), by and between the City of Chicago ("City"), a municipal corporation and home rule unit of local government existing under the Constitution of the State of Illinois, acting through its Department of Transportation ("Department"), at Chicago, Illinois, and Redflex Traffic Systems, Inc., a Delaware corporation authorized to do business in Illinois ("Contractor").

### BACKGROUND INFORMATION

On February 1, 2008, the City and Contractor entered into the Agreement under which Contractor agreed to provide maintenance and repair and support services for the existing Citywide Digital Automated Red Light Enforcement Program ("DARLEP") for the City.

Currently, the City is transitioning DARLEP to a new provider. Transition activities include ongoing transfer of obligations to maintain, repair and support DARLEP cameras from Contractor to the new provider, as memorialized by written acceptance of control of each such camera by the new provider (which process is defined as "Vendor Acceptance" in City of Chicago P.O. 28635). For purposes of ensuring an orderly transition of DARLEP to a new provider, the City and Contractor now desire to extend the Agreement to provide for an orderly transition period, and to clarify that compensation to Contractor will be reduced upon the Vendor Acceptance by the City's new DARLEP contractor of any Redflex system, as described below.

The City and Contractor agree as follows:

### TERMS AND CONDITIONS

1. <u>Incorporation of Background Information</u>. The Background Information is incorporated herein.

2. <u>Rules of Interpretation</u>. In the event of a conflict or inconsistency between the terms and conditions of the Agreement and this Amendment, the terms and conditions of this Amendment will govern and control to the extent of such conflict or inconsistency.

3. In accordance with Sections 3.3 and 9.3 of the Agreement, the City and Contractor agree to extend the Agreement for an additional three months, through April 30, 2014, except as terminated by the City early in accordance with the terms of the Agreement.

1

4. With respect to any System for which Vendor Acceptance by the new provider has occurred, the City's obligation to pay Contractor the monthly per System Maintenance Cost and the monthly per System Support Cost for that System terminate upon the date of Vendor Acceptance. Accordingly, Monthly per System Maintenance Costs and Support Costs shall be prorated up to the date of Vendor Acceptance for the month in which Vendor Acceptance is achieved for a given System.

5. Except as and to the extent that the terms of the Agreement are amended and modified by this Amendment, all terms of the Agreement remain in full force and effect.

6. Capitalized terms used in this Amendment and not defined herein shall have the same meaning ascribed to them in the Agreement.

*Signature Page Follows*

## AMENDMENT SIGNATURE PAGE

Contract No. 18031
Specification No. 65611
Mod Requisition No. 87836
Contractor Name: Redflex Traffic Systems, Inc.
Total Amount (Value): $39,309,090.00

Fund Chargeable: 007-0100-058-4140-0162-220162 ($32,109,090.00)
012-0400-084-2015-0140-220140 ($3,600,000.00)
013-0400-084-2015-0140-220140 ($3,600,000.00)

**REFLEX TRAFFIC SYSTEMS, INC.**
(Contractor)

By: _[signature]_
Its: _President CEO_

Attest: _Virginia O'Malley_

State of _ARIZONA_
County of _MARICOPA_

This instrument was acknowledged before me on this _24_ day of _JANUARY_, 20_14_ by _JAMES A SAUNDERS_ as President (or other authorized officer) and _____ as Secretary of _____ (Corporation Name).

_[signature] Jean Connell_
Notary Public Signature

(Seal) Jean Connell
Notary Public
Maricopa County, Arizona
My Comm. Expires 05-20-16

Commission Expires: _05/20/2016_

**CITY OF CHICAGO**

_Rahm Emanuel_    FEB 13 2014
Mayor             Date

_[signature]_     _2/4/14_
Comptroller       Date

_[signature]_     FEB 13 2014
Chief Procurement Officer    Date

The Chief Procurement Officer has determined, on behalf of the City of Chicago, with regard to this Contract Amendment, that the circumstances said to necessitate the change in performance were not reasonably foreseeable at the time the Agreement was signed, or that the change is germane to the original Agreement as signed, or that the change order is in the best interest of the City of Chicago and is authorized by law.