# Exhibit 1




# OFFICE OF THE INSPECTOR GENERAL

P.O. Box 2996, Chicago, Illinois 60654-2996
773-478-7799  TDD: 773-478-2066  FAX: 773-478-3949

## FAX COVER SHEET

**DATE:** October 18, 2012

**TO:** Redflex Traffic Systems c/o Mr. Andrejs K. Bunkse, Esq.
(Name)

Redflex Traffic Systems
(Department/Firm)

**FAX NUMBER:** 623-207-2057

**FROM:** David Grossman, Director of Investigations

**SUBJECT/REMARKS:**

---

**NUMBER OF PAGES INCLUDING COVER SHEET:** 4

This message is intended only for the use of the individual or entity to which it addresses, and may contain information that is PRIVILEGED, CONFIDENTIAL, and EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering that message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this document is strictly prohibited.

If this fax has been misdirected, or contains any errors, call 773-478-7799.



# OFFICE OF INSPECTOR GENERAL
## City of Chicago

740 North Sedgwick, Suite 200
Chicago, Illinois 60654
Telephone: (773) 478-7799
Fax: (773) 478-3949

Joseph M. Ferguson
*Inspector General*

---

**VIA CERTIFIED MAIL AND FACSIMILE 623-207-2057**

October 18, 2012

Redflex Traffic Systems
c/o Mr. Andrejs K. Bunkse, Esq.
General Counsel
23751 N. 23rd Avenue, Suite 150
Phoenix, Arizona 85085-1854

To Whom It May Concern:

Pursuant to Redflex Traffic System's (Redflex) contract with the City of Chicago, under which Redflex is obligated to cooperate with the City of Chicago's Inspector General's Office (IGO), and Chapter 2-56-090 of the Chicago Municipal Code, which obligates every "contractor ... to cooperate with the inspector general in every investigation ... undertaken pursuant to this chapter," I respectfully request that the following information be compiled and provided to the Inspector General's Office no later than Friday, November 2, 2012:

1. Copies of all documents related to any and all communications between Redflex and the City of Chicago relative to the incident involving former City of Chicago employee John Bills (Bills), that Redflex recently reported to the Board of Ethics. For each document, indicate specifics regarding the parties involved: date, time, and form of communication (e.g. phone call, email, letter, etc.). If the communication took place by phone, include phone numbers associated with the initiated and receiving location.

2. Copies of any and all internal and external correspondences, including emails, related to allegations of wrongdoing raised by any current or former Redflex employees pertaining to Redflex's contracts with the City of Chicago, including any and all communications that transpired in response to the allegations of wrongdoing.

3. Copies of any and all documents and reports of formal or informal investigations done by, or on behalf, of Redflex in connection with Item 2 above. Please provide name, title, role (e.g. interviewee or interviewer), and contact information of those who conducted or participated in any investigations.

4. Copies of any and all documents relating to Aaron Rosenberg's (Rosenberg) expenses, expense accounts, reimbursements, and requests for reimbursements from January 1, 2003, to the present.

---

Page 2 of 3
Redflex Traffic Systems
October 18, 2012

5. A list of the names, titles, reporting managers, and contact information (work and home addresses and telephone numbers, including cell phone numbers) for all current or former Redflex employees who have worked on any contracts with the City of Chicago during the time period of January 1, 2003, to the present. For each name listed, describe each individual's role in working on the City of Chicago contracts and indicate whether each individual interacted on a regular or semi-regular basis with Marty O'Malley (O'Malley), Rosenberg, Bills, and/or anyone directly associated with the City of Chicago.

6. Copies of the job listings and job posting publications and a list of candidates interviewed, along with their resumes and evaluations, for the Redflex position that was filled by O'Malley. In addition, please provide the name, title, and role of those who were involved in the decision to hire O'Malley.

7. Copies of records sufficient to show the dates and terms of employment and services rendered by O'Malley, including but not limited to, offers of employment, resumes obtained prior to offers of employment, and employment contracts or engagement letters.

8. Copies of documentation detailing the scope of services provided by O'Malley, including but not limited to, project assignments; authorizations to begin work; salary and commission payments information; time sheets; expense requests and payments; and all annual performance evaluations from O'Malley's first date of employment to the present.

9. A list of any and all Redflex employees or contractors, including work and home contact information, who have been employed or contracted to provide Redflex the same or similar services O'Malley provided in relation to the City of Chicago contracts. For anyone identified in response, provide dates and terms of employment and services rendered. Also include copies of offers of employment; resumes obtained prior to offers of employment; employment contracts or engagement letters; documentation detailing the scope of services provided; and documents sufficient to show project assignments; authorizations to begin work; salary and commission payment information; time sheets; expense requests and payments; and all annual performance evaluations. If no one else has provided the same or similar services as O'Malley, provide a detailed explanation regarding why O'Malley's position was unique.

10. Copies of records sufficient to show former Redflex employee Robert Feiler's (Feiler) employment history including, but not limited to: date of hire, salary, promotions, salary increases, performance evaluations, negative job actions (e.g. demotion, involuntary leave), termination date, and severance payments. In addition, list all payments to Feiler from June 1, 2010, to the present. If Feiler received a severance package (payments and benefits), clearly identify what was included as part of that package and provide copies of any and all associated documents.

11. Copies of any and all documents and reports related to any and all formal or informal investigations done, by or on behalf of Redflex, in connection with former employee Feiler, that were conducted before, during, or after his employment.

Page 3 of 3
Redflex Traffic Systems
October 18, 2012

12. If not provided as part of items 1-11 above, any and all documents related to (a) any gifts given to, or on behalf of, Bills or any other current or former City of Chicago employee, (b) any expenses paid for, or on behalf of, Bills or any other current or former City of Chicago employee, or (c) any debts forgiven for, or on behalf of, Bills or any other current or former City of Chicago employee, in cash or in kind, by any employee or representative of Redflex. Include a detailed description and documentation of the expenses, along with information indicating whether Redflex ever sought and/or received reimbursement for said expenses.

13. Provide information regarding Redflex's involvement with the Traffic Safety Coalition and Resolute Consulting LLC. This information should include, but not be limited to, the following: (a) a general overview of the business relationship, (b) a detailed list of payments, gifts, and contributions made by Redflex from January 1, 2003, to the present, (c) the identity of current and former Redflex employees who have served in any capacity for either organization (e.g. committees, boards, consultants, etc.) – including the time period served, (d) the identity of any current or former Redflex employees who issued a letter of recommendation and/or served as a job reference to either organization for former City of Chicago employee Bills or any other current or former City of Chicago employees. Include copies of identified letters of recommendation.

Documents should be provided in the format in which they are maintained, including electronic files where available.

The requested information may be provided to Investigator Mark Grba at mgrba@chicagoinspectorgeneral.org, or by mail to City of Chicago Inspector General's Office, 740 North Sedgwick, Suite 200, Chicago, IL 60654.

Should you have any questions regarding this matter, please feel free to contact Investigator Grba at 773-478-5228.

Sincerely,

*David Grossman*

David Grossman
Director of Investigations

DG:tpb
MG12-1232/12-1233