# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO *EX REL.* AARON ROSENBERG,<br><br>Plaintiff,<br><br>v.<br><br>REDFLEX TRAFFIC SYSTEMS, INC. and REDFLEX HOLDINGS, LTD.<br><br>Defendants. | Case No. 15-cv-8271<br><br>Judge John J. Tharp, Jr. |

## DECLARATION OF SCOTT LASSAR

1. I have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am a partner at Sidley Austin LLP ("Sidley"). Sidley was retained by Redflex Traffic Systems, Inc. ("Redflex") in connection with an investigation conducted by the Office of the Inspector General of the City of Chicago (the "OIG") that began in approximately October 2012.

3. On behalf of Redflex, I met with Chris McClellan of the OIG on January 31, 2013.

4. During that meeting, I provided extensive information regarding Redflex's relationship with the city of Chicago, including detailed information regarding travel and other benefits that Redflex provided to John Bills. I explained that, among other perquisites given to Bills, Redflex had paid for seventeen trips for O'Malley and Bills, including luxurious hotels, airfare and golf fees. The CEO approved some of those payments.

5. I also provided McClellan with information regarding the origin of a bribery scheme involving Bills. I explained that we believed that Bills had approached Redflex,

21660292.1

and stated that he wanted money to help Redflex. He informed Redflex that ATS, a Redflex competitor, had clout, and thus suggested that Redflex needed Bills' assistance to effectively compete in Chicago.

6. I also provided information about the payments from Redflex to John Bills. I stated that Bills suggested using Martin O'Malley as a conduit for the payments to Bills. Accordingly, I explained that O'Malley's contract was designed to generate money for Bills. I further stated that Reflex had paid O'Malley $2.03 million between 2003 and 2012. I also noted that Jimmy Johnson and Network Electric may also have acted as a conduit for payments to Bills.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 13th day of May, 2016.

[signature]

21660292.1