# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: City of Chicago v. Redflex Traffic Systems Inc., et. al.

Case Number: 15-cv-08271

An appearance is hereby filed by the undersigned as attorney for:

City of Chicago

Attorney name (type or print): Shelly B. Kulwin

Firm: Kulwin, Masciopinto and Kulwin, LLP

Street address: 161 N. Clark St. Suite 2500

City/State/Zip: Chicago, IL 60601

Bar ID Number: 3125344
(See item 3 in instructions)

Telephone Number: 3126410300

Email Address: skulwin@kmklawllp.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/26/2016

Attorney signature: S/ Shelly B. Kulwin

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015