**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

City Of Chicago, et al.
                                      Plaintiff,

v.                                                          Case No.: 1:15−cv−08271
                                                              Honorable John J. Tharp Jr.

Redflex Traffic Systems, Inc., et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 27, 2017:

       MINUTE entry before the Honorable John J. Tharp, Jr:Upon the parties' agreed telephonic request, the status hearing of 1/31/17 is stricken and re−set for 2/15/17 at 9:00 a.m. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.