# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

City Of Chicago, et al.

                                        Plaintiff,

v.                                                                    Case No.: 1:15−cv−08271

                                                                       Honorable John J. Tharp Jr.

Redflex Traffic Systems, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 9, 2017:

      MINUTE entry before the Honorable John J. Tharp, Jr:Motion hearing held. For the reasons stated on the record, Plaintiff's agreed motion to dismiss [78] is granted and Aaron Rosenberg's objection to the dismissal motion [82] is overruled. The case is dismissed with prejudice. Any pending hearings are stricken and any pending motions are denied as moot. Civil case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.