UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO,  ) | |
| ex rel. AARON ROSENBERG  ) | |
| ) | No. 15-cv-8271 |
| v.  ) | Hon. Judge John J. Tharp |
| ) | |
| REFLEX HOLDINGS, LTD, *et alia*  ) | |

**NOTICE OF MOTION**

TO:

| | | |
|---|---|---|
| Cornel Hershel Kauffman | William B. Berndt | Anthony Masciopinto |
| City of Chicago Department of Law | Steven A. Weiss | Jeffrey R. Kulwin |
| AERC | Honigman Miller Schwartz & | Shelly Byron Kulwin |
| 30 North LaSalle Street | Cohn LLP | Kulwin, Masciopinto & |
| Suite 1400 | One South Wacker Drive | Kulwin, LLP |
| Chicago, IL 60602 | 28th Floor | 161 North Clark Street |
| (312) 744-0306 | Chicago, IL 60606 | Suite 2500 |
| cornel.kauffman@cityofchicago.org | (312) 701-9300 | Chicago, IL 60601 |
| | sweiss@honigman.com | amasciopinto@kmklawllp.com |
| | ifisher@honigman.com | jkulwin@kmklawllp.com |
| | | skulwin@kmklawllp.com |

Please take notice that on March 8, 2017, at 9:00 a.m. I will appear before the Honorable Judge John J. Tharp, Jr.in Room 1419 at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and present the Relator's Motion for Share of Settlement Proceeds and Attorneys' Fees , a copy of which has been served on you.

/s/ John J. Muldoon, III
Muldoon & Muldoon, LLC

John J. Muldoon, III
Muldoon & Muldoon, LLC
IL Attorney No. 6185878
30 N. LaSalle Street, Suite 2950
Chicago, IL 60602
312-739-3550